# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING, | Case No. 2:18-cv-1060 |
| Plaintiff, | Judge Edmund A. Sargus |
| v. | |
| CITY OF COLUMBUS, OHIO, et al., | Magistrate Judge Elizabeth P. Deavers |
| Defendants. | **NOTICE OF VIDEOTAPED DEPOSITION OF UMAREX USA** |

Please take notice that the Defendants in the above-styled case, pursuant to Fed. R. Civ. P. 30(b)(6), will take the deposition upon oral examination before a court reporter of Umarex USA on Tuesday March 26, 2019, at 9:30 a.m., at the offices of Medlock & Gramlich, 105 North 14th Street, Fort Smith, Arkansas 72901. The deposition shall be taken stenographically, conducted under the supervision of an officer who is authorized to administer an oath, and will be video recorded. This deposition will be used for any and all purposes allowed by the Federal Rules of Civil Procedure.

Umarex USA's designee(s) should be prepared to offer testimony regarding the topics identified in **Exhibit A**.

    Respectfully submitted,

    /s/ Westley M. Phillips
    Andrew D.M. Miller (0074515) – LEAD
    Timothy J. Mangan (0025430)
    Westley M. Phillips (0077728)
    *Assistant City Attorneys*
    CITY OF COLUMBUS, DEPARTMENT OF LAW
    ZACH KLEIN, CITY ATTORNEY
    77 North Front Street, 4th Floor
    Columbus, Ohio 43215
    (614) 645-7385 / (614) 645-6949 (fax)

2

admmiller@columbus.gov
tjmangan@columbus.gov
wmphillips@columbus.gov

Attorneys for Defendants

2

# **EXHIBIT A.**

1. A general description of Umarex USA.

2. A general description of Umarex air pistols

3. The intended use of Umarex air pistols.

4. Are Umarex air pistols toys?

5. A description of how Umarex air pistols replicate actual firearms.

6. A description of the Umarex 40XP Semi-Auto BB Air Pistol.

7. An identification of the make and model of firearm that the Umarex 40XP Semi-Auto BB Air Pistol replicates.

8. A description of how the Umarex 40XP Semi-Auto BB Air Pistol replicates that firearm (such as appearance, composition, weight).

9. The intended use of the Umarex 40XP Semi-Auto BB Air Pistol.

10. Is the Umarex 40XP Semi-Auto BB Air Pistol a toy?

11. The packaging of the Umarex 40XP Semi-Auto BB Air Pistol.

12. The warnings (including package warning labels and instruction manual warnings) that accompany the Umarex 40XP Semi-Auto BB Air Pistol.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on **February 21, 2019**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)