# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DERREA KING,**

    **Plaintiff,**

                      Civil Action 2:18-cv-1060
   v.                Chief Judge Edmund A. Sargus, Jr.
                      Chief Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## ORDER

On May 2, 2019, Defendants filed a Motion for Protective Order. (ECF No. 40.) While the Court, upon Plaintiff's unopposed motion (ECF No. 45), later extended the deadline for responding to May 28, 2019 (ECF No. 46), no response to Defendants' Motion has been filed.

If Plaintiff intends to file a response to Defendants' Motion for Protective Order, she shall file a motion for leave to file her untimely memorandum in opposition, demonstrating good cause, by **JUNE 6, 2019**. Plaintiff is **CAUTIONED** that failure to respond may result in the granting of Defendants' Motion.

    **IT IS SO ORDERED.**

Date: May 30, 2019                      /s/ *Elizabeth A. Preston Deavers*
                                              ELIZABETH A. PRESTON DEAVERS
                                              CHIEF UNITED STATES MAGISTRATE JUDGE