**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

DEARREA KING,

|  |  |
|---|---|
| Plaintiff, | Case No. 2:18-cv-1060 |
| | Judge Edmund A. Sargus |
| v. | |
| | Chief Magistrate Judge Elizabeth P. Deavers |
| CITY OF COLUMBUS, OHIO, et al., | |
| Defendants. | **WITHDRAWAL OF AMENDED NOTICE OF VIDEO-TAPED DEPOSITION OF AB (R.59)** |

Defendants hereby withdraw their notice to take the deposition of Third-Party Defendant AB (a minor) upon oral examination on July 17, 2019 (R.59). The deposition scheduled in that notice will **not** be going forward but will take place on a later date to be determined.

Respectfully submitted,

*/s/ Andrew D.M. Miller*

Andrew D.M. Miller (0074515) – LEAD
Timothy J. Mangan (0025430)
Westley M. Phillips (0077728)
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
admmiller@columbus.gov
tjmangan@columbus.gov
wmphillips@columbus.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on **July 15, 2019**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System. A hardcopy of the foregoing has also been served via First-Class U.S. mail, postage prepaid, to Third-Party Defendant Demetrius Braxton, Inmate #A731130, Southern Ohio Correctional Facility, P.O. Pox 45699, Lucasville, Ohio 45699.

*/s/ Andrew D.M. Miller*

Andrew D.M. Miller (0074515)