# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>        Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus<br><br>Chief Magistrate Judge Elizabeth P. Deavers<br><br>**NOTICE OF DISMISSAL OF AB** |

Pursuant to Rule 41(c) the Federal Rules of Civil Procedure, Defendant Bryan Mason hereby dismisses his claims against A.B. in the above-captioned case with prejudice, with the parties to bear their own attorney fees, expenses, and court costs. Defendant City of Columbus no longer has any claims against A.B. because Plaintiff's state-law claims against the City were dismissed pursuant to the Court's April 5, 2019 opinion and order (See Doc #32, Page Id. #173). Accordingly, no existing claims against A.B. remain.

                                          Respectfully submitted,

                                          /s/ Westley M. Phillips
                                          Andrew D.M. Miller (0074515) – LEAD
                                          Timothy J. Mangan (0025430)
                                          Westley M. Phillips (0077728)
                                          CITY OF COLUMBUS, DEPARTMENT OF LAW
                                          ZACH KLEIN, CITY ATTORNEY
                                          77 North Front Street, Columbus, Ohio 43215
                                          (614) 645-7385 / (614) 645-6949 (fax)
                                          admmiller@columbus.gov
                                          tjmangan@columbus.gov
                                          wmphillips@columbus.gov

                                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on **August 28, 2019**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System. A hardcopy of the foregoing has also been served via First-Class U.S. mail, postage prepaid, to Third-Party Defendant Demetrius Braxton, Inmate #A731130, Southern Ohio Correctional Facility, P.O. Pox 45699, Lucasville, Ohio 45699.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)