UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEARREA KING,**

    **Plaintiff,**

                          Civil Action 2:18-cv-01060
v.                  Judge Edmund A. Sargus
                          Chief Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## ORDER

For good cause shown, Defendants City of Columbus' and Bryan Mason's Motion for Leave to Depose A Person Confined in Prison (ECF No. 100) is **GRANTED** pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Accordingly, Defendants City of Columbus and Bryan Mason may depose Third-Party Defendant Jaronn Collins at the Franklin County Correction Center II, 2460 Jackson Pike, Columbus, OH 43223, on February 7, 2020, at 9:00 a.m., on such terms and conditions as the institution may impose.

    **IT IS SO ORDERED.**

Date: January 16, 2020                        /s/ *Elizabeth A. Preston Deavers*
                                            ELIZABETH PRESTON DEAVERS
                                            CHIEF UNITED STATES MAGISTRATE JUDGE