# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEARREA KING,**

    **Plaintiff,**

                              **Civil Action 2:18-cv-01060**
**v.**                                 **Judge Edmund A. Sargus**
                              **Chief Magistrate Judge Elizabeth P. Deavers**

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## *NUNC PRO TUNC* **ORDER**[1]

For good cause shown, Defendants City of Columbus' and Bryan Mason's Motion for Leave to Depose A Person Confined in Prison (ECF No. 100) is **GRANTED** pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Accordingly, Defendants City of Columbus and Bryan Mason may depose Third-Party Defendant Jaronn Collins at the Ohio Department of Rehabilitation & Correction Correctional Reception Center, 11271 State Route 762, Orient, Ohio 43146, on February 7, 2020, at 9:00 a.m., on such terms and conditions as the institution may impose.

    **IT IS SO ORDERED.**

Date: January 17, 2020                           /s/ *Elizabeth A. Preston Deavers*
                                                       ELIZABETH PRESTON DEAVERS
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's previous Order contained a scrivener's error with respect to the location of the depsotion.