IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF COLUMBUS, et al.,<br><br>    Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus, Jr.<br>Chief Magistrate Judge Elizabeth P. Deavers<br><br>**NOTICE OF APPEARANCE**<br>**AS CO-COUNSEL** |

Now comes Attorney Sarah Gelsomino and hereby enters her appearance as additional counsel of record on behalf of the Plaintiff, Dearrea King, in the above-captioned matter.

Respectfully submitted,

FRIEDMAN & GILBERT

/s/ Sarah Gelsomino
SARAH GELSOMINO (0084340)
Attorney for Plaintiff
50 Public Square, Suite 1900
Cleveland, OH  44113-2205
Telephone:    (216) 241-1430
Facsimile:    (216) 621-0427
E-Mail:       sgelsomino@f-glaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ Sarah Gelsomino
                                      SARAH GELSOMINO
                                      One of the Attorneys for Plaintiff