**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DEARREA KING, | Case No. 2:18-cv-1060 |
| Plaintiff, | |
| v. | Judge Edmund A. Sargus |
| CITY OF COLUMBUS, et al., | Chief Magistrate Elizabeth Preston Deavers |
| Defendants. | **NOTICE OF WITHDRAWAL & SUBSTITUTION OF TRIAL COUNSEL** |

Pursuant to S.D. Ohio Civ. R. 83.4(c)(1), (3), Defendants hereby provide notice that Assistant City Attorney Andrew D.M. Miller (0074515) is withdrawing from his representation of Defendants in this matter. Assistant City Attorney Westley M. Phillips (0077728) will continue on counsel for Defendants will replace Attorney Miller as Trial Counsel in this matter. On November 3, 2020, Attorney Miller was elected to be a judge on the Franklin County Court of Common Pleas, General Division, and will take his seat on the bench on February 9, 2021. Thus, Attorney Miller will soon be leaving the Columbus City Attorney's Office and will no longer be able to represent Defendants as their attorney. As such, the withdrawing trial attorney is a governmental attorney who will be undergoing a change in employment that will render him ineligible to continue representing the City in this case.

- 2 -

                Respectfully submitted,

                */s/ Andrew D.M. Miller*

                Westley M. Phillips (0077728) – Trial
                Andrew D.M. Miller (0074515)
                CITY OF COLUMBUS, DEPARTMENT OF LAW
                ZACH KLEIN, CITY ATTORNEY
                77 N. Front Street, Columbus, Ohio 43215
                (614) 645-7385 / (614) 645-6949 (fax)
                wmphillips@columbus.gov
                admmiller@columbus.gov

                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on **January 15, 2021**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

                */s/ Andrew D.M. Miller*

                Andrew D.M. Miller (0074515)