EXHIBIT EE