# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF COLUMBUS, et al., <br><br> Defendants. | Case No. 2:18-cv-1060 <br><br> Judge Edmund A. Sargus <br><br> Chief Magistrate Elizabeth Preston Deavers <br> **DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE A FLASH DRIVE CONTAINING AUDIO AND VISUAL EXHIBITS** |

Defendants City of Columbus and Bryan Mason respectfully move this Court for an order granting them leave to manually file a flash drive in support of their forthcoming dispositive motions. The drive will contain audio and visual files that cannot be filed with the Court electronically. Specifically, it will contain the following audio/visual files:

- A.B. Deposition Exhibit I (Two police cruiser videos)

- CPD AUDIO
    - AUDIO 01 2016-09-14 911 Call
    - AUDIO 02 2016-09-14_19.43.06
    - AUDIO 03 2016-09-14_19.43.15
    - AUDIO 04 2016-09-14_19.44.23
    - AUDIO 05 2016-09-14_19.45.05
    - AUDIO 06 2016-09-14_19.45.19
    - AUDIO 07 2016-09-14_19.45.34
    - AUDIO 08 2016-09-14_19.45.53
    - AUDIO 09 2016-09-14_19.46.03
    - AUDIO 10 2016-09-14_19.46.10
    - AUDIO 11 2016-09-14_19.46.18
    - AUDIO 12 2016-09-14_19.46.25
    - AUDIO 13 2016-09-14_19.46.32
    - AUDIO 14 2016-09-14_19.46.35

- Demetrius Braxton Deposition AV Files
    - PIS TMK Interview 10 Braxton #3 on 161007
    - PIS TMK Video 05 Braxton #1 (160914)
    - PIS TMK Video 07 Braxton #4 Pt.1 (161025)

- o PIS TMK Video 08 Braxton #4 Pt.2 (161025)
- o PIS TMK Video 09 CVS Car 74 Main
- o PIS TMK Video 24 (OCIC PIS TMK Video 01 Clip)
- o PIS TMK Video 25 (OCIC PIS TMK Video 12 Clip)
- o PIS TMK Video 29 (OCIC PIS TMK Video 21 Clip)

- Thomas Paige Affidavit Video Files
- o Paige Aff. Video 1
- o Paige Aff. Video 2
- o Paige Aff. Video 3
- o Paige Aff. Video 4

- William Scott Deposition Audio Files
- o PIS TMK Call 3 Scott (Non-emergency)
- o PLNT Audio 06 – Scott, William 161012

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728)
Assistant City Attorney
City of Columbus, Department of Law
77 N. Front St., Columbus, OH 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov

Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that, on **February 16, 2021**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System:

/s/ Westley M. Phillips
Westley M. Phillips (0077728)