# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>                Plaintiff,<br><br>  v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>                Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus<br><br>Chief Magistrate Judge Elizabeth P. Deavers<br><br>**DEFENDANTS' NOTICE OF FILING REDACTED EXHIBIT** |

## NOTICE OF FILING REDACTED EXHIBIT

Defendants City of Columbus and Bryan Mason give notice that an unredacted exhibit was filed in error with the Notice of Filing Deposition of Bryan C. Mason (Doc. 132-12) in the above-captioned matter on February 15, 2021. The unredacted exhibit has been restricted by the Clerk. Defendants' give notice that a redacted version of Exhibit K has been filed with the Court.

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728)
CITY OF COLUMBUS, DEPARTMENT OF LAW
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2021, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System.

/s/ Westley M. Phillips  
Westley M. Phillips (0077728)
