IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus, Jr.<br><br>Chief Magistrate Judge Elizabeth A. Preston Deavers<br><br>**AFFIDAVIT OF<br>AMY MORRIS** |

1.  My name is Amy Morris. Having been cautioned and warned, I swear under penalty of perjury that I have personal knowledge of the facts stated in this affidavit and I am competent to testify to those facts.

2.  I am employed by the Columbus Division of Police ("CPD"). I am assigned to the CPD's Public Records Unit.

3.  Among other things, the CPD's Public Records Unit: (a) processes and responds to requests for public records retained by the CPD; and (b) monitors and maintains many of the CPD's records in order to provide complete, accurate, and timely responses to such requests.

4.  I have personally processed and responded to hundreds (if not thousands) of public records requests, and I regularly monitor, maintain, and search CPD's records in order to respond to such requests.

5.  I am familiar with: (a) the Public Record Unit's general practices, policies, and procedures; (b) manner by which Public Records employees process and respond to public records requests; (c) the manner by which the CPD and its personnel create and maintain the CPD's records, files, and documents; and (d) the information that is—and ought to be—recorded

and maintained within the CPD's records, files, and documents; and (e) CPD's recorded calls for service, 911 calls, and police radio channels.

6. For purposes of this affidavit, I have reviewed an audio file labeled AUDIO 01 2016-09-14 911 Call.

7. AUDIO 01 2016-09-14 911 Call is a true and accurate recording of a 911 call made to CPD on September 14, 2016, and that relates to the Tyre King police-involved shooting incident.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
**AMY MORRIS**

Sworn to before me and subscribed in my presence on February 10, 2021.

_____
**NOTARY PUBLIC - STATE OF OHIO**

My commission expires: 06/16/2021

KATHLEEN AUKERMAN
Notary Public, State of Ohio
My Commission Expires 06-16-2021