# OFFICIAL TEN CODE

| Code | Description |
|---|---|
| 10-3 | Officer in Trouble |
| 10-4 | Auto Crash (Property Damage only) |
| 10-4A | Auto Crash (Hit Skip, Property Damage) |
| 10-5 | Auto Crash (Injury) |
| 10-5A | Auto Crash (Injury Hit Skip) |
| 10-6 | Traffic Violator/Complaint |
| 10-6A | Vehicle Obstructing |
| 10-6B | Parking Complaint |
| 10-7 | Burglary Report |
| 10-7A | Open Door/Window |
| 10-8 | Burglary in Progress |
| 10-8A | Burglary Alarm |
| 10-8B | Burglary-Vacant Structure |
| 10-9 | Fraudulent Documents (In Progress) |
| 10-10 | Bomb Threat |
| 10-10A | Bomb Threat (Suspicious Package Found) |
| 10-12 | Check for Registration/Operator's License/Stolen |
| 10-13 | Check for Tickets |
| 10-14 | Cutting or Stabbing |
| 10-15 | Call Home |
| 10-16 | Disturbance |
| 10-16A | Information/Assistance |
| 10-16B | Disturbance/Mental |
| 10-16C | Loud Noise |
| 10-16F | Fireworks Complaint |
| 10-17 | Domestic Violence |
| 10-17A | Domestic Dispute |
| 10-17B | Domestic/Standby for Clothing |
| 10-18 | DOA |
| 10-19 | Intoxicated Person |
| 10-20 | Drowning |
| 10-22 | Animal Complaint |
| 10-23 | Errand |
| 10-23A | Escort |
| 10-23B | Emergency Entry into Motor Vehicle |
| 10-24 | Emergency Squad |
| 10-24A | Infectious/Contagious Disease |
| 10-25 | Fire |
| 10-25A | Trash Fire |
| 10-26 | Fight |
| 10-27 | Assault or Hospital Report |
| 10-27A | Telephone Harassment |
| 10-28 | Homicide |
| 10-29 | Juvenile Complaint |
| 10-30 | Larceny in Progress |
| 10-30A | Larceny Report |
| 10-30B | Shoplifting |
| 10-31 | Missing Person/High-Risk Missing Person |
| 10-31A | Missing Person Returned |
| 10-32 | Message |
| 10-33 | Person With Gun |
| 10-33A | Person With Knife |
| 10-34 | Unknown Complaint |
| 10-34A | Unknown Call (Panic Alarm) |
| 10-34B | 9-1-1 Hangup Call |
| 10-34C | Check on the Well Being |
| 10-35 | OVI Complaint |
| 10-36 | Obstruction in the Street |
| 10-37 | Official or Visitor |
| 10-37E | Explorer Ride-along |
| 10-38 | Property Destruction in Progress |
| 10-38A | Property Destruction Report |
| 10-39 | Prowlers |
| 10-40 | Recovered Property |
| 10-41 | Robbery-Just Occurred |
| 10-41A | Robbery Report |
| 10-42 | Robbery in Progress |
| 10-42A | Robbery Alarm |
| 10-42E | Electronic Satellite Robbery Alert |
| 10-43 | Shooting |
| 10-43A | Shots Fired |
| 10-43B | Shots Fired/Hunters |
| 10-44 | Sex Crime in Progress |
| 10-44A | Sex Crime Report |
| 10-44B | Indecent Exposure |
| 10-45 | Stolen/Suspected Stolen Vehicle, Lost/Stolen License Plate |
| 10-45A | Stolen Vehicle Recovered/Apprehensions |
| 10-46 | Stranded Motorist |
| 10-47A | Suicide Attempt |
| 10-48 | Suspicious Vehicle |
| 10-48A | Suspicious Person |
| 10-48G | Suspected Threat Group Activity |
| 10-49 | Vice Complaint |
| 10-49A | Narcotics Complaint |
| 10-50 | Wanted Person |
| 10-50A | Wanted Felon |
| 10-50B | Felon Registrant (Not Wanted) |
| 10-51 | Prisoner Transport |
| 10-52 | Wrecker Run |
| 10-54 | Work Traffic |
| 10-55 | House Watch |
| 10-55A | Park, Walk, and Talk |
| 10-56 | Request for Lunch Break |
| 10-57 | Request for Assistance (Back-up) |
| 10-58 | Guard Duty |
| 10-60 | Emergency Vehicle Operations (EVO) |

## Clearance Disposition Codes

Code 1 - Report and/or Citation (1A for alarm notice)

Code 2 - Party Advised or No Report Needed

Code 3 - Arrest Made

Code 4 - Non-Arrest Situation
       Errand Completed

Note: Use a "V" following any of the above codes to indicate videotaping of the incident.

S-35.103 (09/30/11)

## General Information

A number preceded by *Signal*, that is, *Signal 580*, call that station by telephone.

A number followed by the letter *R* means report to that station in person.

All transmissions will be brief, concise, and necessary.

All units will respond with their call number and location when called by means of radio. Exceptions are supervisors and personnel in unmarked cars when disclosure of their location would interfere with their assignment.

**EXHIBIT 1**