**EXHIBIT**

**3**

exhibitsticker.com

# Event Information -- P160822744

| Location Information | | Caller Information | |
|---|---|---|---|
| Number | | Name | VICTIM: MIKE AIMES: |
| Direction | | Address | 1620 E BROAD ST - SW COLUMBUS |
| Street | | Phone | |
| Type | | Terminal | ct001a |
| Suffix | | Calltaker ID | 2016021 |
| Area | | Source | ANI/ALI |

** LOI search completed at 09/14/16 19:42:07
** Event Type changed from 33 to 41 at: 09/14/16 19:42:13
** >>>> by: AARON J. NAPOLI on terminal: ct001a
AT 33 POINT
GETTING ADDITIONAL
DOT ON FOOT EB SUSPECT IS MB...DRK HOODIE...
BAGGY PANTS
33 IS HANDGUN
S12B ADV
SUSPECT IS PART OF A GRP OF 7-8 PEOPLE
RAN EB THROUGH THE RED CROSS LOT
TOWARDS BRYDEN AND AOK
**OAK
AIRED
SUSPECTS TAKING OFF IN A BLK CAR
**GRY CAR
NELSON SPL - 4 KIDS ALL TOGETHER HEADING IN A SOUTHEAST
DIRECTION
4 DR CAR
THE CAR WENT UP AN ALLEY THAT WOULD GO TOWARDS OAK
SHOTS FIRED
SHOTS FIRED
10-3
957 E BROAD
33 RECOVERED
Alarm Timer Extended: 0
SUSP DOWN
LOOK FOR MALE EB WHT T SHIRT THATS PART OF IT
ONE SUSPECT IS RUNNING DOWN LONG
CFD ADV
128 IS NEAR THEM
NO DESC
7514 - NO WB TRAFFIC
550 -- OVERHEAD
***SUSP DOWN = WE 43'D SUSP
9120E WB TO EB SHUT DOWN
L5B ADV
EMS 11 ADV TO GO SB ON HAUFMAN WB ON CAPITAL
9120E -- GOING TO THE VICTIM
**CORRECTION 9111E
GOING TO VICTIM
*** 5A NOW TACTICAL & MONITORED ***
124B -- YOUNGER MB WITH WHT T SHIRT STILL OUT
CP - HAUFMAN/CAPITAL
*** CP @ HOFFMAN/CAPITAL ***
74B WITH A WITNESS/SUSP DETAINED IN HIS CRUISER JUST SO
THE SCENE
9034E GRABBING THE MOBILE SUB & RESPONDING
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0

| Municipality | CBUS | Remarks | Alarm Timer Extended: 0 |
|---|---|---|---|

Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
MOBILE SUB ON A 60 PER S12B
9160E -- HAS WITNESS AT BROAD/18TH
9120E -- M1 GOING TO CHILDREN'S IN CRITICAL CONDITION
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 09/14/16 19:59:58
9120E -- CHANGED LOCATION TO @CHILDREN'S : FOLLOWING CFD
PER L5B - THERE IS OFFICER SUPPORT ALREADY OUT THERE
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
Preempt:TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
** Event P160822744 transferred from CPD/CPDZ5 to CPD/CPDT1 as
P160822744 at
09/14/16 20:00:44
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
TREV to CPD/CPDT1
INVEST DESK ADV NEED CIRT
110B WITH VIC @ BROAD/18TH
** LOI search completed at 09/14/16 20:01:30
110B -- CHANGED LOCATION TO BROAD/18
FIREARM REVIEW RESPONDER CMDR BEHNEN ADV
120B -- ALSO WITH THE VIC & 110B @ BROAD/18T
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
113B NOW WITH THE VIC

Apartment

TRYING TO GET BETTER DESC OF SUSP #2 THAT IS STILL OUT
Preempt:CAD AUTOMATIC PREEMPT
550: EVERYTHING NORTH OF THE SCENE IS CODE 4
122B/124B HEADING TO CHILDREN'S
** LOI search completed at 09/14/16 20:06:57
124B -- CHANGED LOCATION TO @CHILDREN
128B: MEDIA IS ON SCENE
9111E -- 2ND HAND SAYING OTHER SUSP MAY BE @ 889 OLD
LEONARD
S75 @ 11 SUB WITH THE INVOLVED OFFICERS
** LOI search completed at 09/14/16 20:09:54
S75 -- CHANGED LOCATION TO @SUB 11
** Cross Referenced to Event # P160822813 at: 09/14/16 20:10:54
** >>>> by: WILLIAM B. SHOOK on terminal: pd010
Alarm Timer Extended: 0
Alarm Timer Extended: 0
580 ALREADY ADV'D
113B: ADTL DESC = MB, 5'10", THIN DREADS, WHT TANK TOP
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 09/14/16 20:18:13
160B -- CHANGED LOCATION TO HOFF/BRO:BLOCKING TRAFFIC
Alarm Timer Extended: 0
S12B: SEND MOBILE SUB ON 18TH SO BROAD
164B HAS SOME WITNESS' INFO @ MADISON/18TH
Preempt:CAD AUTOMATIC PREEMPT
** LOI search completed at 09/14/16 20:20:14
164B -- CHANGED LOCATION TO MADISON/18
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
70B - 1/2 ON SCENE AND 1/2 AT 11 SUB FOR OFFICER SUPPORT
Alarm Timer Extended: 0
** LOI search completed at 09/14/16 20:24:42
9034E -- CHANGED LOCATION TO 18TH/BROAD: SO - ENR WITH
THE
MOBILE SUB
9120E: CHILDREN'S PRONOUNCED @ 20:22
S12B ADV
RADIO SUPV RENSCH ADV
**** PRONOUNCE TIME @ 20:25 ****
Alarm Timer Extended: 0
Alarm Timer Extended: 0
** LOI search completed at 09/14/16 20:30:55
7519 -- CHANGED LOCATION TO @CHILDRENS
W16B: SUSP #2 WAS SEEN 10MINS AGO WALKING SB GARFIELD
FROM LEONARD
MB, 5'10, DREDS, WHT T-SHIRT, BLK JEANS
ALSO HAD 2 FEMALES WITH HIM
113B: ONE OF THE FEMALES WITH THE GROUP IS SHORT &
CHUBBY WITH
Alarm Timer Extended: 0
TURQ & PURP HAIR
** LOI search completed at 09/14/16 20:33:15
70B -- CHANGED LOCATION TO GARFIELD/LEON
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
Alarm Timer Extended: 0
550 COMING UP CODE 4
Alarm Timer Extended: 0
9034E: GROVES HAVING AN OPERATIONAL ISSUE WITH THE
MOBILE SUB
SHOULD BE OPERATIONAL SHORTLY