

EXHIBIT

4