

EXHIBIT

7