DIVISION OF POLICE

Intra-Divisional

April 15, 2011

TO:       Officer Bryan Mason #2467
          Patrol North Zone 4
          2B4

FROM:     Deputy Chief Jeffrey Blackwell #5005
          Award Committee Chairperson

SUBJECT:  2011 Recognition Dinner

---

On September 10, 2010, you were awarded the **Silver Cross.** As part of your recognition, you will be presented with a plaque at the annual Recognition Dinner held at the Villa Milano, 1630 Schrock Road on May 20, 2011. Dinner will be served at 7:00 p.m., with a social hour beginning at 6:00 p.m. Dress for the dinner will be business attire.

Your family and friends are welcome to attend. As a recipient, you will receive two (2) free tickets to the dinner, but additional meal tickets may be purchased at a reasonable cost. You **must** send in the attached form or R.S.V.P. before Tuesday, May 17, 2011, to Officer Bowling in the Research & Development Unit at 645-4932 to confirm attendance, reserve your tickets, and purchase additional tickets for family and friends.

JB/tjb
xc: Personnel File



EXHIBIT

13




Columbus Ohio Division of Police

# Silver Cross Award

presented to

## Officer Bryan Mason

On September 7th, 2009, Patrol officers responded to the area of N. 4th Street and E. 18th Avenue after a suspect, who had fled from a traffic stop, shot an officer who confronted him when he stopped and exited his vehicle. The suspect ran into a nearby residence and began firing an AK-47 out of the windows at the officers. Responding officers did not know at the time if this was the suspect's residence or if it was an in-progress Aggravated Burglary; however, they did know they were chasing an armed suspect who had just shot a fellow officer.

Officer Bryan Mason responded to an Officer-In-Trouble call at 1919 N. 4th Street due to the shooting of a Columbus Police Officer. Officer Mason arrived on N. 4th Street at 19th Avenue and immediately began to assess the situation. A second Columbus Police Officer was shot during this time period. Realizing that an active shooter with an assault rifle situation was unfolding, Officer Mason quickly took up a defensive position behind a parked car, across the street from 1919 N. 4th Street.

Officer Mason along with two other officers contained the violent situation by occupying the three most crucial, yet separate, frontal positions. The officers were pinned down by automatic rifle fire as the critical event continued to unfold; they risked the greatest danger when they exposed themselves from cover to suppress the assailant's assault by firing back at the shooter.

Officer Mason's obvious bravery helped to bring this situation to a successful resolution, and likely saved the lives of many citizens and officers. His actions kept the perpetrator from simply standing in front of his picture window and taking careful aim at any citizen or officer who came into the shooter's sights.

Officer Bryan Mason is awarded a Silver Cross for acting in an exemplary manner under substantial risk of personal harm and beyond the call of duty. His actions are in the highest tradition of law enforcement professionalism and reflect positively on him and the Columbus Division of Police.

_Walter_

Walter L. Distelzweig
Chief of Police

DIVISION OF POLICE

Intra-Divisional

August 17, 2010

TO:     Officer Bryan Mason #2467
        Zone 4, RZ4B1-6

FROM:   Deputy Chief Gary J. Thatcher #5001
        Awards Committee Chairperson

SUBJECT:  2010 Awards Presentation Ceremony

---

On August 5, 2010, Lieutenant Strausbaugh's letter nominating you for a Division award for your actions during the 2009 Labor Day Shooting was presented to the Awards Committee. Upon review, the committee voted to award you the **Silver Cross.** On behalf of Chief Distelzweig and the Awards Committee, I offer my congratulations.

As part of your recognition, the Photo Lab will take a portrait of you in your long-sleeved uniform shirt and tie, wearing your medal. You must call the Photo Lab (5-4737) to make an appointment for your portrait, and the Photo Lab has representative medals on hand to wear.

The formal ceremony will be held on Friday, September 10, 2010 at 2:00 p.m. at the Training Academy Auditorium, 1000 N. Hague Avenue. Plan to arrive by 1:30 p.m. in Room 104 for instructions. Dress will be the long-sleeved uniform shirt.

The annual Recognition Dinner will be held in May of 2011, and you will receive an informational letter next spring with a reservation form.

You must call (ext. 5-4932) or email Officer Teresa Bowling in the Research and Development Unit by September 8, 2010 to confirm your attendance at the awards ceremony. Your family and friends are cordially invited to attend the ceremony.


