COPY

## COLUMBUS DIVISION OF POLICE

PROGRESS OF INVESTIGATION           PAGE NO. 1

| OFFENSE | REPORT NUMBER | CASE FILE NO |
|---|---|---|
| POLICE INVOLVED SITUATION (FATAL) | 121063057 | 2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME | | DATE OF OFFENSE |
| P.O. BRYAN MASON, #2467 | | DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE | | |
| 3576 BEULAH ROAD | | |

### PRELIMINARY PROGRESS

On December 17, 2012, at approximately 7:15 p.m., I, Homicide Cold Case/C.I.R.T. Detective William Gillette #1616, was notified at my residence that there was a Police Involved Situation, located at 3576 Beulah Road. At that time, I advised the personnel working the Investigative Duty Desk that I would be responding.

While en route to the scene, the weather conditions were noted to be: night time, there were clear skies and the temperature was approximately 36 degrees Fahrenheit.

The following C.I.R.T. personnel responded to the scene:

| | | |
|---|---|---|
| Sergeant Eric Pilya | IBM #5115 | Homicide Cold Case/C.I.R.T. |
| Sergeant Dana Norman | Badge #5170 | Third shift Homicide/C.I.R.T. |
| Detective William Gillette | Badge #1616 | Homicide Cold Case/C.I.R.T. |
| Detective William Rotthoff | Badge #244 | Second shift Homicide/C.I.R.T. |
| Detective Robert Connor | Badge #1609 | Second shift Homicide/C.I.R.T. |
| Detective Gregory Sheppard | Badge #1710 | Second shift Homicide/C.I.R.T. |
| Detective Anne Pennington | Badge #1327 | First shift Homicide/C.I.R.T. |
| Detective Ronald Custer | Badge #1255 | First shift Homicide/C.I.R.T. |

It should be noted that C.I.R.T. personnel arrived at the scene between 7:30 – 8:00 p.m., and I will be the reporting officer.

Once at scene, Sergeant Pilya identified the shooting officer as Bryan Mason #2467. Sergeant Pilya stated that the homeowner, asked another individual, later identified as **JASON BLACKBURN**, to come over to his residence to discuss a female by the name of **BARBARA COX**. Apparently Ms. Cox had dated the homeowner approximately twenty-five (25) years ago, but was currently dating Mr. Blackburn.

| DISPOSITION/STATUS | DATE | AGES/PERSONS ARRESTED | |
|---|---|---|---|
| INVESTIGATION CONTINUES | 1/03/2013 | DETECTIVE WILLIAM GILLETTE | BADGE #1616 |
| | | DETECTIVE | BADGE |
| | | SUPERVISOR'S SIGNATURE | IBM |

I-20.100 (4/2007)     :sb/1/03/13

EXHIBIT 14

## COLUMBUS DIVISION OF POLICE

PROGRESS OF INVESTIGATION                                           PAGE NO. 2

| OFFENSE | REPORT NUMBER | CASE FILE NO |
|---|---|---|
| POLICE INVOLVED SITUATION (FATAL) | 121063057 | 2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME P.O. BRYAN MASON #2467 | | DATE OF OFFENSE DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE 3576 BEULAH ROAD | | |

Sergeant Pilya continued by stating there were two (2) 911 calls made from this residence, one from the homeowner and the other from Mr. Blackburn. Sergeant Pilya related that both of the parties sounded like they had been drinking and at one point, the homeowner pulled a handgun and pointed it at Mr. Blackburn. When police officers arrived, one of them looked through the window and observed that a male was pointing a gun at another male.

As Officer Mason entered the residence he ordered the suspect, who was pointing the gun, to drop the gun. However the suspect refused to do so. Officer Mason fired his service weapon striking the suspect.

Sergeant Pilya advised that the suspect was transported to Riverside Hospital by personnel on Columbus Fire Department Medic #16, suffering from a gunshot wound. Detective Pennington proceeded to Riverside Hospital to check on the condition of the suspect.

The homeowner/suspect was later identified as:   **JOHN E. KAUFMANN JR.**
　　　　　　　　　　　　　　　　　　　　　　　　MALE/WHITE
　　　　　　　　　　　　　　　　　　　　　　　　51 YEARS OF AGE
　　　　　　　　　　　　　　　　　　　　　　　　DOB:　　　5/08/1961
　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS:　3576 BEULAH ROAD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　COLUMBUS, OHIO 43224

While at Riverside Hospital, Mr. Kaufmann was pronounced dead by Dr. Shoemaker, at 8:27 p.m.

