COPY

## COLUMBUS DIVISION OF POLICE

PROGRESS OF INVESTIGATION  PAGE NO. 1

| OFFENSE | REPORT NUMBER | CASE FILE NO |
|---|---|---|
| POLICE INVOLVED SITUATION (FATAL) | 121063057 | 2012-25 (P.I.S.) |
| FIRM OR VICTIM'S NAME | | DATE OF OFFENSE |
| P.O. BRYAN MASON #2467 | | DECEMBER 17, 2012 |
| PLACE OF OCCURRENCE | | |
| 3576 BEULAH ROAD | | |

### FINAL PROGRESS

On December 17, 2012, Columbus Police officers responded to 3576 Beulah Road on the report of a disturbance, inside the residence, involving two (2) individuals, with one (1) subject pointing a gun at the other subject. After arriving at the location, Officer Bryan Mason #2467 entered the residence, through the back door, and ordered the suspect to drop the handgun. The suspect refused and Officer Mason fired his weapon three (3) times striking **JOHN KAUFMANN JR.** Mr. Kaufmann was transported to Riverside Hospital where he was pronounced dead.

On April 12, 2013, this case was presented to the Franklin County Grand Jury. After hearing from witnesses and examining the evidence, the Grand Jury voted to ignore this case.

At this time, I am requesting that **O.R. #120596965** be classified as **EXCEPTIONALLY CLEARED.**

| DISPOSITION/STATUS | DATE | AGES/PERSONS ARRESTED | |
|---|---|---|---|
| Presented to Grand Jury Ignored (no charges) | 04-12-13 | DETECTIVE WILLIAM GILLETTE | BADGE 1616 |
| EXCEPTIONALLY CLEARED | | DETECTIVE | BADGE |
| | | SUPERVISOR'S SIGNATURE | IBM 5115 |

I-20.100 (4/2007)

:sb 4/19/13

EXHIBIT 15