COPY

DIVISION OF POLICE

Intra-Divisional

November 14, 2013

To: Kimberley K. Jacobs
Chief of Police

From: Commander Michael A. Woods #5012
Special Services Bureau

Subject: **Use of Firearms/Police Involved Review Board #2013-10**

RE: Police Officer Bryan C. Mason #2467, 2B4

---

On February 2, 2013, Police Officer Bryan C. Mason, #2467, discharged his Division issued pistol after encountering an armed suspect that had fled a vehicle after a traffic stop. The suspect produced a handgun during the foot pursuit, and after falling to the ground attempted to retrieve the firearm after being ordered to stop. Officer Mason discharged his firearm in self-defense. The Firearms/Police-Involved Death Review Board received the Use of Firearms Investigation on November 8, 2014.

The Firearms/Police-Involved Death Review Board met on November 13, 2013 to discuss the facts presented in the investigative packet. After a review of the investigative packet, the Board determined the use of firearm by Officer Mason was **WITHIN POLICY,** as set forth in Division Directive 3.25, "Action-Response to Resistance/Aggression".

The investigative packet is being returned to the involved officer's Chain of Command for whatever action they deem appropriate.

Respectfully submitted,

*[signature]*
Commander Michael Woods #5012

*[signature]*
Commander Rhonda Grizzell #5014

*[signature]*
Commander Michael Gray #5021

MW/mw

EXHIBIT 16