1

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

DIVISION OF DOMESTIC RELATIONS

JUVENILE BRANCH

- - -

IN THE MATTER OF:

JARONN COLLINS               :     CASE NO. 17JU-05-5796

ALLEGED DELINQUENT MINOR     :

- - -

**PARTIAL**

TRANSCRIPT OF PROCEEDINGS HEARD

BEFORE THE HONORABLE MAGISTRATE LASHEYL STROUD

HEARD ON THE 31ST DAY OF JULY, 2017

- - -

APPEARANCES:

    LINDSAY FISHER, ASSISTANT PROSECUTING ATTORNEY, ON BEHALF OF THE STATE OF OHIO
    JAMES LOWE, ASSISTANT PROSECUTING ATTORNEY, ON BEHALF OF THE STATE
    MICHELLE MARTIN, ATTORNEY AT LAW, ON BEHALF OF THE MINOR, JARONN COLLINS
    LISA FIELDS THOMPSON, ATTORNEY AT LAW, ON BEHALF OF THE MINOR, JARONN COLLINS

ALSO PRESENT:

    VICTORIA BARNETT, MOTHER
    JARONN COLLINS, MINOR CHILD

COURT OF DOMESTIC RELATIONS
FRANKLIN COUNTY

FTR
COLUMBUS, OHIO 43215

INDEX OF WITNESSES

WITNESSES ON BEHALF OF THE STATE OF OHIO    PAGE

DEMETRIUS BRAXTON

Direct Examination by

Assistant Prosecuting Attorney Fisher    04

Cross-Examination Attorney Thompson    19

Re-Direct Examination by

Assistant Prosecuting Attorney Fisher    24

FTR

COURT OF DOMESTIC RELATIONS    COLUMBUS, OHIO 43215
FRANKLIN COUNTY

3

INDEX TO EXHIBITS

| EXHIBITS ON BEHALF OF THE STATE OF OHIO | PAGE |
|---|---|
| STATE'S EXHIBIT C<br>Defendant's agreement<br>MARKED FOR IDENTIFICATION | 16 |
| STATE'S EXHIBIT D<br>Entry of guilty plea from witness<br>MARKED FOR IDENTIFICATION | 17 |

COURT OF DOMESTIC RELATIONS  COLUMBUS, OHIO 43215
FRANKLIN COUNTY

FTR

```
 1                        - - -
 2                   DEMETRIUS BRAXTON
 3    HAVING BEEN FIRST DULY SWORN, CALLED AS A WITNESS ON
 4     BEHALF OF THE STATE OF OHIO, TESTIFIES AS FOLLOWS:
 5                        - - -
 6          MAGISTRATE STROUD:  All right.  Thank you.
 7   You may inquire of your witness.
 8          MS. FISHER:  Thank you, Your Honor.
 9                        - - -
10                   DIRECT EXAMINATION
11   By Ms. Fisher:
12       Q.   Good afternoon.  Would you please state
13   and spell your name for the record?
14       A.   Demetrius Braxton.  D-E-M-E-T-R-I-U-S
15   B-R-A-X-T-O-N.
16       Q.   Thank you, Mr. Braxton.  And where do you
17   currently reside?
18       A.   Franklin County Correctional Center.
19       Q.   Okay.  Where are you from?
20       A.   Columbus, Ohio.
21       Q.   Okay.  What side of town did you stay on?
22       A.   The north side.
23       Q.   Okay.  Did you go to high school?
24       A.   Not in Ohio.
25       Q.   Okay.  Where'd did you go to high school?
```

1     A.    In Detroit, Michigan.
2     Q.    Okay.  And then did you move back to
3 Columbus after that?
4     A.    Yes.
5     Q.    Okay.  I'm gonna draw your attention back
6 to September 14th, 2016.  Can you tell me what you
7 did when you woke up that morning?
8     A.    Took a shower; made something to eat.
9 Called my girlfriend at the time.
10    Q.    What was your girlfriend's name?
11    A.    Akilah.
12    Q.    Okay.
13    A.    Told her I was gonna meet up with her
14 later on that day.  Waited for my aunt to go to work
15 and then I left the house to go meet up with Akilah
16 at the Martin Luther King Library.
17    Q.    Okay.  And what was the point of the trip
18 to the library?
19    A.    To hang out with Akilah.
20    Q.    Just to see Akilah?
21    A.    Yeah.
22    Q.    Okay.  How long did you know Akilah?
23    A.    For two, three months.
24    Q.    Okay.  And how long had you been dating?
25    A.    Two months.

```
 1   Thompson and we've met, haven't we?
 2       A.   Yes.
 3       Q.   Okay. You met me and attorney Martin at
 4   the jail; is that right?
 5       A.   Yes.
 6       Q.   Okay.  We had a long conversation, didn't
 7   we?
 8       A.   Yes.
 9       Q.   The day that this happened, were you on
10   drugs?
11       A.   Yes.
12       Q.   Okay.  What kind of drugs were you on?
13       A.   Cocaine and marijuana.
14       Q.   Okay.  And how do drugs make you respond
15   or how did they make you respond that day?
16       A.   They make me irrational and angry.
17       Q.   Okay.  And so, around the time of the
18   robbery, were you still under the effects of the
19   drugs?
20       A.   Yes.
21       Q.   Okay.  Now you said that you testified
22   truthfully here today; is that correct?
23       A.   Yes.
24       Q.   Okay.  So, when you say that Jaronn
25   Collins didn't really wanna rob anyone -- oh,
```

1              C E R T I F I C A T E
2
3    I do certify that the foregoing is a true and
4    accurate transcript of the proceedings held in this
5    matter, on the 31st day of July, 2017, which I
6    transcribed from the Court's official recording
7    system, except for certain inaudible portions, and
8    that said transcript has been compared with the
9    official court recording system.

_____
JESSICA HARDMAN (hard)
OFFICIAL COURT STENOGRAPHER/
OFFICIAL COURT TRANSCRIPTIONIST

COURT OF DOMESTIC RELATIONS
FRANKLIN COUNTY

FTR
COLUMBUS, OHIO 43215