# Thomas B. Paige

1000 N. Hague Ave Columbus, Oh 43204   Telephone 614-778-9462
e-mail: tpaige@columbuspolice.org   Fax 614-645-4516

---

**EXPERIENCE SUMMARY**

Law Enforcement Trainer of Trainers ........................................Nine years
Law Enforcement Trainer............................................ Twenty four years
Patrol Officer ................................................................................Six years
Hostage Negotiator ...................................................................... Ten years

**CURRENT EXPERIENCE**

**Recruit Training Instructor**..............................................(1996-Current)
Columbus, Ohio Division of Police

Instruct new recruits on the OPOTC basic training curriculum; some of the classes include principles of policing, ethics, verbal de-escalation, community policing, crisis intervention training (CIT), defensive tactics, and basic patrol practical instruction.

**Police Officer**
Columbus, Ohio Division of Police.........................................(Hired 1991)

<u>Zone 4 C Company/Evening Midwatch</u> ...........................................(1992)

<u>Zone 4 Campus Walkie Crew</u>..................................................(1992-1995)

<u>Strategic Response Bureau Community Liaison Officer</u>..................(1996)

**EDUCATION**

**Masters of Education**.......................................................................(1993)
The Ohio State University

**Bachelor of Science – Education** ....................................................(1986)
Ohio University

**FBI Hostage Negotiation School**....................................................(2011)

**OPOTA Basic Hostage Negotiation School**..................................(2012)

**Psychology of Street Survival** ........................................................(1998)

**Subject Control/Action-Response Use-of-Force Continuum**......(1999)

**Law Enforcement Suicide** ..............................................................(2013)
Tactics for Prevention and Intervention TOT

Paige Resume 1

Paige Aff. Ex. 1

| | | |
|---|---|---|
| **MILITARY TRAINING** | **Basic Training**.................................................................................(1984) Ft Dix, NJ | |

**Military Occupational Specialty School**......................................(1985)
MOS 54B – Nuclear, Biological, Chemical Specialist

**PLDC**....................................................................................................(1988)
4th Army

**BNCOC -** 1036th USARF ..............................................................(1993)
Fort Indiantown Gap, PA

**Apprentice CID Special Agent Course**.......................................(1995)
Phase 1,3 – Newport News, VA
Phase 2, 4 – Ft McClellan, AL

**Protective Training Service Course**.............................................(1997)
Military Police School – Ft McClellan, AL

**Warrant Officer Basic Course** ............................................(1997-1998)
Phase 1 – Ft Rucker, AL
Phase 2 – Ft McClellan, AL

**Honorably Retired from US Army**..............................................(2004)

**PROFESSIONAL AFFILIATIONS**

**International Law Enforcement Trainers Association** (ILETA)

**American Society for Law Enforcement Trainers** (ASLET)

**INSTRUCTOR COMPETENCY**

**Recruit Basic Instructor** ......................................................(1996-Present)
Columbus, Ohio Division of Police
Columbus, Ohio

**Defensive Tactics Instructor**..............................................(1995-Present)
Columbus Ohio Division of Police
Columbus, Ohio

**Trainer of Trainers – Instructor Development** ..............(2011-Present)
Columbus Ohio Division of Police
Columbus, Ohio

**Instructor Development Course**.......................................(1997-Present)
Columbus Ohio Division of Police
Columbus, Ohio

|  |  |
|---|---|
|  | **Handling the Special Needs Population** ..........................(1997-Present)<br>Columbus Division of Police<br>Columbus, Ohio |
|  | **Crisis Intervention Team Instructor** ...............................(2006-Present)<br>Columbus Division of Police<br>Columbus, Ohio |
|  | **Taser Instructor** ................................................................(2004-Present)<br>Taser International, Inc<br>Columbus, Ohio |
|  | **LAPD Arrest and Control** ................................................(1999-Present)<br>Columbus Ohio Division of Police<br>Columbus, Ohio |
|  | **Controlled FORCE Instructor** .........................................(1999-Present)<br>Columbus Ohio Division of Police<br>Columbus, Ohio |
|  | **MOAB (Management of Aggressive Behavior)** ............................(2005) |
| **COURSE DEVELOPMENT** | **Tactical Police Boxing**<br>Developed the course for instructing Tactical Police Boxing to Columbus Police Officers and Recruits, as well as outside agencies<br>Have taught lectures and CLE's to attorneys in Franklin and Hamilton counties |
| **PUBLICATIONS** | **Patrol Practical Handbook**............................................................(2019)<br>Revision 4<br>Columbus Division of Police |
|  | **ABC's of Policing** ..........................................................................(2018)<br>Revision 3<br>Columbus Division of Police |
| **EXPERT WITNESS SERVICES** | Consulting expert in Stevens-Rucker vs City of Columbus 2017, 739 Fed Appx 834 |