| Columbus Police Division Directive | EFFECTIVE<br>Jun. 30, 2015 | NUMBER<br>1-04 |  |
|---|---|---|---|
| | REVISED | TOTAL PAGES<br>1 | |
| **Core Values** | | | |

## *P*ROFESSIONALISM
Demonstrating excellence with leadership, cooperation, dedication and attention to detail.

## *R*ESPECT
Demonstrating appreciation for human dignity, diversity, and individual rights while holding reverence for human life above all else.

## *I*NTEGRITY
Consistently adhering to honesty and ethical behavior and accepting responsibility for our actions.

## *D*ISCIPLINE
Exhibiting proper conduct and self-control in the face of adversity through a commitment to training and organizational standards.

## *E*NTHUSIASM
Serving with passion and a sense of urgency to make a difference in our community.

Paige Aff. Ex. 2