Pilya Aff. Ex. 2

# COLUMBUS DIVISION OF POLICE

PROGRESS OF INVESTIGATION — PAGE NO. 1

| CLASSIFICATION<br>POLICE INVOLVED SITUATION (FATAL) | REPORT NUMBER<br>160822744 | CASE FILE NO<br>PIS 2016-0018 |
|---|---|---|
| INVOLVED OFFICER(S)<br>P.O. BRYAN MASON #2467 | | DATE OF OCCURRENCE<br>SEPTEMBER 14, 2016 |
| PLACE OF OCCURRENCE<br>R/O 27 HOFFMAN AVENUE | | |

### FINAL PROGRESS:

On May 1, 2017, I, Homicide Cold Case/C.I.R.T. Detective William Gillette #1616, filled out a Juvenile complaint for **JARONN COLLINS**, for an (F-2) Robbery charge out of the incident, which occurred on September 14, 2016. On this same date, I responded to the Court of Common Pleas Franklin County, Ohio, Division of Domestic Relations Juvenile Branch, and turned my paperwork in at the intake office.

A short time later I received a phone call, advising me the Magistrate issued a warrant for Mr. Collins, with *Case number 17 JU 5796*. On May 2, 2017, when I arrived at work, I called the Juvenile intake office and they advised me that Mr. Collins had turned himself in at 10:00 p.m., May 1, 2017.

I discovered that Franklin County Prosecuting Attorney, Juvenile Division, Lindsay Fisher was assigned this case. I spoke with Ms. Fisher on June 5, 2017, and she advised me the case was set for court on July 17, 2017. Ms. Fisher stated she would advise me as to the disposition of the case.

On May 18 and 19, 2017, *Case Number 506-4230*, regarding the death of **TYRE KING**, was presented to the Franklin County Grand Jury. After two (2) days of testimony, the Grand Jury deliberated and voted to **NO-BILL** or ignore any charges against Officer Bryan Mason #2467.

On July 31, 2017, I was notified by Juvenile Prosecuting Attorney Fisher that the trial against Mr. Collins began, and at the end of the day he was found **guilty**. Ms. Fisher advised me, Mr. Collins was being held until the Pre-Sentence Investigation (PSI) could be completed. She related the disposition on the case would be on August 9, 2017, and she would let me know the magistrates decision.

On August 9, 2017, Juvenile Prosecuting Attorney Ms. Fisher advised me that the magistrate sentenced Mr. Collins to **Intensive Probation, suspended his Department of Youth Services (DYS) commitment, gave**

| DISPOSITION/STATUS | DATE | AGES/PERSONS ARRESTED | |
|---|---|---|---|
| CLEARED BY ARREST | 05/01/2017 | 17 / JARONN COLLINS | |
| CLEARED BY ARREST | 11/22/2016 | 19 / DEMETRIUS BRAXTON | |
| | | DETECTIVE<br>WILLIAM GILLETTE | BADGE<br>1616 |
| | | DETECTIVE'S SIGNATURE *[signed]* | |
| | | SUPERVISOR'S SIGNATURE *[signed]* | IBM |

:WG/8/14/17  :sg/8/15/17
I-20.100 (4/2007)

## COLUMBUS DIVISION OF POLICE

| PROGRESS OF INVESTIGATION | | PAGE NO. 2 |
|---|---|---|
| CLASSIFICATION<br>POLICE INVOLVED SITUATION<br>(FATAL) | REPORT NUMBER<br>160822744 | CASE FILE NO<br>HOM 2016-0018 |

him seventy-five (75) hours of community service, kept him on an ankle monitor for another thirty (30) days, and instructed him to read a book on leadership and write a three (3) page report for the court.

This case will be **CLEARED BY ARREST.**