DIVISION OF POLICE

Intra-Divisional

Pilya Aff. Ex. 3

October 26, 2017

**TO:** Kimberley K. Jacobs, Chief of Police

**FROM:** Firearms/Police-Involved Death Review Board

**SUBJECT:** Use of Firearms #2016-55

**RE:** Officer Bryan Mason #2467, Narcotics (CRT5 at time of shooting)

On October 17, 2017, the Firearms/Police-Involved Death Review Board received the above titled firearms report.

After reviewing the facts, the Firearms/Police-Involved Death Review Board has concluded that Officer Mason's use of firearm was intentional and not in violation of policy, as set forth in Division Directive 2.01.

This package is being returned to the involved officer's chain-of-command for whatever action is deemed appropriate.

Respectfully submitted,

_____
Commander Alex Behnen #5024 (Writer)

_____
Commander Rhonda Grizzell #5014

_____
Commander Joseph Schrader #5011