Pilya Aff. Ex. 4

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: FIREARMS/POLICE-INVOLVED DEATH REVIEW BOARD - DISCHARGED FIREARM : #2016-55
RE: PO BRYAN MASON #2467, NARCOTICS (CRT5 at time of shooting)
ORIGINATOR: Deputy Chief Kenneth Kuebler #5008   ASSIGNMENT: Board Chairman   DATE: 10/31/17

---

FORWARD TO: DEPUTY CHIEF KEN KUEBLER #5008   ASSIGNMENT: FIREARMS BOARD CHAIR
REMARKS: TO CHAIN OF COMMAND FOR REVIEW AND RECOMMENDATIONS.
☐ Cont'd on back
SIGNATURE: DEPUTY CHIEF KENNETH KUEBLER   DATE REC'D: ___   FORWARDED: 10/26/17

---

FORWARD TO: CMDR. ROBERT STRAUSBAUGH   ASSIGNMENT: PATROL – ZONE 5
REMARKS: TO CHAIN TO REVIEW AND MAKE RECOMMENDATIONS.
☐ Cont'd on back
SIGNATURE: [signed] 5022   DATE REC'D: 11-1-17   FORWARDED: 11-2-17

---

FORWARD TO: LT. HARRIS   ASSIGNMENT: L-5-D
REMARKS: Follow through.
☐ Cont'd on back
SIGNATURE: [signed] #5050   DATE REC'D: 11-3-17   FORWARDED: 11-4-17

---

FORWARD TO: SGT. NICK KONVES #5211   ASSIGNMENT: S-75
REMARKS: I CONCUR WITH THE FINDINGS OF THE FIREARMS/POLICE-INVOLVED DEATH REVIEW BOARD'S FINDINGS AND FIND OFC. MASON'S USE OF FIREARM WAS INTENTIONAL AND NOT IN VIOLATION
☒ Cont'd on back
SIGNATURE: [signed] #5211   DATE REC'D: 11-6-17   FORWARDED: 11-11-17

---

FORWARD TO: LT. DANIEL HARGUS #5050   ASSIGNMENT: L-5-B
REMARKS: I CONCUR. I FIND THE USE OF FIREARM WAS INTENTIONAL AND NOT IN VIOLATION OF POLICY. I RECOMMEND NO FURTHER ACTION.
☐ Cont'd on back
SIGNATURE: [signed] #5050   DATE REC'D: 11-11-17   FORWARDED: 11-11-17

---

FORWARD TO: CMDR STRAUSBAUGH   ASSIGNMENT: C-5
REMARKS: INTENTIONAL AND NOT IN VIOLATION OF POLICY. NO FURTHER.
☐ Cont'd on back
SIGNATURE: [signed] 5022   DATE REC'D: 11-13-17   FORWARDED: 12-8-17

---

FINAL DISPOSITION: ___

ORIGINATING PERSON ADVISED BY: ___   NAME ___   NOTIFIED VIA ___   DATE ___

☐ CD/DVD (#    ) ATTACHMENTS                                                 A-10 (02/09)

KONVES CONT'D

OF POLICY, I RECOMMEND NO FURTHER ACTION.

                                                                                          #5211
                                                                                          11-11-17