Pilya Aff. Ex. 5

# COLUMBUS DIVISION OF POLICE….ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: Firearms/ Police-involved death review board – Discharged Firearm #2016-55
Re: Officer Bryan Mason #2467

ORIGINATOR: DC Kuebler     ASSIGNMENT: Board Chairman     DATE: 10-31-2017

FORWARD TO: D.C. Bash     ASSIGNMENT: Patrol South
REMARKS: Intentional & not a violation of policy. No further action
SIGNATURE: Bash #5003     DATE REC'D: 12-11-17     FORWARDED: 12-11-17

FINAL DISPOSITION:

ORIGINATING PERSON ADVISED BY:
NAME     NOTIFIED VIA     DATE

☐ CD/DVD (#) ATTACHMENTS     A-10 (02/09)