# POLYGRAPH SUMMARY PHASE

### Division of Police - Columbus, Ohio

Name: Mason, Bryan C.                    Position: Police Officer

Date: March 8, 2006                      File: 95-06

1) **HONESTY / FALSIFICATION:**

The applicant was less then forth coming to masturbating in his car and at work.

2) **EMPLOYMENT:**

No problems

3) **FINANCIAL:**

In addition to what was listed on the Personal History Questionnaire, the applicant has the following monthly obligations:

$ 110.00 Auto insurance, Nationwide Insurance Company

The applicant resides with his parents and has no other unlisted financial obligations.

4) **MILITARY:**

The applicant has never served in the military.

5) **TRAFFIC HISTORY:**

The applicant has a valid Ohio drivers license, number SH469011, which expires May 8, 2006.

States his insurance carrier is Nationwide Insurance Company.

6) **GAMBLING:**

None

7) **THEFTS / CRIMINAL ACTIVITY:**

No additional information.

8) **CRIMINAL ACTIVITY:**

1999 / 2000 he and his brother downloaded approximately two hundred (200) songs off the internet onto their computer hard drive. They have since deleted them.




Mason, Bryan C. 95-06
March 8, 2006
Page 2

A friend gave he and his brother a pirated copy of Microsoft Word and Microsoft Excel last year and it was downloaded onto their shared computer.

Purchased a near new automobile stereo speaker for one hundred fifteen ($115) dollars from an acquaintance that he thought was stolen. Feels the speaker was worth two hundred ($200) dollars and states the subject told him he got it at a flea market.

While reading the questions to be asked on the polygraph, he admitted he lied to the examiner during the pre test interview. He now advised that he had masturbated in his car while driving to Lake Erie on one (1) occasion, two (2) or three (3) years ago.

After reading all the questions to be asked during the polygraph examination to him, and getting his response, he was given the question sheet to read and review. He then admitted to masturbating at work in the restroom on one (1) occasion in 1999 or 2000.

### 9) ILLEGAL SEXUAL ACTIVITY:

None

### 10) SUBSTANCE ABUSE:

No additional information.

### 11) MISCELLANEOUS:

The applicant's twin brother has also applied to be a P.O. with CPD.

Information pertaining to the applicant was found to be:

☐ Deception indicated

☒ No deception indicated

☐ Inconclusive

Respectfully submitted,

*Philip R. Osborne*
Philip R. Osborne