Mar 21 2006 9:37AM    CIV SERV COMM                6146458379              P.1

# MEMORANDUM

TO:        File

DATE:      March 20, 2006

SUBJECT:   Background Removal of Police Officer Applicant Bryan Mason

## Criminal Activity (G.1, G.4)

    From polygraph:

1999/2000 he and brother downloaded 20 songs off internet onto hard drive. They have since deleted them.

A friend gave him and his brother a pirated copy of Microsoft Word and Microsoft Excel last year and it was downloaded onto their shared computer.

Purchased a near new automobile stereo speaker for one hundred fifteen dollars from an acquaintance that he thought was stolen. Feels the speaker was worth two hundred dollars ($200) and states the subject told him he got it at a flea market.

EXHIBIT
Pl. Ex. 6



PLAINTIFF'S EXHIBIT
Bash 12

TLC:jf:W:\JoeyW\Winword\Carter\Cscremoval\POLICE\2006\MTF032006.doc