



Columbus Civil Service Commission
50 West Gay Street, Room 600
Columbus, Ohio 43215

**Notice of Removal**

March 21, 2006

**BRYAN C MASON  (90 Band)**

**GROVE CITY OH 43123**

This notice is to inform you that the Civil Service Commission has removed your name from the current Police Officer eligible list because of information revealed in your background investigation. This removal is pursuant to Civil Service Commission Rule VI(E)(1)(p), which states:

> *"The individual, based upon information revealed during the background investigation, violates the provisions of the Background Removal Standards for Police Officer and Police Communications Technician applicants..."*

*In order to have your background removal information copied and ready for you to pick up, please contact Brenda Sobieck (614) 645-8017.* You will be able to pick up your copy at the Civil Service Commission offices, 50 West Gay Street, 6th floor, Room 600, on Mondays, Wednesdays and Thursdays between 9:00 a.m and 4:00 p.m. However, you must call before coming into the Commission office. This information, which explains why you were removed, is confidential and will be released only to you. *A picture I.D. will be required to confirm your identity.*

Individuals who reside outside of central Ohio may contact Ms. Sobieck to make alternative arrangements for obtaining background information.

The decision to remove your name from the Police Officer eligible list will be final unless you request a Background Administrative Review of your File using the enclosed request form. This form must be submitted by fax or in person at the Civil Service Commission office within ten (10) **calendar** days from the **date** of this letter.

BGM/BSS:Sigma5\Removal Letter - CSC Police

c: Lt. Mark Gramlich, Division of Police
   File

enclosure



PI. Ex. 7



PLAINTIFF'S EXHIBIT
Bash 14