EXHIBIT
Pl. Ex. 8



# Defensive Tactics Unit

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# 2007 Proficiency
# Skills & Taser Phase



PLAINTIFF'S EXHIBIT

Shaw 14



# **Schedule**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Simunition Scenario/PPE Gear Check

➢ Lecture

➢ Taser Certifications   (Taser Users)

➢ Plain Clothes Safety  (Non-Taser Users)

➢ Lunch

➢ Mace/Baton Certifications

➢ DTU Skills Proficiency Testing

➢ Ground Defense/Choke Defense





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Inspection and Storage of the FR-M40 Air Purifying Respirator



# **Goal**

➢ The student will know how to conduct a visual inspection of the FR-M40 air purifying respirator and properly store the respirator.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Sub-Goals

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ The student will be able to demonstrate the proper inspection of the FR-M40 gas mask, including the lenses, exhalation valve, inhalation valve/gasket, nose cup/valves, face seal, and head harness.

➢ The student will be able to demonstrate proper storage of the FR-M40 air purifying respirator.





# 3M Brand FR-M40 Air Purifying Respirator

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**







# **Inspection Policy**

➢ All air purifying respirators must be inspected by the user every 30 days or after each use.

➢ Any defective masks must be returned to Ordnance Section for repair or replacement.

➢ If you have any questions or need assistance contact the Ordnance Section

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Lens Inspection

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ No sign of cracks or impact

➢ Lenses firmly attached to mask







# Face Piece Inspection

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Examine the actual body of the mask for tears, punctures, or damage.







**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Inhalation Valve Inspection

➢ The inhalation valve assembly must be present.

➢ The valve seat must be free of any defects.

➢ The valve diaphragm must be on the inside of the mask.





# Exhalation Valve Inspection

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ The exhalation valve cover must be removed to inspect the exhalation valve.

➢ Pull the drink tube adapter from the exhalation valve cover.

➢ Gently pull the bottom of the exhalation valve cover down and away from the mask to expose the exhalation valve.

➢ It is not necessary to completely remove the exhalation valve cover.









# Exhalation Valve Inspection



➢ The exhalation valve must be perfectly round and flat against the valve seat.

➢ When done, replace the exhalation valve cover and secure the drink tube in the exhalation valve cover.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Head Harness Inspection

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➤ The head harness should not be frayed or cut.

➤ The head harness must have elasticity to function properly.

➤ White or gray dust often indicates mildew from damp storage.







**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Nose Cup/Valves Inspection

➢ The nose cup should not be deformed or damaged.

➢ Two valves discs must be present in the nose cup.

➢ The chin portion of the face seal must cover the lower portion of the nose cup (as shown).





# Face Seal Inspection

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ The face seal must be free of damage such as nicks or cuts.







# **Mask Storage**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



➢ A dirty mask must be cleaned prior to storage.

➢ If the mask has been exposed to riot control agent, clean the mask.

➢ To clean the mask:

  ➢ Remove the filter.

  ➢ Remove the exhalation valve cover.

  ➢ Clean the mask in a solution of warm soapy water, use your hands to wash the mask, do not use a towel.

  ➢ Rinse the mask with large amounts of clean warm water.

  ➢ Allow the mask to air dry, preferably in front of a household fan.

  ➢ Do not use compressed air or towels to dry the mask.



# **Mask Storage**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Inspect the mask prior to storage.

➢ Ensure the mask and head harness are completely dry.

➢ Ensure the thigh pouch is clean and dry.

➢ If not already done, remove the filter from the mask.

➢ Loosen the bottom head harness straps leaving a one inch tab, slightly loosen the middle and top harness straps.

➢ If available, place the green plastic form inside the mask to preserve the shape of the face seal.





# **Mask Storage**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

> With the plastic form in place, grab the head harness pad and twist the harness slightly to take up the slack in the harness straps.

> Place the harness into the mask and place the mask into the thigh pouch.

