EXHIBIT
Pl. Ex. 10



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Defensive Tactics Unit



# 2009 Proficiency
# Skills & Taser Phase





PLAINTIFF'S
EXHIBIT
Shaw 5



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Scenario-Suicidal

➤ Suicidal-Homicidal?
   ➤ Suicidal **IS** Homicidal!!

➤ 1/3 of a second reaction time
➤ PEDA
   ➤ Perceive
   ➤ Evaluate
   ➤ Decide
   ➤ Act

➤ Ties are bad in a gunfight!!!
➤ Stats from scenario

Columbus_019512





# 2009 DTU Skills/Taser

➢ Participation is mandatory

➢ First 4 hours:

    ➢ Skills: Prisoner Control, PPCT, Handcuffing, Mace, Baton, Transitions, and a Scenario

➢ Second 4 hours:

    ➢ Taser User Re-certifications

➢ Everyone needs to sign in

➢ When we get back from lunch all Taser users will need to sign in again for credit



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Chemical Mace

➢Issued Mace:

➢MK-3 Def Tec 5.5% Pepper Mace with CS



Columbus_019514



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Chemical Mace
# Expiration Dates

➢ Check expiration dates on individual chemical mace canisters.

➢ Shelf life on the canister is **5 years** from date of manufacture.





**New canisters of mace may be obtained at Ordnance 6a-4a, Monday thru Thursday.**



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Seven Critical Tasks

➢Assess the Situation

➢Identify the Danger Zone

➢Establish Inner Perimeter

➢Establish Outer Perimeter

➢Establish Incident Command Post

➢Establish Staging Area

➢Request Additional Resources

Columbus_019516



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Seven Critical Tasks

➢ For All Hazard Responses

➢ Used to establish Incident Command

➢ If in the first fifteen minutes of an incident the first responding officers can establish four to five of the Seven Critical Tasks, a **solid foundation** will be set for the overall response.

➢ The Seven Critical Tasks are things we already do….and will make us better at what we do.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Assess the Situation

❑ What do I have

❑ Location of incident

❑ Number of suspects

❑ Type of weapons

❑ Type of hazards

❑ Simple information and communications will save officer lives





Columbus_019518



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Identify the Danger Zone

- ❑ **Identify** "danger zone" immediately in order to limit additional exposure to danger.
- ❑ Immediately **communicate** its boundaries to the Communications Center.
- ❑ The "danger zone" boundaries will be communicated to the general public in the affected area.
- ❑ No one, including law enforcement and fire personnel, will be allowed to enter the "danger zone" until authorized by the Incident Commander.

Columbus_019519



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Establish Inner Perimeter
## Control and Contain

❑ No unauthorized personnel are to have access to the inner perimeter.

❑ If plainclothes personnel are used on the inner perimeter, replace with uniformed personnel as soon as possible. This enables all personnel to quickly identify unauthorized intrusions into the scene.

❑ Ensure personnel take proper cover and concealment. In the event of a Hazmat incident, personnel must maintain discipline.

❑ Limit the movement of inner perimeter personnel.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Establish Outer Perimeter
## Control and Contain

❑　Limit and control access into the emergency incident area.

❑　Identify and secure safe routes of travel for emergency vehicles both to and from the scene.

❑　Prevent or control access to the inner perimeter.

❑　Establish a media information area.

❑　All outer perimeter personnel should be made aware of the Command Post location, Staging Area location, and the Media Information Area location.

Columbus_019521



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# **Establish I.C.P.**
## **(Incident Command Post)**

❑An Incident Command Post (ICP) should be established between the inner and outer perimeter.

❑For certain types of incidents, the ICP <u>should not </u>be in line-of-sight to the scene.





**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Establish Staging Area**

❑ The Staging Area is used to control the deployment of personnel and material.

❑ Establish the staging area outside the inner perimeter.

❑ A Staging Area is **<u>NEVER</u>** to be within view of the scene and **<u>SHOULD NOT</u>** be located at the Command Post.

❑ Assign a unit to respond to the Staging Area and assume the duties of the Staging Officer.

❑ Advise the Communications Center of the location of the Staging Area and the route to be used to gain access to it.

❑ Advise all unassigned units responding to report to the staging area.

Columbus_019523



# Request Additional Resources

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

❑  Assess the need for additional personnel, specialized units, and/or other agencies.

