COPY

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

200909-0061

| | |
|---|---|
| SUBJECT: | FIREAMRS/POLICE-INVOLVED DEATH REVIEW BOARD - DISCHARGED FIREARM #2009-59, #2009-59A, #2009-59B |
| RE: | Officer Bryan Brumfield #2485, R-52-B and Officer Donald L. Worthington #2410, W-11-B   (1 of 2 copies) |
| ORIGINATOR: | Deputy Chief John M. Rockwell #5004   ASSIGNMENT  Board Chairman   DATE: 3/18/10 |

---

**FORWARD TO:** D/C John M. Rockwell   **ASSIGNMENT** Patrol East
**REMARKS:** To chain of command for final disposition regarding Officer Bryan Brumfield #2495, R-52-B and Officer Donald L. Worthington #2410, W-11-B.
☐ Cont'd on back
**SIGNATURE:** [signed]   **DATE REC'D**   **FORWARDED** 3/18/10

---

**FORWARD TO:** Commander Thomas Fischer #5011   **ASSIGNMENT** Patrol – Zone 5
**REMARKS:** Review and recommend for Zone 5 officers
☐ Cont'd on back
**SIGNATURE:** CMDR Tom [signed] 5011   **DATE REC'D**   **FORWARDED** 3/24/10

---

**FORWARD TO:** LT CONLEY   **ASSIGNMENT** L-5-B
**REMARKS:** FOLLOW THROUGH.
☐ Cont'd on back
**SIGNATURE:** Lt. R.C. Conly #5082   **DATE REC'D** 3-24-10   **FORWARDED** 3-24-10

---

**FORWARD TO:** SGT. BERNHARDT   **ASSIGNMENT** 5-5-B
**REMARKS:** I CONCUR WITH THE FINDINGS OF THE FIREARMS/POLICE-INVOLVED DEATH REVIEW BOARD.
☐ Cont'd on back
**SIGNATURE:** [signed] #5250   **DATE REC'D** 3-29-10   **FORWARDED** 3-31-10

---

**FORWARD TO:** Sgt Morrow #5341   **ASSIGNMENT** 5-11-B
**REMARKS:** I CONCUR WITH THE FINDINGS OF THE FIREARMS/POLICE-INVOLVED DEATH REVIEW BOARD AS THEY RELATE TO OFFICER WORTHINGTON AND RECOMMEND NO FURTHER ACTION
☐ Cont'd on back
**SIGNATURE:** SGT [signed] #5341   **DATE REC'D** 4/4/10   **FORWARDED** 4/6/10

---

**FORWARD TO:** LT. CONLEY #5082   **ASSIGNMENT** L-5-B
**REMARKS:** I AGREE WITH THE FIREARMS REVIEW BOARD OF WITHIN POLICY.
☐ Cont'd on back
**SIGNATURE:** Lt. R.C. Conly 5082   **DATE REC'D** 4-6-10   **FORWARDED** 4-6-10

---

**FINAL DISPOSITION:**

**ORIGINATING PERSON ADVISED BY:** _____  NAME  _____  NOTIFIED VIA  _____  DATE

☐ CD/DVD (#   ) ATTACHMENTS                                A-10 (02/09)

**EXHIBIT Pl. Ex. 13**

COPY

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: Firearms/Police-Involved Death Review Board-Discharged Firearm #2009-59, #2009-59A, #2009-59B RE: Officer Bryan Brumfield #2485, R-52 and Officer Donald L. Worthington #2410, W-11-B (1 of 2 copies)

200909-0061

ORIGINATOR: D/C John M. Rockwell  ASSIGNMENT: Patrol East  DATE: 3/18/2010

FORWARD TO: Cmdr. Fischer  ASSIGNMENT: C-5
REMARKS: Concur that Officer Brumfield's and Officer Worthington's use of firearm are both within policy
SIGNATURE: Cmdr Tom [illegible] 5011  DATE REC'D: ___  FORWARDED: 4/14/10

FORWARD TO: D/C Jacobs  ASSIGNMENT: Patrol East
REMARKS: The use of firearms by Officer Brumfield and Officer Worthington was reasonable and within policy.
SIGNATURE: D/C Kim Jacobs 5002  DATE REC'D: ___  FORWARDED: 4-25-10

