# EMPLOYEE ACTION REVIEW SYSTEM

## Mission Statement

The Columbus Division of Police Employee Action Review System is designed to be a reliable and credible review system that is a proactive administrative tool for identifying *positive* and negative employee behavior and other administrative issues.

## Objectives

1. The Employee Action Review System will be a three-part system used to explore the positive and negative aspects of an officer's job performance, and to identify risk indicators in an employee's performance before damaging behavior occurs.

2. The Employee Action Review System will provide information to develop training, policies, procedures and tactical decisions for the Division of Police.

3. The Employee Action Review System will help defend the Division in "custom and practice" lawsuits.

4. The Employee Action Review System can initiate intervention into an officer's behavior, using education and deterrence strategies, before it is too late.

5. The Employee Action Review System will reinforce a supervisor's involvement in an officer's development.

6. The Employee Action Review System will be a credible tool used to ensure public confidence in the Division of Police and the confidence of Division personnel.

7. The Employee Action Review System will involve first-line supervisors in conducting an annual review of all factors relating to officer performance.

8. **The Employee Action Review System committee will be called on to identify possible negative behavior patterns and trends.**

9. **The Employee Action Review System will facilitate positive reinforcement, positive corrective action, training, counseling, and peer review.**

10. **The Employee Action Review System will be used to help maintain the standards of performance within the Division.**

## Part 1   Annual Review

Each year, in conjunction with the Sworn Performance Evaluation process, sworn supervisors will conduct a review of their subordinates' employment related activity during the previous year. This review will include specific personnel activity, activity tracked by the Internal Affairs Bureau, and data provided by an employee's chain of command.

### I. Personnel Actions to be Considered

- Awards
- Compliments
- Manners
- Assignment changes
- Leaves without pay

  A. The Internal Affairs Bureau activity to be considered as part of the review:
  1. Citizen complaints
  2. EEO Complaints
  3. Use of Firearms
  4. Response to Resistance
  5. Use of Mace
  6. Injury to Prisoner
  7. Strip Searches
  8. Criminal Investigations
  9. Internal Investigations

  B. The Legal Section activity to be considered as part of the review
  1. Civil Claims against the agency

2

      d. Unfounded based on 8.12 unless three or more
      e.  Unable to Resolve
   2. **Response to Resistance** (Action Response Level 3-8)
   3. **Use of Mace** (Action Response Level 2).
   4. **Injury to prisoner**

 C. The IAB Liaison will use the IAB database to prepare a chart for each of the four categories of incidents.
The chart will contain: (see below)
  1. The total number of officers that were involved in that category of incidents **(a)**
  2. The number of multiple incidents **(b)**
  3. The number of officers having a given number of incidents **(c)**

**Use of Mace 02/14/01 through 02/13/02**

| # Incidents (b) | # Officers (c) |
|---|---|
| 5 | 2 |
| 4 | 6 |
| 3* | 12 |
| 2 | 80 |
| 1 | 100 |
| **Total (a)** | 200 |

  4. The committee will only look at the actions of officers that fall in a group that accounts for five percent of the total number of officers involved in that category of incidents. This five percent will be the officers with the most incidents, plus any officer with an equal number of incidents as the last individual in the percentage group.

  * In the example above 200 officers were involved in the incidents.  5% of 200 officers is 10.  The 10th officer on the list had 3 incidents so everyone with 3 or more incidents would be reviewed.

9