# REVIEWS
## 04-01-11 to 03-31-12

### Multiple Categories

| Reviewed Personnel | Category Reviewed | Incidents | Disposition |
|---|---|---|---|
| PO Christopher Oneall #1327, Z4, 2C (4) | Citizen Complaints<br>Use of Mace<br>Level 3 & Above | 5/3/8 | No further action |
| PO Anthony Pray #2617, Z2, 9B (2) | Citizen Complaints<br>Level 3 & Above | 5/3 | No further action |
| PO Kareem Kashmiry #2231, Z4DMW (11) | Citizen Complaints<br>Level 3 & Above | 4/3 | No further action |
| PO Meghan Palumbo #2511, Z4, 2B (5) | Citizen Complaints<br>Level 3 & Above | 3/3 | No further action |
| PO Richard Foster #1198, Z4, 2B (9) | Use of Mace<br>Level 3 & Above | 3/4 | No further action |
| PO Bryan Mason #2467, Z4, 2B (5) | Use of Mace<br>Level 3 & Above | 3/6 | No further action |
| PO Thomas Pellegrini #2513, Z5, 7B (5) | Use of Mace<br>Level 3 & Above | 3/3 | No further action |

### Citizen Complaints

| Reviewed Personnel | Category Reviewed | Incidents | Disposition |
|---|---|---|---|
| PO James Strozyk #1773, Z2, 20B (9) | Citizen Complaints | 5 | *Referred to chain* |
| PO Sean Noltemeyer #1434, Z4, 4B (9) | Citizen Complaints | 4 | No further action |
| PO Peter Pappas #1639, Assault (17) | Citizen Complaints | 4 | No further action |
| PO Bradley Wannemacher #2318, Z3, 10C (11) | Citizen Complaints | 4 | No further action |
| PO Daryl Wiedmann #2580, Z2EMW (4) | Citizen Complaints | 4 | No further action |
| PO Kurt Chapman #2541, Z3, 8B (3) | Citizen Complaints | 3 | No further action |
| PO Shawn Collier #1503, Z2EMW (9) | Citizen Complaints | 3 | *Referred to chain* |
| PO Patrick Daugherty #391, Z4, 2C (7) | Citizen Complaints | 3 | No further action |
| PO Eric Everhart #2034, Z5, 12C (15) | Citizen Complaints | 3 | No further action |
| PO Brandon Harmon #151, Z3, 8B (6) | Citizen Complaints | 3 | No further action |
| PO Raymond Hatfield #2377, Z5, 7B (6) | Citizen Complaints | 3 | No further action |
| PO Antonio Jenkins #363, Z4, 2A (32) | Citizen Complaints | 3 | No further action |

1

EXHIBIT
Pl. Ex. 18

# Summary of EARS Committee Review
## IAB Review Period 10-1-2012 to 9-30-2013

Page 4

**Uses of Force**

| Person Involved | Number of Incidents | Disposition |
|---|---|---|
| David Moreau #2669, 12C11 (3) | 6 | No further action |
| Jason Fischer #1898, Z4D10 (13) | 5 | No further action |
| Bryan Mason #2467, 2B12 (7) | 4 | No further action |
| Ryan McKee #1398, 11C5 (2) | 4 | No further action |
| Edward Prime #2618, Z4C10 (4) | 5 | No further action |
| David Salsgiver #2519, 2C2 (6) | 5 | No further action |
| Robert Reffitt #222, 7B12 (10) | 4 | No further action |
| Chase Rogers #2720, 4C10 (2) | 4 | No further action |
| Ace Trask #2438, 12B1 (7) | 4 | No further action |
| Nathan Amstutz #2442, Z5E1-1 (7) | 2* | No further action |
| Christopher Boggs #2447, Z5E1-4 (7) | 3 | No further action |
| Shawn Davis #2489, Z3E1-5 (6) | 3 | No further action |
| Heath Gillespie #2496, 12B2 (6) | 3 | No further action |
| Adam Groves #2651, 19B9 (3) | 3 | No further action |
| Dana Hess #2558, 4C6 (6) | 3 | No further action |
| Kevin Kelley #2703, 5B3 (2) | 3 | No further action |
| Robert Kemp #2427, 20B6 (7) | 3 | No further action |
| Paul Lively #2673, 12C4 (2) | 3 | No further action |
| Zachary Rosen #2677, 5B9 (3) | 3 | No further action |
| Phillip Stevens #2186, 2C4 (9) | 3 | No further action |
| Ty Stoneking #2364, 3C1 (7) | 3 | No further action |
| Bradley Wannemacher #2318, 10C1 (12) | 3 | No further action |

() parenthesis notes years of service at the time of the review
* Only 2 incidents were reviewed because the third is a firearms investigation that was not completed as of the date of the review.

**Summary of Findings**

| Category | Cases Reviewed | Officers Involved | Referred to Chain | No Further Action |
|---|---|---|---|---|
| Multiple Category | 27 | 3 | 0 | 3 |
| Complaints | 42 | 11 | 1 | 10 |
| Use of Mace | 29 | 6 | 0 | 6 |
| Level 3 - Above | 79 | 22 | 0 | 22 |