GJT/tjb
xc: Personnel File

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: Awards for Labor Day Shooting Incident

*Bryan Mason*

ORIGINATOR: Lt. Robert N. Strausbaugh #5094    ASSIGNMENT  489-Patrol Admin    DATE: 9-30-09

---

FORWARD TO:  Commander Timothy Becker #5031    ASSIGNMENT  Commander One

REMARKS: RECOMMEND APPROVAL, FORWARD FOR CONSIDERATION    ☐ Cont'd on back

SIGNATURE: CMDR T-BBE 5031    DATE REC'D _____    FORWARDED 10-1-09

---

FORWARD TO:  Commander Kent Shafer #5022    ASSIGNMENT  Commander Four

REMARKS: FORWARD FOR CONSIDERATION BY AWARDS COMMITTEE    ☐ Cont'd on back

SIGNATURE: _____ 5222    DATE REC'D 10/1    FORWARDED 10/1/09

---

FORWARD TO:  Commander Richard Bash #5030    ASSIGNMENT  Commander Five

REMARKS: RECOMMEND APPROVAL    ☐ Cont'd on back

SIGNATURE: Cmdr R Bash #5030    DATE REC'D 10-2-09    FORWARDED 10-2-09

---

FORWARD TO:  ~~Awards~~ D/C Rockwell ~~Chair~~    ASSIGNMENT

REMARKS: TO AWARDS COMMITTEE    ☐ Cont'd on back

SIGNATURE: A/D/C T-C Run    DATE REC'D 10-5-09    FORWARDED 10-5-09

---

FORWARD TO:  D/C GAMMILL    ASSIGNMENT

REMARKS: CONCUR WITH ALL RECOMMENDATIONS.    ☐ Cont'd on back

SIGNATURE: DC _____ 5009    DATE REC'D _____    FORWARDED 10-6-09

---

FORWARD TO:  Awards Committee    ASSIGNMENT

REMARKS:    ☐ Cont'd on back

SIGNATURE: _____    DATE REC'D 10/6/09    FORWARDED _____

---

FINAL DISPOSITION: Tabled for CIRT + FRB packets 10/8/09.
8/5/10 Bryan Mason awarded a Silver Cross. To Personnel for Master file.

ORIGINATING PERSON ADVISED BY: T. Bowling    NAME    NOTIFIED VIA    5/5/10  DATE

☐ CD/DVD (#    ) ATTACHMENTS    A-10 (02/09)

Officer was able to pull the female out of the vehicle. Officer ran with the female, providing cover with his person, until they reached a point of safety and the female was released to other officers. Officer then returned to aid fellow officers with the inner perimeter.

Award Recommendation – Silver Cross and Ribbon based on Directive 3.16 I. B., which states in pertinent part, "Awarded to any active police officer or reserve officer who … acted in an exemplary manner under substantial risk of personal harm and beyond the call of duty." (Officer did act in an exemplary manner while being under fire. He recognized that a citizen was in danger and could have been killed or seriously wounded if he waited for a tactical rescue by SWAT.)

**Sergeant Matt Streng #5184, S6B; Officer Joseph Houseberg #2486, R70B; Dana Schell #2120, R70B** – Sergeant and Officers responded to the scene from the east and was on E 18th Avenue, the street directly in front of the shooter's location. Sergeant took cover behind a box truck so he could safely retrieve the shotgun from his trunk when he observed a cruiser backing down E 18th Avenue toward him. Sergeant observed that the officer driving the cruiser backwards had been shot in the face. During this entire time, the suspect was continually firing rounds from the AK-47. Sergeant and Officers immediately removed the wounded officer from the direct line of fire and moved him to safety so that medics could treat and transport him a medical facility

Award Recommendation - Silver Cross and Ribbon based on Directive 3.16 I. B., which states in pertinent part, "Awarded to any active police officer or reserve officer who … acted in an exemplary manner under substantial risk of personal harm and beyond the call of duty." (The Sergeant and Officers took heroic actions to get the injured officer to safety while the suspect was still shooting.)

**Officer Bryan Mason #2467, R24-B:**

On Labor Day, September 7, 2009, the Officer responded to an Officer-In- Trouble call at 1919 N. 4th Street, due to the shooting of a Columbus Police Officer. The Officer arrived on N. 4th Street at 19th Avenue and immediately began to assess the situation. A second Columbus Police Officer was shot during this time period. Realizing an active shooter with an assault rifle situation was unfolding; the Officer quickly understood he needed to take up a defensive position behind a parked car, across the street from 1919 N. 4th Street.

The Officer along with two other Officers contained the violent situation by occupying the three most crucial, yet separate, frontal positions. The officers were pinned down by automatic rifle fire as the critical event continued to unfold. The Officer and his two colleagues were exposed to the greatest of danger, when they exposed themselves from cover to suppress the assailant's assault by firing at the shooter.

The Officer's obvious bravery helped to bring this situation to a successful resolution. These same actions also kept the perpetrator from simply standing in front of his picture