Detective Sheppard processed the scene, which is inside the dining room area of this single story ranch style house. The actual shooting occurred next to the kitchen table, which was just west of the entrance of the kitchen area, along the southern wall. It should be noted that there was blood on the floor, as well as broken glass from the china cabinet, which was directly across from the kitchen table, along the northern wall. Evidence collected was: three (3) .40 caliber spent shell casings; a Ruger 9mm handgun, model P89, serial #314-04430, which contained a magazine with eight (8) live rounds in it; miscellaneous clothing on the floor next to the dining room table; a brown wallet, containing ten dollars ($10) cash, miscellaneous cards and papers, a Charter Visa card and a Mastercard. Also collected were two (2) possible blood swabs and one (1) Samsung Mobile cell phone. For complete details please refer to *Informational Summary #1*.

It should be noted that the Samsung Mobile cell phone, which was found inside the residence, was determined to belong to Jason Blackburn. After discussing this with Sergeant Pilya, it was decided that this cell phone could be returned to its owner.

On December 28, 2012, Homicide Cold Case/C.I.R.T. Detective Steven Eppert #1274 and I met Jason Blackburn, who took possession of his cell phone. It should be noted that I had him sign a receipt for the cell phone. A copy of the receipt will be made a permanent part of this package.

## COLUMBUS DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 3 |
|---|---|---|
| OFFENSE<br>POLICE INVOLVED SITUATION (FATAL) | REPORT NUMBER<br>121063057 | CASE FILE NO<br>2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME<br>P.O. BRYAN MASON #2467 | | DATE OF OFFENSE<br>DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE<br>3576 BEULAH ROAD | | |

Crime Scene Search Unit personnel; Sergeant Joan Schlabach #5290, Detective William Miller #775 and Detective Dan Douglas #1762, responded to the scene, where they were asked to take photographs, complete a sketch, and collect all pertinent evidence.

In addition to Mr. Blackburn, it was determined that there were a couple of witness officers to this incident. These individuals were interviewed by detectives at the scene, while Mr. Blackburn was transported to Columbus Police Headquarters and interviewed by me.

Briefly, Jason Blackburn related that he had been dating Barbara Cox. During this time period, Barbara had begun talking with an individual she had dated approximately twenty-five (25) years ago, and Mr. Blackburn had found out about her talking with this individual. Mr. Blackburn did admit that he called this individual a few days prior to the incident and threatened him. Mr. Blackburn related that Mr. Kaufmann had called him on this particular day, and asked him to come over to his residence so that they could talk about Ms. Cox.

According to Mr. Blackburn, he arrived at the residence, and he and Mr. Kaufmann had a couple of shots (alcohol). It should be noted that these shots of liquor were not your typical shot glasses. Mr. Blackburn described these shots as being very large shots of liquor, many times larger than a normal shot. Mr. Blackburn also admitted, during the interview, that at one point during his visit at Mr. Kaufmann's, Barbara called Mr. Kaufmann's cell phone, and he (Mr. Blackburn) answered the phone. At that point, Ms. Cox hung up and Mr. Blackburn attempted to call her back several times, but she would not answer. Mr. Blackburn also admitted that at one point, there was a physical altercation with Mr. Kaufmann. Mr. Blackburn related that at some point, he passed out and when he came to, Mr. Kaufmann was standing in front of him, pointing a handgun at his head. Mr. Blackburn advised that he called 911, explained what was going on, that he needed help, that Mr. Kaufmann was pointing a handgun at his head. Mr. Blackburn related that eventually a police officer entered the residence and he remembers hearing two (2) gunshots, and he couldn't be certain, but he thinks that Mr. Kaufmann might also have fired his handgun that he was pointing at him. Mr. Blackburn stated that if the officer had not come in and done what he did, he felt that Mr. Kaufmann would have killed him. For complete details of this summary, please see *Informational Summary #9*.