> The mask may be stored from 0-120 degrees Fahrenheit.

> Protect the mask from crushing or deformation in your locker or cruiser trunk.





# **Mask Storage**

➢Never store a wet or dirty mask.

➢Never store a mask with a filter attached.

➢Never store a mask with the head harness pulled over the front of the mask.





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Questions?



# Sheep & Sheepdogs

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

**MURDER RATE-UNITED STATES**
6 IN EVERY 100,000

**AGGRAVATED ASSAULT**
1,000 IN EVERY 100,000

Some estimates say that 2 million Americans are victims of violent crimes every year.







# Sheep & Sheepdogs

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➤ Sheep- usually cannot hurt another human being unless by accident or provoked.



➤ Wolf- Feed on the sheep without mercy



➤ Sheepdog- protect the sheep from the wolf.







# Sheep (Liberals!)

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Live in denial!

➢ Do not want to believe evil exists

➢ They can accept things do happen- such as fires in school buildings and they will prepare for that.

➢ Do not generally like the sheepdog



Devon's Racing Rams (photo  Rick Turner)





# The Wolf (Bad Guys)

➢ Have a capacity for violence

➢ No empathy for their fellow citizens

➢ Pray on the weak and defenseless



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Sheepdog (The Police!)

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

- Have a capacity for violence
- But, a deep love for their fellow citizen
- Able to survive and thrive in an environment that destroys 98% of the population









# **Reactions of Sheep**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ After the attacks of September 11, 2001

➢ Most citizens stated "thank God I was not on one of those planes!"

➢ Sheepdogs stated "Dear God, I wish I could have been on one of those planes!"









# **Wolf Targets**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Individuals interviewed that were convicted of violent crimes.

➢ The vast majority stated they specifically targeted victims by body language:

    ➢ Slumped walk

    ➢ Passive behavior

    ➢ Lack of awareness





# **Psychology**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sheep-denial turns people into sheep

➢ Sheep are psychologically destroyed by combat because their only defense is denial, which is counterproductive and destructive, resulting in fear, helplessness and horror when the wolf shows up.





# **Sheep Or Sheepdog**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

> "If you are a warrior who is legally authorized to carry a weapon and you step outside without that weapon, then you become a sheep, pretending that the bad man will not come today.

> No one can be "on" 24/7, for a lifetime.

> Everyone needs down time.

> But if you are authorized to carry a weapon, and you walk outside without it, just take a deep breath, and say this to yourself… "Baa".





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Plain Clothes Safety



# Interview Rooms

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**







**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# **Interview Rooms**

➢ Detective Bureau Suggestions:

  ➢ Outside the room, ask Patrol Officer to search suspect in front of you

  ➢ Detective un-handcuffs subject

    ➢ Builds rapport with subject

  ➢ Have a detective or Patrol Officer monitor interview in video room

  ➢ Keep the table between you and the suspect



# **Interview Rooms**

➢Detective Bureau Suggestions:

    ➢Get Off Line/Redirect/Counter

    ➢Ask Officer about experience with subject

        ➢Violent?

        ➢Resistive?

        ➢Combative?

    ➢Two Detective Interviews for violent/high risk subjects???

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# **Interview Rooms**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢Detective Bureau Suggestions:

   ➢Dangers of Ink Pens







# **Interview Rooms**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢Detective Bureau Suggestions:

   ➢Dangers of Ink Pens







**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# **Interview Rooms**

➢Detective Bureau Suggestions:

 ➢Holds Breaks

  ➢Twist to Thumb

  ➢Strikes

  ➢Choke Breaks



# Chemical Mace

➢Issued Mace:

    ➢MK-3 Def Tec 5.5% Pepper Mace with CS

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Chemical Mace Expiration Dates

➢ Check expiration dates on the belt chemical mace canisters.

➢ Shelf life on the canister is **5 years** from date of manufacture.