❑  Communicate what you need.





**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Directive 3.23

➢ Sworn personnel may use an intermediate weapon:

   ➢ **to protect themselves or another person from harm**

   ➢ **to effect the arrest or gain control of a physically aggressive or resistive subject**

   ➢ **to prevent or halt the commission of a criminal offense.**

➢ Intermediate weapons are not a substitute for deadly force.

Columbus_019525



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# ACTION-RESPONSE
# USE OF FORCE CONTINUUM

**IMPORTANT --** The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.



| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
| --- | --- |
| Weapons Used Against Officer, Attempting to Disarm Officer, Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer, Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer, Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands, Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**INDIVIDUAL'S ACTIONS          OFFICER'S RESPONSES**

**Continuum of Arrest:          Control - Handcuff - Search - Evaluate - Transport**

Columbus_019526



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Action Response to Resistance or Aggression-Definition

"The *Exertion of Energy* or use of force by officers in the performance of their duties used to direct or control another's movements or actions for the purpose of controlling resistive or aggressive behavior toward the involved officers, other officers, third parties, or property………"

Columbus_019527



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# …resulting in the following Levels of Control:

Columbus_019528



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 0

## Officer Presence, Verbal and Non-Verbal Commands, Search, Handcuffing, Use of Flash-bangs, "Sparking Taser"

Columbus_019529

# Level 0



**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT --** The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

**Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence**

| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:**   Control - Handcuff - Search - Evaluate - Transport





Columbus_019530



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 1

# Empty Hand Control

**Pressure Points - Joint Manipulations - Pain Compliance Take-Downs**

Columbus_019531



# Level 1

**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

| | | |
|---|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force | |
| Striking or Kicking Officer | Baton Techniques | |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices | |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points | |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence | |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**INDIVIDUAL'S ACTIONS**          **OFFICER'S RESPONSES**

**Continuum of Arrest:**   Control - Handcuff - Search - Evaluate - Transport

**Chemical Mace**
**Take Downs, Joint Manipulations,**
**or Pressure Points**









# Level 2

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Use of Mace



Columbus_019533



# Level 2

**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT --** The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

Chemical Mace
Take Downs, Joint Manipulations,
or Pressure Points

| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:**   Control - Handcuff - Search - Evaluate - Transport





Columbus_019534



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 3

# Use of

# Electronic

# Device

Columbus_019535



# Level 3

**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

| Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| --- |

| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
| --- | --- |
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:**   Control - Handcuff - Search - Evaluate - Transport







Columbus_019536



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 4



# Hard Empty Hand Control

# (Strikes/Punches/Kicks)

Columbus_019537



# Level 4

**DTU**

**Striking, Punching, Kicking
Striking Muscle Groups, Baton
Restraints, Electrical Devices**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Size
3. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:** Control - Handcuff - Search - Evaluate - Transport





Columbus_019538




**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 5

# Use of Impact Weapon

# (Baton/Flashlight)

Columbus_019539



# Level 5

**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.

**Baton Techniques**





| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
|---|---|
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availabililty of Other Options
7. Subject Handcuffed

**INDIVIDUAL'S ACTIONS**          **OFFICER'S RESPONSES**

**Continuum of Arrest:**     Control - Handcuff - Search - Evaluate - Transport





Columbus_019540



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 6

# Police K-9

# Bite

Columbus_019541



**DTU**

# Level 6



| Deadly Force |
| --- |
| Baton Techniques |

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.



| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
| --- | --- |
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill Level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:** Control - Handcuff - Search - Evaluate - Transport





Columbus_019542



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 7

# Less Lethal

# Control

## (Bean-Bag, Knee Knockers, Stingballs)

Columbus_019543



# Level 7

**DTU**

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.



| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES | |
|---|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force | **OFFICER-SUBJECT FACTORS**<br>1. Age<br>2. Sex<br>3. Size<br>4. Skill Level<br>5. Multiple Subjects/Officers<br>6. Relative Strength |
| Striking or Kicking Officer | Baton Techniques | |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices | **SPECIAL CIRCUMSTANCES**<br>1. Closeness of a Weapon<br>2. Injury or Exhaustion<br>3. Being on the Ground<br>4. Distance From the Subject<br>5. Special Knowledge<br>6. Availability of Other Options<br>7. Subject Handcuffed |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points | |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence | |

**Continuum of Arrest:** Control - Handcuff - Search - Evaluate - Transport



Columbus_019544



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Level 8

# Deadly Force

Columbus_019545



**DTU**

# Level 8

## ACTION-RESPONSE
## USE OF FORCE CONTINUUM

**IMPORTANT** -- The list of officer responses is **NOT** intended to be in any specific order, but reflects on the amount of resistance encountered. The officer will choose the necessary response to gain control of the situation based on departmental policy, his/her physical capabilities, perception, training, and experience.