FORWARD TO: ~~D/C John Rockwell~~  ASSIGNMENT: H.S.S.
REMARKS:
SIGNATURE:  DATE REC'D:  FORWARDED:

FINAL DISPOSITION:

ORIGINATING PERSON ADVISED BY: ___ NAME ___ NOTIFIED VIA ___ DATE

☐ CD/DVD (#   ) ATTACHMENTS

A-10 (02/09)

COPY

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: FIREAMRS/POLICE-INVOLVED DEATH REVIEW BOARD - DISCHARGED FIREARM #2009-59, #2009-59A, #2009-59B

RE: Officer Bryan C. Mason #2467, 22-B      200909-0061   (2 of 2 copies)

ORIGINATOR: Deputy Chief John M. Rockwell #5004   ASSIGNMENT Board Chairman   DATE: 3/18/10

---

FORWARD TO: D/C John M. Rockwell    ASSIGNMENT Patrol East
REMARKS: To chain of command for final disposition regarding Officer Bryan C. Mason #2467, 22-B
SIGNATURE: [signed]   DATE REC'D ____   FORWARDED 3/18/10

FORWARD TO: Cmdr. Larry Rod #5024    ASSIGNMENT Patrol – Zone 1
REMARKS: For Chain of Command Review & Recommendations
SIGNATURE: Cmdr. [signed] *5024   DATE REC'D 3.19.10   FORWARDED 3.19.10

FORWARD TO: LT. Greg Estep    ASSIGNMENT L-1-B
REMARKS: MAKE RECOMMENDATIONS AND FORWARD.
SIGNATURE: [signed] Estep #5042   DATE REC'D 3/20/10   FORWARDED 3/24/10

FORWARD TO: SGT. LANG    ASSIGNMENT S-2-B
REMARKS: I HAVE REVIEWED THE USE OF FIREARMS REPORT AND I CONCUR WITH THE FIREARMS REVIEW BOARD. OFFICER MASON'S ACTIONS WERE WITHIN DIVISION POLICY. I RECOMMEND NO FURTHER ACTION.
SIGNATURE: Sgt. Mark Lang 5215   DATE REC'D 3-24-10   FORWARDED 4-6-10

FORWARD TO: LT. ESTEP    ASSIGNMENT L-1-B
REMARKS: I CONCUR WITH THE FIREARMS/POLICE INVOLVED DEATH REVIEW BOARDS FINDING THAT THE USE OF FIREARM BY OFF. MASON WAS WITHIN POLICY. RECOMMEND NO FURTHER ACTION.
SIGNATURE: [signed] Estep #5042   DATE REC'D 4/8/10   FORWARDED 4/10/10

FORWARD TO: A/CMR. DITTMER    ASSIGNMENT C-1
REMARKS: USE OF FIREARM WITHIN DIVISION POLICY AS RECOMMENDED BY FIREARMS REVIEW BOARD. RECOMMEND NO FURTHER ACTION.
SIGNATURE: A/C [signed] ADitt 50 80   DATE REC'D 4-12-10   FORWARDED 4-12-10

FINAL DISPOSITION: ____

ORIGINATING PERSON ADVISED BY: ____  NAME ____  NOTIFIED VIA ____  DATE ____

☐ CD/DVD (#   ) ATTACHMENTS                A-10 (02/09)

COPY

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: FIREARMS/POLICE-INVOLV'D DEATH REVIEW BOARD – DISCHARGED FIREARM #2009-59, #2009-59A, and #2009-59B Re: PO Bryan C. Mason #2467, 22-B          200909-0061

ORIGINATOR: Deputy Chief John M. Rockwell #5004     ASSIGNMENT Board Chairman     3/18/10

FORWARD TO: DIC Kim Jacobs #5002     ASSIGNMENT Patrol Sub
REMARKS: The use of firearm by Officer Mason was reasonable and WITHIN POLICY.
SIGNATURE: DIC Kim Jacobs 5002     DATE REC'D ___     FORWARDED 4-25-10

FORWARD TO: ~~DC John Rockwell~~ IAB     ASSIGNMENT ~~IAB~~
REMARKS: ___
SIGNATURE: ___     DATE REC'D ___     FORWARDED ___

FINAL DISPOSITION: ___

ORIGINATING PERSON ADVISED BY: ___ / NAME / NOTIFIED VIA / DATE

☐ CD/DVD (#    ) ATTACHMENTS                         A-10 (02/ )