Detective Custer interviewed **OFFICER LAURA SLIVANYA #2423**, at the scene in an unmarked police vehicle. Officer Slivanya related that she was working PTV #28, "B" Company, with **OFFICER RICHARD FOSTER #1198**, on this particular evening. Officer Slivanya said they were dispatched to 3576 Beulah Road on a gun run, something to the effect that a friend, the homeowner let in, was refusing to leave and that there was a gun involved. Officer Slivanya indicated that at the time of the call, they were not sure who actually had the gun. Officer Slivanya stated that upon arriving, she observed Officer Bryan Mason #2467 and his partner **OFFICER JACOB PAWLOWSKI #2715**, exiting their cruiser, which was

## COLUMBUS DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 4 |
|---|---|---|
| OFFENSE<br>POLICE INVOLVED SITUATION (FATAL) | REPORT NUMBER<br>121063057 | CASE FILE NO<br>2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME<br>P.O. BRYAN MASON #2467 | | DATE OF OFFENSE<br>DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE<br>3576 BEULAH ROAD | | |

in front of the residence. According to Officer Slivanya, as she and Officer Foster exited the wagon, she heard one of the officers say, **"Someone has a gun."** At that point, Officers Slivanya and Foster proceeded to the rear of the wagon so that Officer Foster could retrieve his rifle. Officers Slivanya, Foster and Pawlowski responded to the rear of the residence, which was located on the east side of the house. As they approached the residence they heard gunshots. Officer Slivanya observed Officer Mason in the kitchen, with a subject down and a gun lying nearby. The second subject was lying face down on the living room floor, and as Officer Slivanya proceeded to handcuff this individual, he continued to yell at the suspect, who had been shot. Officer Slivanya related that they cleared the rest of the residence, and the custody of this subject, who later was identified as Jason Blackburn, was turned over to **OFFICER MARC REES #761** and **OFFICER RUSSELL REDMAN III #275**, who secured Mr. Blackburn in the back of their cruiser. For complete details of the interview with Officer Slivanya, please see *Informational Summary #5*.

Also interviewed at the scene by Detective Custer are, **DYLAN AND TINA FRASER.** The Frasers related that the subject, who lives next door, was John Kaufmann, and they have known him for about five (5) years. They advised that his wife, **SUSAN**, had moved out, maybe around Halloween time. And that Mr. Kaufmann was someone who drank too much. They also told Detective Custer that they do not know of anyone that Mr. Kaufmann had any issues with. For complete details of the interview with Dylan and Tina Fraser, please see *Informational Summary #6*.

Detective Rotthoff interviewed **OFFICER RICHARD FOSTER #1198**, at the scene, in an unmarked police car. Officer Foster related that he was assigned this evening to PTV #28, "B" Company, and was working with Officer Slivayna. Officer Foster advised that Columbus Police Radio Room personnel dispatched them to 3576 Beulah Road, on a call that someone there was refusing to leave and that someone had a 9mm handgun in his back pocket. He said as they arrived and pulled up to the residence, they observed that Officer Mason and his partner, Officer Pawlowski, had already arrived at the residence. Officer Foster stated that as he and Officer Slivanya exited the wagon to retrieve the rifle, he heard another officer say, **"He has a gun."** After retrieving the long gun, he and Officers Slivanya and Pawlowski approached the house from the east. As they reached the fence at the east side of the house, Officer Foster related that he heard gunshots. According to Officer Foster, they broke through the gate, and as they reached the inside of the residence, the suspect was on the floor with a gun lying next to him. Officer Foster said there was another male white in the house, yelling at the man who was on the floor. For complete details please see *Informational Summary #7*.

The Franklin County Coroner's Office was notified by Detective Pennington at approximately 9:00 p.m. The suspect's body was transported from Riverside Hospital to the Franklin County Morgue, by **OFFICER RYAN FOWLER #2596 and OFFICER BARRY HALL #2462**, working PTV #68, "B" Company.

At this time, I am requesting that OR #121063057 remain as **INVESTIGATION CONTINUES** until this

## COLUMBUS DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 5 |
|---|---|---|
| OFFENSE<br>POLICE INVOLVED SITUATION (FATAL) | REPORT NUMBER<br>121063057 | CASE FILE NO<br>2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME<br>P.O. BRYAN MASON #2467 | | DATE OF OFFENSE<br>DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE<br>3576 BEULAH ROAD | | |

incident has been presented to the Franklin County Grand Jury.

There is no further information available at this time.

The investigation will continue.