➢ New canisters of mace may be obtained at **Ordnance 6a-4a, Monday thru Thursday**.



# Chemical Mace Expiration Dates

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ The manufactured date is located on the lower portion of canister, in a white strip.

➢ It begins with MFG and is followed by the year.









**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# **Chemical Mace**

➢ **The manufacturer stated that if the canister is tilted while dispending agent, propellant is expelled, not chemical agent.**

➢ This is indicated by a white cloud of propellant versus an orange stream of agent.

➢ Officers should hold the mace canister in an upright position when its necessary to use it.

➢ Contact Ordnance at 5-4805 with any questions concerning chemical mace.



# **Directive 3.23**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



➢ Sworn personnel may use an intermediate weapon:

    ➢ **to protect themselves or another person from harm**

    ➢ **to effect the arrest or gain control of a physically aggressive or resistive subject**

    ➢ **to prevent or halt the commission of a criminal offense.**

➢ Intermediate weapons are not a substitute for deadly force.



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Stay Safe!!!



# The Defensive Tactics Unit



# 2007
# Columbus Division of Police

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Taser User Re-Certifications



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Changes to Directive 3.23

➢ Sworn personnel shall not target the head, face, neck, or groin with the taser **in probe mode.**

➢ **Sworn personnel may target the neck or groin with the taser in drive stun mode.**

➢ **Sworn personnel should consider the following when determining whether to use the taser:  subjects age, weight, and obvious physical disabilities.**



# **Changes to Directive 3.23**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

> Sworn personnel should not use the taser on **small children, elderly individuals,** obviously pregnant females or subjects that are in control of a motor vehicle.





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Deadly Force and Tasers

➢ **Lethal Action <u>requires</u> Lethal Response**

➢ The TASER is <u>**NOT**</u> to be used in lethal incidents <u>**unless**</u> the following five pronged test is met:

  ➢ **Time**
  ➢ **Distance**
  ➢ **Barrier**
  ➢ **Lethal Force Back-up**
  ➢ **Officer believes the Taser is the reasonable response**



# **Directive 3.23**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



➢ Sworn personnel shall not target the head, face, neck, or groin with the taser <u>in probe mode</u>.

➢ Sworn personnel may target the neck or groin with the taser in drive stun mode.

➢ Sworn personnel should consider the following when determining whether to use the taser:

  ➢ Subject's age

  ➢ Subject's weight

  ➢ Subject's obvious physical disabilities.

  ➢ Subjects who are in a position where a fall may cause substantial injury or death



# **Directive 3.23**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sworn personnel should not use the taser on:
- ➢ **small children**
- ➢ **elderly individuals**
- ➢ **obviously pregnant females**
- ➢ **subjects that are in control of a motor vehicle**

➢ Sworn personnel should not use a taser on handcuffed subjects unless they pose a danger to themselves, officer(s), or the public.

➢ Sworn personnel shall not deploy the taser at subjects known to have come in contact with flammables, or in environments where flammables are obviously present.





# **Directive 3.23**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sworn personnel shall properly store the taser when it is not in use.

➢ Sworn personnel shall not leave the taser unattended.

➢ Sworn personnel shall not cause changes or modifications to be made to the taser.

➢ Sworn personnel shall contact a DTU supervisor for replacement of any taser that is not safe or functioning properly.

➢ Only a DTU supervisor shall repair the taser or accessories.





# Directive 3.23

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sworn personnel shall not remove the Digital Power Magazine (XDPM) from the taser unit.

➢ Once the XDPM read-out reaches 20%, personnel should take the taser to a DTU supervisor for replacement.

➢ The XDPM shall only be replaced by a DTU supervisor.





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

# The Decision to Deploy

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT --** The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:** Control - Handcuff - Search - Evaluate - Transport





# Deployment of Taser

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sworn personnel choosing to deploy a taser **shall confirm** that the weapon selected is a taser and not a firearm.