Deadly Force



| INDIVIDUAL'S ACTIONS | OFFICER'S RESPONSES |
|---|---|
| Weapons Used Against Officer Attempting to Disarm Officer Life-Threatening Weaponless Assaults | Deadly Force |
| Striking or Kicking Officer | Baton Techniques |
| Wrestling With Officer Pushing Officer | Striking, Punching, Kicking Striking Muscle Groups, Baton Restraints, Electrical Devices |
| Pulling Away From Officer Refusing to Move--Dead Weight | Chemical Mace Take Downs, Joint Manipulations, or Pressure Points |
| Not Responding to Commands Verbal or Physical Danger Cues | Balance Displacement, Escort Position Assistance from Other Officers, Verbal Physical Commands, Officer Presence |

**OFFICER-SUBJECT FACTORS**
1. Age
2. Sex
3. Size
4. Skill level
5. Multiple Subjects/Officers
6. Relative Strength

**SPECIAL CIRCUMSTANCES**
1. Closeness of a Weapon
2. Injury or Exhaustion
3. Being on the Ground
4. Distance From the Subject
5. Special Knowledge
6. Availability of Other Options
7. Subject Handcuffed

**Continuum of Arrest:** Control - Handcuff - Search - Evaluate - Transport









**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Defensive Tactics**

➢Are most effective when applied with:

➢Speed

➢Surprise

➢And/or during exhaustion.

Columbus_019547



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Use of Impact Weapons

➢Empty hand would be ineffective

➢Mace is ineffective or not available in the situation or incident

➢Used against individuals displaying Active Aggressive Resistance

Columbus_019548



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Vehicle Extractions

➢ Handcuffed prisoner that is becoming either violent by kicking or damaging the interior of the cruiser, or

➢ Attempting to cause injury to themselves either purposefully or accidentally by attempting to damage the cruiser.

Columbus_019549



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Vehicle Extractions**

➢ Slow Down!!

➢ They are harming themselves and or property, not you.

➢ Follow the Use of Force Continuum

➢ Start by using verbal commands to desist.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Critical Points Use of Mace on Handcuffed Subject Cases:

➤ If you can explain why you needed to mace someone, for example they were still actively resisting, then the Graham factors likely weigh in your favor.

➤ However, whenever you mace someone that is already handcuffed, especially someone that is handcuffed and in a cruiser, the Court is going to take a <u>very</u> hard look at that use of mace. To put it bluntly – Judges generally don't like to see you mace someone that is already secured in a cruiser.

➤ There are circumstances when macing someone that is secured in a cruiser, or wagon might be reasonable, but you will have to be able to explain why, and how the person's conduct posed a danger to you, or the public, and how mace was a reasonable response.

➤ All of this reasoning applies to the use of TASERS – even more so.

Columbus_019551



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Vehicle Extractions

➢ If the prisoner continues- think about the use of mace-this has been successful in the past.

➢ Directive 3.23 states:

Sworn personnel may use an intermediate weapon:

  ➢ **to protect themselves or another person from harm**

  ➢ **to effect the arrest or gain control of a physically aggressive or resistive subject**

  ➢ **to prevent or halt the commission of a criminal offense.**



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Stay Safe!!!



# The Defensive Tactics Unit

Columbus_019553



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Taser Review**

Columbus_019554



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Deadly Force and Tasers

➢ **Lethal Action _requires_ Lethal Response**

➢ The TASER is **<u>NOT</u>** to be used in lethal incidents **<u>unless</u>** the following five pronged test is met:

    ➢**Time**

    ➢**Distance**

    ➢**Barrier**

    ➢**Lethal Force Back-up**

    ➢**Officer believes the Taser is the reasonable response**



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Directive 3.23

➢ Sworn personnel shall not target the head, face, neck, or groin with the Taser <u>in probe mode</u>.