➢ Only cartridges marked **"21 FEET" (Gray blast doors)** or **"XP" (Green blast doors- 25 feet)** shall be used in the taser.





# Deployment of Taser

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ When feasible, sworn personnel should communicate to the subject that the taser is going to be deployed to attempt to gain compliance.

➢ This can be communicated to the subject by removing the air cartridge and displaying the laser on the subject and "sparking" the taser unit.

➢ When the taser is "sparked" for compliance, sworn personnel shall complete an Action-Response Report (Level 0).





# **Deployment of Taser**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ If possible, personnel **<u>should</u>** give the loud verbal command, **"Taser! Taser! Taser!"** prior to deploying the taser.

➢ Sworn personnel may use the taser in the drive stun mode to gain control of suspects displaying active resistance.

➢ The live air cartridge must be removed to perform a drive stun only, unless using the close quarter probe deployment mode.





# **Close Quarter Deployment**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Officers should attempt to target large muscle groups such as:

❖ Torso (hips and buttocks)

❖ Back

❖ Chest

❖ Legs





# **Close Quarter Deployment**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Officers should make sure that after deploying the probes the follow-up drive stun should be a minimum of six inches away from the probes to be effective.

➢ The further away from the probes the better!!!!

➢ This is the preferred action over a straight drive-stun if conditions permit to have the maximum effect of the Taser.





# **Close Quarter Deployment**

DTU

2007

Skills

&

Taser

Phase

➢ Remember a drive stun alone works off of pain compliance and motor nerves need to be targeted for maximum effectiveness which is difficult during a fast evolving physical confrontation.

➢ The close quarter deployment is utilized to produce the same effect as a regular probe deployment.





# **Post Taser Use**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Any subject upon whom the taser is used, in either probe or drive stun mode, shall be examined by EMS personnel and shall remain under observation by sworn personnel until **slated or released**.

➢ Sworn personnel shall request an EMS unit respond to the scene to remove any probes that have penetrated the skin or to care for wounds caused by probes that penetrated but fell out. Sworn personnel shall not remove the probes.

➢ If the subject is transported to a medical facility, sworn personnel shall ride in the medic unit and remain with the subject until further medical attention has been offered.





# **Post Taser Use**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Sworn personnel shall call EMS personnel to the scene if any signs or symptoms of medical distress become evident.

➢ Sworn personnel shall provide the subject with the Taser Aftercare form, S-70.112.

➢ Sworn personnel shall treat the taser cartridge and probes as evidence and shall secure and submit them to the Property Room—for 2 years. Officers should consider submitting the cartridges on a separate sheet at the property room.

➢ This does not apply to accidental discharges when no subject is struck. (Advise a supervisor and document on the taser cartridge log)

➢ Probes that have penetrated the skin should be treated as a biohazard.





# Post Taser Use

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➤ Involved Personnel

➤ Cause any needed medical aid to be rendered and monitor the subject.

➤ Immediately notify, or cause notification of, an on-duty supervisor.

➤ Complete an Action-Response Report and a Use of Taser Report, form U-10.128T, and give them to the investigating supervisor.





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Taser Review



# Technology
## Illustrative Example

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





➢ The human nervous system communicates with simple electrical impulses

➢ TASER technology uses similar electrical impulses to cause stimulation of the nerves that control movement

The graphic above is for illustrative purposes only, not actual oscilloscope tracings of any specific TASER device output.