➢ Sworn personnel may target the neck or groin with the Taser in drive stun mode.

➢ Sworn personnel should consider the following when determining whether to use the Taser:

   ➢ Subject's age

   ➢ Subject's weight

   ➢ Subject's obvious physical disabilities.

Columbus_019556



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Directive 3.23

➢ Sworn personnel should not use the Taser on:
  - ➢ **small children**
  - ➢ **elderly individuals**
  - ➢ **obviously pregnant females**
  - ➢ **subjects that are in control of a motor vehicle**

➢ Sworn personnel should not use a Taser on handcuffed subjects unless they pose a danger to themselves, officer(s), or the public.

➢ Sworn personnel shall not deploy the Taser at subjects known to have come in contact with flammables, or in environments where flammables are obviously present.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Directive 3.23

➢ Sworn personnel shall properly store the Taser when it is not in use and shall not leave the Taser unattended.

➢ Sworn personnel shall not remove the Digital Power Magazine (XDPM) from the Taser unit.

➢ Once the XDPM read-out reaches 20%, personnel should take the Taser to a DTU supervisor for replacement.

➢ Only a DTU supervisor shall repair the Taser or accessories or remove the XDPM.



Columbus_019558



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Deployment of Taser**

➢ Sworn personnel choosing to deploy a taser **shall confirm** that the weapon selected is a Taser and not a firearm.

➢ Only cartridges marked **"XP"** **(Green blast doors- 25 feet)** shall be used in the Taser.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Deployment of Taser

➢ When feasible, sworn personnel should communicate to the subject that the Taser is going to be deployed to attempt to gain compliance.

➢ This can be communicated to the subject by removing the air cartridge and displaying the laser on the subject and "sparking" the Taser unit.

➢ When the Taser is "sparked" for compliance, sworn personnel shall complete an Action-Response Report (Level 0).

Columbus_019560



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Deployment of Taser

➢ If possible, personnel **should** give the loud verbal command, **"Taser! Taser! Taser!"** , when practical, prior to deploying the taser.

➢ Sworn personnel may use the Taser in the drive stun mode to gain control of suspects displaying active resistance, however, the close quarter probe deployment is the preferred method.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Post Taser Use

➢ Any subject upon whom the Taser is used, <span style="color:red">in either probe or drive stun mode, shall be examined by EMS personnel and shall remain under observation by sworn personnel until **slated or released**</span>.

➢ Sworn personnel shall request an EMS unit respond to the scene to remove any probes that have penetrated the skin or to care for wounds caused by probes that penetrated but fell out. Sworn personnel shall not remove the probes.

➢ If the subject is transported to a medical facility, sworn personnel shall ride in the medic unit and remain with the subject until further medical attention has been offered.

Columbus_019562



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Post Taser Use

- ➢ Sworn personnel shall call EMS personnel to the scene if any signs or symptoms of medical distress become evident.

- ➢ Sworn personnel shall provide the subject with the Taser Aftercare form, S-70.112.

- ➢ Sworn personnel shall treat the Taser cartridge and probes as <span style="color:red">evidence and shall secure and submit them to the Property Room—for 2 years.</span> Officers should consider submitting the cartridges on a separate sheet at the property room.

- ➢ This does not apply to accidental discharges when no subject is struck. (Advise a supervisor and document on the Taser cartridge log)

- ➢ Probes that have penetrated the skin should be treated as a biohazard.



# Post Taser Use

➢ Involved Personnel
  ➢ Cause any needed medical aid to be rendered and monitor the subject.
  ➢ Immediately notify, or cause notification of, an on-duty supervisor.
  ➢ Complete an Action-Response Report and a Use of Taser Report, form U-10.128T, and give them to the investigating supervisor.

➢ Please have the probes checked to make sure they are in tact and did not break off in the suspect before having the probes placed in the cartridge….if possible, document the two in tact Taser probes on the property slip.

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



Columbus_019564



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# TASER REVIEW

➢ The automatic timing cycle of the X-26 Taser is 5 seconds.

➢ The automatic timing cycle can be stopped by switching the safety lever to the off position.

➢ The Taser is designed and operates similar to a firearm.