# Nervous System
## Stun vs. Neuro-Muscular Incapacitation (NMI)



### Central Nervous System
Command center (brain and spinal cord) processes information and makes decisions

### Sensory Nervous System
Nerves that carry information from the body to the brain. Touch, temperature, etc.
**Stun systems effect these nerves—pain compliance.**

### Motor Nervous System
Nerves that carry commands from the brain to the muscles to control movement
**NMI systems affect BOTH the sensory and motor nerves**



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# EFFECTIVE TARGET ZONES

SPRAYS    TASER X26    FIREARMS

**In probe mode, the primary target area is:**
**CENTER of BODY MASS**

**Warning:  Do not aim at head/throat unless situation**
**dictates a higher level of injury risk is justified**



# C. I. D.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➤ Digital memory stored in DPM contains <span style="color:red">percentage value of remaining battery life</span>

➤ X26 interprets and displays this value on <span style="color:red">CID</span>







# Cartridge Changes

DTU

2007

Skills

&

Taser

Phase







## 21 ft.
### (6.4 meters)
### Striped Door

**Live Cartridge
Regular Probe
Before August 2004**

## 21 ft.
### (6.4 meters)
### Silver Door

**Live Cartridge
Regular Probe
After August 2004**

# Cartridge Changes



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





## XP 21 ft.
### (6.4 meters)
**Yellow Cartridge
Striped Doors
Live Cartridge
XP Probe
Longer, Heavier
Before October 2004**



## XP 25 ft.
### (7.6 meters)
**Black Cartridge
Green Door
Live Cartridge
XP Probe
Longer, Heavier
After November 2004**



# Division Cartridges

DTU

2007

Skills

&

Taser

Phase





21 Foot Cartridge

XP Hybrid

25 Foot Cartridge



The maximum range of the taser X-26 Taser with a regular, NOT XP Hybrid, cartridge is **21 feet**.



# 15, 21, LS & XP25 Cartridges

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





TOP PROBE IS "HORIZONTAL" IN RELATIVITY TO THE WEAPON

8°

BOTTOM PROBE POINTS 8 DEGREES DOWN



# Deployment Distance Considerations

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

**Deployments from 7-15 feet  (optimum range)**

1. High hit probability
2. Good probe spread=good amount of muscle affected
3. Plenty of slack in wires (with 21 foot or 25 foot cartridges)
4. Good reactionary distance



# Safe in Water



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



Columbus, Ohio
Division of Police
Defensive Tactics Unit

Taser Water
Exposures



# Arcing Through Clothing



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



- One probe can arc through 2 cumulative inches of clothing or 1 inch of clothing per probe





# Avoid Extended or Repeated TASER Device Applications Where Practicable

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



➢ The application of the TASER device is a physically stressful event.

➢ Especially when dealing with persons in a health crisis such as excited delirium, **it is advisable to minimize** the physical and psychological stress to the subject to the greatest degree possible.

➢ Officers should only apply the number of cycles reasonable to allow them to safely restrain the subject.



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Avoid Extended or Repeated TASER Device Applications Where Practicable

➢ TASER applications directly across the chest may cause sufficient muscle contractions to impair normal breathing patterns.

➢ While this is not a significant concern for short (5 sec) exposure, it may be a more relevant concern for extended duration or repeated applications.

➢ If circumstances require extended duration or repeated discharges, the operator should take care to observe the breathing patterns of the subject and provide breaks in the TASER stimulation when practicable.



# **Tactics**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Must keep sufficient slack in wires

➢ Move with subject if they start to roll

➢ If one probe hit or low spread, consider drive stun follow-up





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Look for Subject Reaction

➢ No reaction or no change in subject behavior could indicate poor or no connection, low probe spread, or low muscle mass contact

➢ Suggested tactical considerations:
  ➢ Reload and target a different area
  ➢ Drive-stun with a cartridge in place
  ➢ Consider other force options



# Controlling/Cuffing Under Power

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Move in and control the subject while TASER device is **cycling** and the subject is incapacitated when it is reasonably safe to do so.