➢ The Taser is powered by a lithium battery that can deliver over 2,000 5 second cycles.

Columbus_019565



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Technology
## Illustrative Example



➢ The human nervous system communicates with simple electrical impulses

➢ TASER technology uses similar electrical impulses to cause stimulation of the nerves that control movement using 50,000 volts of shaped pulse technology.

The graphic above is for illustrative purposes only, not actual oscilloscope tracings of any specific TASER device output.

Columbus_019566

# Nervous System
## Stun vs. Neuro-Muscular Incapacitation (NMI)



### Central Nervous System
Command center (brain and spinal cord) processes information and makes decisions

### Sensory Nervous System
Nerves that carry information from the body to the brain. Touch, temperature, etc. **Stun systems effect these nerves—pain compliance.**

### Motor Nervous System
Nerves that carry commands from the brain to the muscles to control movement **NMI systems affect BOTH the sensory and motor nerves**

Columbus_019567



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Targeting

➢ Media is reporting that TASER is prohibiting chest shots because of a danger of cardiac arrest.

➢ This is completely incorrect.

➢ TASER has RECOMMENDED slightly lowering the PREFERRED point of aim from center of mass to lower center of mass for shots to the front of the body.



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Targeting

➢ Aiming lower results in more effective TASER applications, further reduces the risk of accidental shots to the throat or eyes, and avoids the controversy over whether it is possible for the TASER to have an adverse effect on the "one in a million" person with a bad heart who is also high on drugs, etc - an impossible standard to meet, measure, or even quantify.

Columbus_019569



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Targeting

➢ The **preferred targeting** is from the sternum down.

➢ The Neuro Muscular Effect has always had an increased ineffectiveness when the top probe hits the upper extremities while the bottom probe is in the lower extremities such as the pelvic triangle and legs.

➢ Deploying the probes to the back and splitting the belt line with exposures is the most effective deployment to achieve incapacitation and has been taught for many years now.

Columbus_019570



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# "Splitting the Hemispheres"

➢ Targeting the area just above and below the waist or belt line.

➢ Targets two separate muscle groups allowing for increasing effectiveness

➢ Caution-be mindful of the groin area!!

Columbus_019571



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**





# Preferred Target Zone—Front

➢Lower torso (blue zone)

  ➢More effective

    ➢Split hemisphere

    ➢Larger Muscles

  ➢Reduces risk of hitting sensitive body areas

  ➢Do not intentionally target genitals





**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Preferred Target Zone—Rear

➢Below neck (blue zone)

   ➢Large muscles

   ➢Avoid head



Columbus_019573



# "Splitting the Hemispheres"

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**





Columbus_019574



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# C. I. D.

➢ Digital memory stored in DPM contains <span style="color:red">percentage value of remaining battery life</span>

➢ X26 interprets and displays this value on <span style="color:red">CID</span>



Columbus_019575



# Division Cartridges

DTU

2010

Skills

&

Taser

Phase






21 Foot Cartridge

XP Hybrid

25 Foot Cartridge



The maximum range of the Taser X-26 Taser with a XP Hybrid-Green cartridge is **25 feet**.

Columbus_019576



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Deployment Distance Considerations

**Deployments from 7-15 feet  (optimum range)**

1. High hit probability
2. Good probe spread-larger amount of muscles affected
3. Plenty of slack in wires
4. Good reactionary distance

Columbus_019577



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Arcing Through Clothing**

- One probe can arc through 1 inch of clothing per probe or 2 cumulative inches

Columbus_019578



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Arcing Through Vest



- One probe can arc through 1 inch of clothing per probe or 2 cumulative inches

Columbus_019579



Columbus_019580



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**







# Shaped Pulse Technology

➢ Is utilized by the X-26 and consists of the <span style="color:red">arc phase and stem phase</span>.

➢ Lower amps, but more efficient and effective

➢ Makes the <span style="color:red">X-26 more effective than the M-26</span> which utilizes the <span style="color:red">blunt pulse</span> technology

Columbus_019581



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



## Avoid Extended or Repeated TASER Device Applications Where Practicable

➢ The application of the TASER device is a physically stressful event.

➢ It **is advisable to minimize** the physical and psychological stress to the subject to the greatest degree possible.