➢ EDPs, focused, intoxicated, excited delirium individuals, etc. may not comply with verbal commands following the TASER cycle



# Controlling/Cuffing Under Power



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**







# Controlling/Cuffing Under Power

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Each cycle should be used as a "window of opportunity" to attempt to establish control/cuff while the subject is affected by the TASER cycle

➢ Remember the automatic taser cycle lasts **5 seconds**

➢ The need for multiple cycles may be avoided by controlling/cuffing under power if contact officers are available





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Excited Delirium and Sudden in Custody Death



# **Sudden Unexpected Deaths**

➢ 1994 DOJ study of 63 deaths involving pepper spray
  ➢ Pepper spray cleared from contributing factor in all but 2 cases (asthmatics)

➢ Sudden death common factors
  ➢ Chronic/toxic drug use
  ➢ Pre-existing heart conditions
  ➢ Obesity and poor cardiovascular condition
  ➢ Diabetes and other pre-existing diseases
  ➢ Protracted physical struggle
  ➢ Exhaustive mania / metabolic acidosis
  ➢ Agitated / excited delirium
  ➢ Positional/Restraint/Compressive asphyxia
  ➢ Neuroleptic malignant syndrome

The events that lead to death are frequently set in motion hours, days, even weeks before police are called or summoned

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Sudden Unexpected Death Warning Signs

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Should one or more of the following behaviors manifest, the suspect may require <span style="color:orange">immediate medical assistance</span> due to pre-existing conditions, possible overdose, cocaine psychosis, excited delirium, etc. <span style="color:orange">Consider having EMS standing by</span>

➢ Bizarre or violent behavior

➢ Signs of overheating/profuse sweating

➢ Disrobing

➢ Violence toward/attacking glass

➢ Superhuman strength and endurance

➢ Impervious to pain

  ➢ Self-mutilation

➢ Disturbances in breathing patterns or loss of consciousness





# **Excited Delirium**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

Published Definition:

➢ "A state of extreme mental and physiological excitement, characterized by extreme agitation, hyperthermia, hostility, exceptional strength and endurance without apparent fatigue*"

➢ Also called "in custody death syndrome"

(*Morrison & Sadler, *Medical Science and Law* 2001; 41(1): 46)



# **Excited Delirium**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**







# **Typical Development**

➢ Police or EMS are called to respond

➢ Often little or no previous knowledge available

➢ Subject actions are bizarre, illogical and possibly violent

➢ Subject does not respond to verbal direction; ignores police presence

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# **Typical Development**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➤ Subject may attack officers or attempt to flee

➤ Officers move to take physical control of the subject

➤ Subject exhibits amazing strength

➤ Subject does not respond in any way to pain compliance techniques





# **Typical Development**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



➢ Several officers are required to overpower the subject and gain control

➢ Subject exhibits **sudden tranquility**

➢ Subject stops breathing

➢ EMS cannot resuscitate and transports to hospital

➢ Subject pronounced D.O.A.



# **Subject Exhibits…..(possible)**

➢ Clothing removal

➢ Hot to touch / Profuse sweating

➢ Hot to touch / No Sweat (bone dry)

➢ Lid lift

➢ Uncontrolled shaking

➢ Self inflicted injuries

➢ Extreme Aggression towards objects, glass, mirrors

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# Subject Exhibits…..
# (possible)

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ Vigorous resistance

➢ **<u>Flight</u>** behavior (typical)

➢ Unintelligible speech / Animal sounds

➢ Irrational physical behavior

➢ Undistracted by any type of pain





# **Physiology**

➢ Medical experts are not sure of the exact causative factors that determine Excited Delirium (Multi-factoral)

➢ We will discuss where the current research is leading.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# **Physiology**

➢ E.D. occurs very often outside of realm of law enforcement

➢ Organic chemical imbalance in the brain

➢ Caused by Psychiatric illness

➢ Caused by Stimulant abuse

➢ Often a combination of both

➢ Can also be caused by hypoxia, hypogylcemia, stroke and intra cranial bleeding

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# **Physiology**

➢ Sympathetic Nervous System arousal

➢ A run-away of the fight or flight response (primitive survival response)

➢ Increase in adrenaline

➢ Increase in body temperature (hyperthermia)



# Physiology

➢ **Hypoxia**
  ➢ The reduction of oxygen in tissues below levels which are considered to be normal.