➢ Officers should only apply the number of cycles reasonable to allow them to safely restrain the subject.

➢ Control and Cuff under power!!



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Avoid Extended or Repeated TASER Device Applications Where Practicable

➢ TASER applications directly across the chest may cause sufficient muscle contractions to impair normal breathing patterns.

➢ While this is not a significant concern for short (5 sec) exposure, it may be a more relevant concern for extended duration or repeated applications.

➢ If circumstances require extended duration or repeated discharges, the operator should take care to observe the breathing patterns of the subject and provide breaks in the TASER stimulation when practicable.

Columbus_019583



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

# Controlling/Cuffing Under Power

➢ Move in and control the subject while TASER device is **cycling** and the subject is incapacitated when it is reasonably safe to do so.

➢ EDPs, focused, intoxicated, excited delirium individuals, etc. may not comply with verbal commands following the TASER cycle

Columbus_019584



# Controlling/Cuffing Under Power



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



Columbus_019585



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Controlling/Cuffing Under Power

➢ Each cycle should be used as a "window of opportunity" to attempt to establish control/cuff while the subject is affected by the TASER cycle

➢ The need for multiple cycles may be avoided by controlling/cuffing under power if contact officers are available

Columbus_019586



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Look for Subject Reaction**

➢No reaction or no change in subject behavior could indicate poor or no connection, low probe spread, or low muscle mass contact

➢Suggested tactical considerations:
  ➢Reload and target a different area
  ➢Drive-stun with a cartridge in place
  ➢Consider other force options

Columbus_019587



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Tactics

➢ Must keep sufficient slack in wires

➢ Move with subject if they start to roll

➢ If one probe hit or low spread, consider drive stun follow-up

➢ Heavy or loose clothing-consider targeting the legs.

Columbus_019588



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Excited Delirium and Sudden in Custody Death

Columbus_019589



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Sudden Unexpected
# Death Warning Signs

➢ Should one or more of the following behaviors manifest, the suspect may require <span style="color:red">immediate medical assistance</span> due to pre-existing conditions, possible overdose, cocaine psychosis, excited delirium, etc. <span style="color:red">Consider having EMS standing by:</span>

  ➢ Bizarre or violent behavior

  ➢ Signs of overheating/profuse sweating

  ➢ Disrobing

  ➢ Violence toward/attacking glass

  ➢ Superhuman strength and endurance

  ➢ Impervious to pain

    ➢ Self-mutilation

  ➢ Disturbances in breathing patterns or loss of consciousness

Columbus_019590



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Subject  Exhibits…..
# (possible)

- ➢ Clothing removal
- ➢ Hot to touch / Profuse sweating
- ➢ Hot to touch / No Sweat (bone dry)
- ➢ Lid lift
- ➢ Uncontrolled shaking
- ➢ Self inflicted injuries
- ➢ Extreme Aggression towards objects, glass, mirrors



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Subject Exhibits…..
# (possible)

➢ Vigorous resistance

➢ **Flight** behavior (typical)

➢ Unintelligible speech / Animal sounds

➢ Irrational physical behavior

➢ Undistracted by any type of pain



# What You Need To Know

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**

## "There can be no medical treatment without restraint"

Dr. Denmark, Pathologist, Calgary, Alta.



Columbus_019593



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# What You Need To Know

➢ We still have to get control of subjects

➢ Realize that subjects presenting these signs/symptoms are in a medical emergency

➢ Weigh the need for immediate control against the risk to the subject

➢ Have EMS in place before control when possible



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **What You Need To Know**

➢ Remove the subject from the prone position as soon as possible after control is established

➢ Inform EMS of circumstances

➢ Do not allow EMS to transport in the maximal prone position

➢ Consider going with EMS and brief the E.R. Staff

Columbus_019595



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Taser Legal Considerations

Columbus_019596



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Where the Courts are Going

➢ **Degree of "immediate" threat**
  ➢ Strong articulable immediate threat – no issue
  ➢ Articulable immediate threat
  ➢ Articulable threat and fleeing – no apparent issue
➢ **Fleeing (no immediate threat) – possible issue**
  ➢ Severity of crime
  ➢ Necessity of immediate apprehension
➢ **Seriousness of offense**
  ➢ Violent crime
  ➢ Non-violent misdemeanor
  ➢ Non-violent low level offense

Columbus_019597



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# **Where the Courts are Going**

➢Non-compliant—without threat

    ➢Major Issue

➢Considerations of ability to comply with commands

    ➢Conflicting commands

    ➢Ability to comprehend commands

    ➢Physically able to comply with commands

    ➢Emotionally able to comply with commands

    ➢Inability to comply due to trauma

Columbus_019598



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# ECD Force that Must be Justified

## (Multiple ECD Applications)

Multiple ECD Applications:

➤ Is the suspect capable of complying with command?