➢ **Increase in Serum CO2**
  ➢ Serum CO2 is a blood test that measures the amount of carbon dioxide (CO2) in serum (the liquid portion of the blood).

➢ **Decrease in Blood Ph**
  ➢ As carbon dioxide accumulates in the blood, the pH of the blood decreases.

➢ **Exertional Rhabdomyolysis**
  ➢ Damage to muscle tissue





# Physiology

## ➤ Heart arrhythmia

➤ A group of conditions in which the muscle contraction of the heart is irregular or is faster or slower than normal.

## ➤ Cardiac arrest

➤ Abrupt cessation of normal circulation of the blood due to failure of the heart to contract effectively. The resulting lack of blood supply results in cell death from oxygen starvation.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# What you need to know

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

## "There can be no medical treatment without restraint"

Dr. Denmark, Pathologist, Calgary, Alta.





# **What you need to know**

➢ We still have to get control of subjects

➢ Realize that subjects presenting these signs/symptoms are in a medical emergency

➢ Weigh the need for immediate control against the risk to the subject

➢ Have EMS in place before control when possible

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# What you need to know

➢ Remove the subject from the prone position as soon as possible after control is established

➢ Inform EMS of circumstances

➢ Do not allow EMS to transport in the maximal prone position

➢ Go with EMS and brief E.R. Staff



# **What we don't know….**

➢ What EXACT physiological factors can lead to death in one circumstance but not in another.

➢ How to predict susceptibility with accuracy.

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# **What we do know….**

➢ Current research underway is the most advanced that has taken place in the world.

➢ Sudden and unexpected death proximal to restraint will probably never be eliminated.

➢ EMS personnel do the best with the knowledge they have.



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Additional Information



# Deadly Force and Tasers

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ **Lethal Action <u>requires</u> Lethal Response**

➢ The TASER is <u>**NOT**</u> to be used in lethal incidents <u>**unless**</u> the following five pronged test is met:

➢ Time

➢ Distance

➢ Barrier

➢ Lethal Force Back-up

➢ Officer believes the Taser is the reasonable response





# **Additional Information**

➢ Officers are **<u>required</u>** to carry tasers under the following circumstances:

   ➢ If they have been trained in the use of the taser

   ➢ If a taser is available

   ➢ With or without the baton

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# **Additional Information**

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**

➢ In crowd control situations, remember to have an escape route for the crowd prior to the taser being "sparked"

➢ Not having an escape route can result in the crowd panicking





**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# New Technique

## Close Quarter Probe Deployment





# **Close Quarter Probe Deployment**

➢ Avoid the head, spine, and throat

➢ 6" to 12" deployment in large muscle groups
  ➢ Cartridge may not deploy when in direct contact with subject—avoid direct contact due to the blast doors disrupting deployment.

  ➢ Probes can help maintain contact with a violent suspect

  ➢ You can then apply a drive stun away from probes (minimum of six inches) to achieve NMI

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**





# **Close Quarter Probe Deployment**

> ## **Close Quarter Probe Deployment**

>> ### Deploy taser probes into large muscle group

>> ### This will cause pain compliance—NOT NMI

>> ### Use taser in drive stun mode with spent cartridge on and touch secondary area of subject's body in excess of 6" away from probes

>> ### This will achieve the NMI

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Close Quarter Probe Deployment



**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



Contact Probe Hit With Drive-Stun Follow-Up



# Close Quarter Probe Deployment

**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**







**DTU**

**2007**

**Skills**

**&**

**Taser**

**Phase**



# Stay Safe!!!



# The Defensive Tactics Unit



# TASER X-26

**Constructed of impact resistant sonic welded polymer** & stainless steel shock plates.