  ➤ any decision to apply multiple ECD applications must consider whether suspect is capable of complying with commands.

  ➤ Physically? (*Beaver*)

  ➤ Mentally (intoxication, schizophrenic, etc.)?

  ➤ Emotionally? (*Buckley, Brown*)

  ➤ Conflicting commands? (*Beaver*, *Releford*)

Columbus_019599



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Elevated ECD Application Risk Factors

➢ Presence of flammable liquids/fumes or explosive environments

➢ Elevated positions

➢ Person operating moving vehicle or machinery

➢ Person running (fleeing)

➢ Pregnant female, child, frail or infirm individual (fall risk)

➢ Swimming pool or other body of water

➢ Intentional ECD application to sensitive areas

➢ Perceived risk of repeated ECD applications

Columbus_019600



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# TASER ECD Excessive Force Liability

➢Considerations to Avoid TASER Device Excessive Force Liability

  ➢Use TASER device only for capture and to counter reasonably perceived threat(s)

    ➢Not for restraint or punishment—use 5 sec. discharge window to restrain

  ➢Avoid multiple, repeated, prolonged, or continuous exposures unless reasonable to counter reasonably perceived threat(s) and justifiable—document your justification

Columbus_019601



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Additional Information

Columbus_019602



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Deadly Force and Tasers

➢ **Lethal Action <u>requires</u> Lethal Response**

➢ The TASER is <u>**NOT**</u> to be used in lethal incidents <u>**unless**</u> the following five pronged test is met:

>➢Time
>➢Distance
>➢Barrier
>➢Lethal Force Back-up
>➢Officer believes the Taser is the reasonable response

Columbus_019603



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Additional Information

➢ In crowd control situations, remember to have an escape route for the crowd prior to the Taser being "sparked"

➢ Not having an escape route can result in the crowd panicking

Columbus_019604



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Close Quarter Probe Deployment

Columbus_019605



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**





# Close Quarter Deployment

➢Officers should attempt to target large muscle groups such as:

❖Torso (hips and buttocks)

❖Back

❖Chest

❖Legs

Columbus_019606



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Close Quarter Deployment

➢ Officers should make sure that after deploying the probes the follow-up drive stun should be a minimum of six inches away from the probes to be effective.

➢ The further away from the probes the better!!!!

➢ This is the <span style="color:red">preferred action</span> over a straight drive-stun if conditions permit to have the maximum effect of the Taser.

Columbus_019607



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Close Quarter Deployment

➢ Remember a drive stun alone works off of pain compliance and motor nerves need to be targeted for maximum effectiveness which is difficult during a fast evolving physical confrontation.

➢ The close quarter deployment is utilized to produce the same effect as a regular probe deployment.

➢ **Rocking the Taser** utilizing one side of the cartridge may increase the chances of achieving NMI while utilizing this tactic.

Columbus_019608



# Close Quarter Probe Deployment

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



Contact Probe Hit With Drive-Stun Follow-Up

Columbus_019609



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Taser Malfunction

➢Things to consider:

  ➢The Taser is an electronic device and can malfunction.

  ➢One malfunction is to not shut down after the automatic five second cycle

  ➢Caused by the battery loosing contact and rebooting the Taser

Columbus_019610



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Taser Malfunction



Columbus_019611



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Taser Malfunction

➢ How to alleviate or correct the problem:

## Taser Malfunction Drill:

Walk away from the subject and pull all of the slack out of the cartridge until it is taut.

Then lay the wires on the ground, step on them and pull the Taser breaking the wires.



# Taser Malfunction Drill Video

**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



Columbus_019613



**DTU**

**2010**

**Skills**

**&**

**Taser**

**Phase**



# Stay Safe!!!



# The Defensive Tactics Unit

Columbus_019614



Columbus_019615