IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEARREA KING, | Case No. 2:18-cv-1060 |
| Plaintiff, | |
| vs. | Judge Edmund A. Sargus, Jr.<br>Chief Magistrate Judge Elizabeth P. Deavers |
| CITY OF COLUMBUS, et al., | **AFFIDAVIT OF EXPERT DR.** |
| Defendants. | **FRANCISCO J. DIAZ** |

I, FRANCISCO J. DIAZ, MD FCAP, having been first duly sworn according to law, hereby declare and state the following:

1.     I have been retained by Plaintiff Dearrea King to provide expert testimony in the above-referenced case.  In connection with this retention as an expert witness, I have prepared a written report, dated September 25, 2020, attached hereto as an exhibit.  In addition, a copy of my curriculum vitae is attached to my expert report.

2.     My expert opinions and conclusions are set forth in the aforementioned expert report.  I am competent to testify as an expert to such opinions and to the opinions set forth therein.

3.     I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this __24__ day of ___March___, 2021.

_____
FRANCISCO J. DIAZ, MD FCAP

STATE OF __OHIO__          )
                                              ) SS:
COUNTY OF __CUYAHOGA__   )

SWORN TO BEFORE ME, and subscribed in my presence, this 24TH day of __MARCH__, 2021.

_____
NOTARY PUBLIC

MY COMMISSION DOES NOT EXPIRE ORC 3147.

**EXHIBIT**
**Pl. Ex. 20**

# Francisco J. Diaz, MD FCAP

Anatomic and Forensic Pathology Consultant, LLC

82 I St. SE #502

Washington, DC. 20003

(734) 620-1774
autopsyandpathreview@gmail.com

September 25, 2020

Chanda Brown, Esq.
Sean Walton, Esq.
Walton + Brown, LLP.

**Re: Post-mortem examination.**
   **King, Tyre**

Dear Attorneys Brown and Walton:


You have retained me as an expert and consultant in forensic pathology for the above referenced case. You have further requested that I write an opinion letter stating my credentials and giving my expert opinion as the post-mortem findings and cause of death.

## Credentials

I am a practicing medical examiner (forensic pathologist), currently serving as the Deputy Chief Medical Examiner in the Office of the Chief Medical Examiner in Washington, D.C. As such I have performed 9000 post-mortem examinations and testified in circuit court in approximately 400 occasions. I have also provided testimony in depositions in excess of 100 times. My employment as a medical examiner began with the County of Wayne, Michigan in July of 2001 and lasted until 2017. Since 2017, I have worked in my current position in Washington, D.C.

I completed training in forensic pathology at the office of the chief medical examiner in the city and county of Philadelphia, PA in affiliation with the Medical College of Pennsylvania (now Drexel) from 1999-2001. Before that I trained in anatomic pathology at Conemaugh Memorial hospital in affiliation with Temple University in the city of Johnstown, PA. I attended medical school in my native country, Dominican Republic where I obtained MD degree and went unto pursuing training in the U.S. after being certified by the educational commission for foreign medical graduates (ECFMG).

I am certified by the American Board of Pathology in Anatomic and Forensic pathology. Since 2017, I have held a faculty appointment with the George Washington University School of Medicine and Health Sciences and I hold the rank of Assistant professor. Prior to that, I held a faculty appointment at the University of Michigan School of Medicine. I have published numerous original articles in peer reviewed journals and presented in local, regional, national and international conferences. My curriculum vita is attached.

**Re: Post-mortem examination.**
   **King, Tyree**

# REPORT

On the 18th of September of the year 2016 the undersigned examined the body of Tyre King at Smoot funeral home in the city of Columbus, Ohio.

The examination was performed at the request of the Walton-Brown law firm. The examination consisted of an external evaluation of injuries, measurements and photographs. An autopsy was not performed by the undersigned.

The body was that a peri-pubescent male with the reported age of thirteen years. The height was measured and 61 ½ inches and the weight estimated at approximately 100 pounds.

An autopsy was performed previously, and the incisions have been approximated by sutures. The body was unembalmed. Identification of the body was done by the funeral director as well as by tags from the Franklin County Coroner`s office stating the decedent`s name and case number (16-2730).

On external examination I noted injuries indicative of gunshot wounds which I will describe assigning them numbers. Said numbers do not represent the sequence of firing as this in an arbitrary designation. The description of the wounds will be done taking in to account the anatomic position.

1) PERFORATING GUNSHOT WOUND TO THE HEAD:

   There was a gunshot wound of entrance on the left temporal region located approximately 2 ½ inches above the left ear canal. The wound is round and regular with abraded margins and measuring approximately ½ inch in diameter. There was no gross evidence of stippling on the skin.

   A wound was located on the right temporal area, approximately 1 ¾ inches in front of the right ear canal. This wound is irregular with margins that can be easily re-approximated indicative of an exit wound.

   Taking in to account the anatomic position the wound path passed left to right, slightly downward and slightly forward.

2) PENETRATING GUNSHOT WOUND TO THE LEFT ANTERIOR SHOULDER:

   There was a gunshot wound of entrance on the left anterior shoulder, located 3 ½ inches to the left of the anterior midline. The wound is round and regular with abraded margins and measures approximately 5/8 inch in diameter. There was no gross evidence of stippling on the skin. A surgical incision was noted on the left lower back towards the midline indicative of bullet retrieval.

**Re: Post-mortem examination.**
   **King, Tyree**

Taking in to account the anatomic position and the location from where the bullet was recovered the wound path was front to back, left to right and downward.

3) PERFORATING GUNSHOT WOUND TO THE LEFT ABDOMEN:

There was a gunshot wound of entrance on the left abdominal skin, located approximately 18 ¾ inches below the top of the head and 5 inches to the left of the anterior midline. The wound was round and regular with abraded margins, measuring approximately 3/8 inch in diameter. There was no gross evidence of stippling on the skin.

A slit-like wound was noted on the right flank, approximately 23 inches below the top of the head. Said wound had margins that could be easily re-approximated indicative of an exit wound.

Taking in to account the anatomic position and the location of the entrance and exit wounds the path was left to right, downward and backward.

OTHER INJURIES:

- Abrasion, right elbow, 1 inch x 1 ¼ inches.
- Abrasion, right ankle, 3/8 inch.

COMMENT

There were three gunshot wounds that, taking in to account the anatomic position, passed left to right and downward. The three entrance wounds were on the left side of the body and the two gunshot wounds that exited the body were on the right side of the body.

It is my opinion that death was due to multiple gunshot wounds and that the three gunshot wounds of entrance were left sided.

Cordially,

Francisco J Diaz MD FCAP

# Francisco J. Diaz, MD, FCAP FASCP

## CURRENT CLINICAL AND ADMINISTRATIVE POSITIONS

**Medical Director and Deputy Chief Medical Examiner.**
Office of the Chief Medical Examiner. Washington, DC.
Dates:June- 2017-Present
**Duties:** Directing Forensic Pathology, Death Investigation, Anthropology, Histology, Mortuary and Imaging divisions.

**ADVISORY POSITION**
**United States Department of Justice**
Advisor for International Criminal Investigative Training Assistance Program **(ICITAP**).  2018-Present.

**FORMER  CLINICAL POSITIONS**
*Assistant Medical Examiner*: *Office of the Medical Examiner, Wayne County, Michigan.*
*Dates*: July 2001-July 2017.
Performed 8000 post-mortem examinations. Testified in Circuit Court and Federal Court on approximately 400 occasions.

**Deputy Medical Examiner**: *Office of the Medical Examiner, Washtenaw County, Michigan.*
Dates: January 2015-July 2017.
Performed post-mortem examinations when the office needed coverage.

**FORENSIC PATHOLOGY TRAINING**
**Office of the Chief Medical Examiner. City and County of Philadelphia.**
Philadelphia, Pennsylvania.
Academic affiliation: *Medical College of Pennsylvania (Now Drexel).*
Dates: 1999-2001

**ANATOMIC PATHOLOGY TRAINING**
**Conemaugh Memorial Medical Center**, Johnstown, Pennsylvania in affiliation with Temple University.
Dates: 1995-1999.

1

# Francisco J. Diaz, MD, FCAP FASCP

**MEDICAL SCHOOL**
Instituto Tecnologico de Santo Domingo.
Santo Domingo, Dominican Republic.
Graduated: 1989.

**LICENSURES**

- **Michigan** (4301077331). 2001-2024
- **Pennsylvania** (MD066707L). 1998-2020
- **Ohio** (35.129958). 2016-2021
- **District of Columbia** (045148) 2017-2020
- **Dominican Republic** (206-91) 1991-Present

**CERTIFICATIONS**

-*American Board of Pathology*: **Anatomic Pathology**
                                **Forensic Pathology**
-Educational Commission for Foreign Medical Graduates (**ECFMG**)
-Federal Licensing Examination (**FLEX**).

**ACADEMIC APPOINMENTS**

**Clinical Assistant Professor:** George Washington University School of Medicine.
Washington, DC.
Dates: July 2017-Present

**Assistant Professor, Clinical track**: University of Michigan School of Medicine
Dates: January 2012-2017.

*Pathology Residency site coordinator:*
- Georgetown University Hospital
- George Washington University Hospital
- Howard University Hospital
- National Institute of Health (NIH)
  **Dates:** 2017-Present

2

## Francisco J. Diaz, MD, FCAP FASCP

*Pathology Residency site coordinator:*
- Henry Ford Hospital Pathology Residency.
- St. John Hospital Pathology Residency
- Beaumont Hospital Pathology Residency
  **Dates:** 2010-2017

*Instructor Pathology Residency Program*
- Detroit Medical Center Pathology Residency
- University of Michigan Pathology Residency
  **Dates:** 2010-2017

*Adjunct Clinical Preceptor*
Kirksville Osteopathic School of Medicine
**Dates:** 2009-2017

*Medical Student teaching*
-Coordinator for Georgetown medical school.
 Dates: 2017-Present.

-Instructor for rotating medical students:
 Wayne State School of Medicine 2001-present
 Michigan State Osteopathic Medical School 2001-present
 Kirksville Osteopathic Medical School. 2001-present

-University of Michigan School of Medicine
 Second year lecture in Cardiovascular Pathology
  2014-2017

*Hospital Privileges*
-University of Michigan Health System. (UMHS)
 Dates:  2012- 2017

3

# Francisco J. Diaz, MD, FCAP FASCP

**MEMBERSHIPS**

- College of American Pathologists (CAP), *Fellow*
- National Association of Medical Examiners (NAME), *Fellow*
- American Society for Clinical Pathology (ASCP), *Fellow*
- American Academy of Forensic Sciences, *Member*
- American Medical Association, *Member*
- International Association of Coroners and Medical Examiners, Member
- Spanish Society Forensic Pathology (SEPAF), Spain. Member

**EDITORIAL BOARDS AND PEER REVIER**

- American Journal of Forensic Medicine and Pathology. Peer reviewer. June 2018- Present.
- Journal of Emerging Forensic Sciences Research. University of Windsor, Ontario, Canada. 2016-present.
- The Forensic Examiner Journal. 2006- 2009.
- Dovemed.com. Medical advisory board member and guest contributor. 2015- Present.

**ADVISORY BOARD MEMBERSHIPS**

**Wayne State University**
Detroit, Michigan. Eugene Applebaum School of Pharmacy and health sciences
Pathologist assistant program. 2016-2020.

**Baker College**
Allen Park, Michigan. School of Allied Health. Medical laboratory technician.
2016-2017.

**NATIONAL COMMITTEE POSITIONS**

- **Membership and Credentials**. National Association of Medical Examiners (NAME), 2014- present.
- **Government Affairs**. National Association of Medical Examiners (NAME). 2014- present. Chair 2020.
- **ISO Transition**. 2019-Present.
- **Deaths in Custody**. National Association of Medical Examiners (NAME). 2014-2017.

4

# Francisco J. Diaz, MD, FCAP FASCP

**NATIONAL LEADERSHIP, COLLEGE OF AMERICAN PATHOLOGISTS**
-Training at college of American Pathologists (CAP):
  **Engaged leadership academy (ELN)**
-College of American Pathologists (CAP), Member of engaged leader network

**REGIONAL LEADERSHIP POSITIONS**

   -Michigan Association of Medical Examiners (MAME).
    Executive Committee, Member at large.
    2016-2017.

**LOCAL/REGIONAL COMMITTEE POSITIONS**

   - Detroit/Wayne County Drug Surveillance Group.
    -Wayne County child death review team.
     2005-2017.

**INVITED INTERNATIONAL PRESENTATIONS**

-Guest speaker. Society of Legal Medicine of Morocco. 1st Virtual international meeting.
  Management of COVID cases in Washington, DC. June 20, 2020.

-Guest speaker. Death in Custody a comprehensive international conversation. University of
Ottawa and Office of the Medical Examiner. Washington, DC. June 2020.

-Guest speaker. Spanish Society of Anatomic Pathology **(SEAP)** and Spanish society of forensic
  Pathology **(SEPAF).**   Deaths in Custody, the North American Perspective.
  Granada, Spain. May 22, 2019.

-Guest speaker. University of Ottawa. III annual conference of forensic and pediatric pathology.
  NAME position paper on Deaths in Custody. **Ottawa, Canada.** June 16, 2018.

-Guest speaker. VIII Congreso Internacional de Medicina Legal y Ciencias Forenses.
  "Gunshot wounds:" 1. On decomposed bodies. 2. General overview. **Panama City, Panama.**
  October 6, 2017.

5

# Francisco J. Diaz, MD, FCAP FASCP

**-**Guest speaker at IX curso de Verano de Medicina Forense.
  **Universidad La Rioja. Logroño, Spain.**
  "Gunshot wounds: 1. Craneal injuries. 2. Entrance and Exit wounds." September 29, 2017.

-Guest speaker at XXXI Jornadas Medico Legales. **Punta Arenas**. **Costa Rica.**
  "Advances of Forensic Pathology in North America." August 25, 2017.

  "Roundtable discussion on sudden cardiac death."
  August 27, 2017.

-Guest speaker at Spanish Society of Anatomic Pathology **(SEAP)**
 And Spanish society of forensic pathology **(SEPAF)**
  "Evaluation of gunshot wounds in decomposed and burned bodies
  "Evaluation of wounds produced by high power rifles"
  **Valencia, Spain**. May 2017.

-*Current trends in drug related deaths.*
 Keynote speaker.
 Forensic science conference.
 University of **Windsor. Ontario, Canada.** April 7, 2017

-*Elderly Homicide in Wayne County, Michigan. A 20 year retrospective study.*
  Galician Forensic Society. **Ourense, Galicia, Spain.**
  October 16, 2015.

-*Drug related deaths in southeastern Michigan.*
 Spanish Society of Anatomic Pathology, Biennial meeting. May 20-23, 2015. **Santander,
 Spain.**
-*Fibromyalgia as a cause of death.*
 Spanish Society of Anatomic Pathology. Biennial meeting. May 20-23, 2015. **Santander,
 Spain.**

-*Sudden Deaths in Sports in a Medical Examiner Setting.*
 Presentation before the biennial meeting of the European Association for Cardiovascular.
 Pathology. **Cadiz, Spain**. October 2012.

6

# Francisco J. Diaz, MD, FCAP FASCP

**INVITED NATIONAL/ REGIONAL/LOCAL PRESENTATIONS**

-Guest speaker at Washington regional transplant community (WRTC) 5th Synergy Symposium: November 3, 2017.

-Guest speaker at George Washington school of forensic sciences. Mount Vernon campus October 31, 2017.

-Guest speaker at Wayne State University School of mortuary sciences. "The drug epidemic" June 2017.

-Guest speaker at Wayne State University "41st Medico legal seminar" Current trends in drug related deaths. Dearborn, Michigan. May 2017.

-Keynote speaker at Pennsylvania coroner`s association annual meeting. Johnstown, Pennsylvania. March 2017.

-Keynote speaker at FBI regional training seminar. "Autopsy and death investigations". Dearborn, Michigan. November 2016.

-Guest speaker at Michigan association of Medical Examiners (MAME) annual meeting. "Recovery of anatomic specimens at a Detroit warehouse". November 2016.

-Guest speaker at Forensic Nurse seminar. Wayne County. "Deaths in Custody" September 2016.

-Guest speaker at Wayne State University. Mortuary and forensic sciences school. "Medicolegal systems of investigation. July 6, 2016.

-Guest speaker at Wayne State University Death Investigation Seminar. "BackPage murders and human trafficking" April 2016.

-Guest speaker at School of Liberal Arts. Henry Ford College. March 2016.

-Keynote Speaker at Annual Pennsylvania Coroner`s Law Enforcement Seminar. March 2013. Johnstown, PA.

7

# Francisco J. Diaz, MD, FCAP FASCP

-Keynote speaker for the annual meeting of the Funeral Consumer Information Society. Michigan chapter. April 2012.

-Death in Custody: The Wayne County Experience. Annual conference of the College of Forensic Examiners. Orlando, FL. 2006.

## REGIONAL ACADEMIC SPEAKING ENGAMENTS

-Georgetown Hospital department of Pathology Lecture to Pathology residency program. "Forensic Pathology for the AP boards". July 24, 2017.

-Mount Sinai Medical Center department of Pathology. Lecture to Pathology residency program.
 "Forensic Pathology for the AP boards". March 10, 2017.

-Mount Sinai Medical Center department of Pathology. Lecture to Pathology residency program.
 "Forensic Pathology for the AP boards".  April 6, 2018.

## LOCAL ACADEMIC SPEAKING ENGAGEMENTS

-Wayne County Medico-legal annual death investigation course. "Time of death". 09/2001.

-Wayne County Medico-legal annual death investigation course "Drowning" September 2002.

-Wayne County Medico-legal annual death investigation course. "Time of death" and "Drowning. October 2003.

-Wayne County Medico-legal annual death investigation course. "Sharp force injuries" 10/ 2005.

-Wayne County Medico-legal annual death investigation course. "Deaths in custody". 10/ 2006.

-Wayne County Medico-legal annual death investigation." The medical examiner. 10/ 2007.

-Wayne County Medico-legal annual death investigation course "Time of death". October 2008.

-Wayne County Medico-legal annual death investigation course. "Drowning". September 2009.

-Wayne County Medico-legal annual death investigation course. "Deaths in custody". 09/ 2010.

8

# Francisco J. Diaz, MD, FCAP FASCP

-Wayne County Medico-legal annual death investigation course
  "Deaths in custody" and time of death" September 2011.

-Wayne County Medico-legal annual death investigation course.  "Deaths in Custody". 09/
2012.

-Wayne County Medico-legal annual death investigation course. "Deaths in Custody and Time
 of death" October 2013.

-Wayne County Defense Bar Association. "Overview of Medico-legal death investigation".
 2004, 2007, 2011.

-Hospice Nurse Seminar at the Medical Examiner`s Office.  May 2015.

-University of Detroit Forensic Odontology Course. "Forensic Pathology" 2004.

-Advances in Forensic Medicine and Pathology.  University of Michigan
 "Demographics of drug deaths". Ann Arbor, MI. May, 2015.

-Wayne County Medico-legal annual death investigation course. "Deaths in custody". 11/ 2015.

-Advances in Forensic Medicine and Pathology. University of Michigan.
 "Interagency cooperation on the recovery of anatomic specimens. May 2016.

-4[th] District Community Justice Advisory Network. "Heroin and Opioid Awareness and
 Prevention Forum". December 5, 2017. Washington, DC.

-5[th] District Community Justice Advisory Network. "Heroin and Opioid Awareness and
    Prevention Forum" 01/2018 and 02/2018. Washington, DC.

9

# Francisco J. Diaz, MD, FCAP FASCP

### PEER REVIEWED PUBLICATIONS

- <u>Autopsies in suspected SARS-CoV-2</u>. Journal of Legal Medicine, Spain.
  May 2020. https://doi.org/10.1016/j.reml.2020.05.002
  Rafael Bañon Gonzalez, Silvia Carnicero Caceres, M*a* Paz Suarez-Mier,
  **Francisco J. Diaz.**

- Comparison of the causes of death and wounding patterns in urban firearm-related
  violence and civilian public mass shooting events.
  Maghami S, Hendrix C, Matecki M, Mahendran K, Amdur R, Mitchell R, **Diaz F**,
  Estroff J, Smith ER, Shapiro G, Sarani B**.**J Trauma Acute Care Surg. 2020
  Feb;88(2):310-313. doi: 10.1097/TA.0000000000002470.

- <u>An 8-year retrospective study on suicides in Washington, DC</u>. Cuchara, B and **Diaz FJ**.
  The American Journal of Forensic Medicine and Pathology, March 2020- Volume 41,
  issue 1. P 18-26.

- <u>Nonrheumatoid Fibrinous Pericarditis: A Medical Examiner Algorithm for the Diagnosis</u>
  <u>of Viral Myocarditis and Use of Molecular Diagnostic Techniques.</u>
  Gupta, J., Furman, J., Kesha, J., **Diaz, F**, & Schmidt, CJ. *The American Journal of Forensic*
  *Medicine and Pathology*, 40 (1):77-80, March 2019.

- <u>Cardiac involvement in sarcoidosis deaths in Wayne County, Michigan. A 20-year</u>
  <u>retrospective study.</u>
  Milad Webb, Kyle Conway, Martin Ishikawa and **Francisco Diaz**. Acad Forensic Pathol.
  September, 2018.

- National Association of Medical Examiners (NAME) position paper:
  <u>Recommendations for the definition, investigation, postmortem examination and</u>
  <u>reporting of deaths in custody.</u>
  Mitchell, R. **Diaz, F**. Goldfogel, G. Fajardo, M. Fiore, S. Henson, T. Jorden, M.
  Kelly, S. Luzi, S. Quinn, M. Wolf, D. Acad Forensic Pathol. 2017 7(4): 604-618

- <u>Basal ganglion hemorrhage as complication of diethylene glycol ingestion.</u>
  Gupta A. **Diaz FJ**. Lal A. Sung L, Aaron, C.
  Am J forensic Med Pathol. 38(1):39-42, March 2017.

10

# Francisco J. Diaz, MD, FCAP FASCP

- Commode Cardia-Death by Valsalva maneuver: A case series.
  Fisher-Hubbard A, Kesha K, **Diaz FJ**, Njiwaji C.
  J Forensic Sci, November 2016, Vol. 61, No. 6

- Fibromyalgia: Comorbidity or a psychosomatic symptom of depression leading to the abuse of opioids?
  **Diaz FJ**,Njiwaji C, Sung L. Acta Medica International. 2016;3(1):107-110

- Fatal Liver Cyst Rupture Due to Anabolic Steroid use: A case presentation.
  **Diaz FJ**, Hansma P, Njiwaji C.
  Am J Forensic Med Pathol. March 2016. Vol 37. Issue 1. Pp 21-22.

- Cohabitation with the dead: Unusual cases from the Wayne County Office of the Medical Examiner.
  Loewe C, **Diaz F**, Hargreaves A. The Forensic Examiner Journal.  Winter edition. 2015.

- Takayasu arteritis of the coronary arteries presenting as sudden death in a white teenager.
  Hlavaty L, **Diaz F**, Sung L. Am J Forensic Med Pathol. 09/ 2015. Vol 36. 221-223.

- Agonal thrombi at autopsy.
  Hansma, P; Powers, S, **Diaz, F**. Am J forensic Med Pathol. 09/2015. Vol 36. Pg 141-144.

- Sudden infant death due to hypertrophic cardiomyopathy in two siblings of Arab Descent
  Gupta A, **Diaz FJ**, Rabah R, Schmidt, CJ. Arch Pathol Lab Med vol 137. Page 1471.

- Unusual cases of asphyxia
  **Diaz, FJ** Loewe, C. The Forensic Examiner Journal. Winter 2009 edition.  Pages 38-41.

- Fatal Pit-bull Maulings in Detroit.
  Loewe, C, **Diaz FJ**, Bechinski, J. Am J forensic Med Pathol . 2007 Dec; 28(4):356-60.

- LAP-banding obesity: a case of stomach perforation, peritonitis, and death.
  Loewe C, **Diaz FJ**, Jackson A. Am J Forensic Med Pathol. 2005 Sep; 26 (3):297-301.

- Death caused by myocarditis in Wayne County, Michigan: a 9-year retrospective study.
  **Diaz FJ**, Loewe C, Jackson A: Am J Forensic Med Pathol. 2006 Dec; 27 (4):300-3.

11

## Francisco J. Diaz, MD, FCAP FASCP

- Nitric oxide synthase as a marker in colorectal carcinoma
  Lagares-Garcia JA, Moore RA, Collier B, Heggere M, **Diaz F**, Qian F.
  Am Surg. 2001 Jul;67(7):709-13.

- Colonoscopy in octogenarians and older patients.
  Lagares-Garcia JA, Kurek S, Collier B, **Diaz F,** Schilli R, Richey J, Moore
  Surg Endosc. 2001 Mar; 15(3):262-5.

- Axillary lymph node dissection in breast cancer: an evolving question?
  Lagares-Garcia JA, Garguilo G, Kurek S, LeBlond G, **Diaz F.**
  Am Surg. 2000 Jan; 66(1):66-71

## Books

***Spitz and Fisher`s Medicolegal investigation of death*. 5th edition. 2020.**
Charles C Thomas, Publisher. 2020.
Co-editor
Contributing author.

**Atlas of Forensic Anthropology, correlation with Forensic Pathology**
Edited by Arazandi Sciences. Donostia-Gipuzkoa. Spain. 2020.
Coordinated by Fernando Serrulla, MD, PhD.
Contributing author.

## Book Chapter

**Armas de Fuego y Ciencias Forenses. (Firearms and Forensic Sciences).**
Chapter 9. Pathology, radiology and anthropology of firearms injuries.
Edited by Galician Association of Legal Medicine.
Santiago de Compostela, Spain. 2019

12

# Francisco J. Diaz, MD, FCAP FASCP

**OTHER PUBLICATIONS**

Elderly Homicide: 20 year retrospective study in Wayne County, Michigan, USA.
Medicina Y Psicologia Forense del Anciano.
Edited by Asociacion Galega de Medicos Forenses. Ourense, Spain.
VI congress report.  October, 2015. **Diaz FJ.**  Pages 69-78.

Gunshot wounds: entrance and exits based on type of weapon and ammunition
Gunshot wounds to the head: General characteristics
Undecimo curso de Patologia forense. Universidad de La Rioja.
Logroño, Spain. September 2017. **Diaz FJ**. Pages 183-207.

Evaluation of sharp force injuries.
Duodecimo curso de Patologia Forense. Universidad de La Rioja.
Logroño, Spain. September 2019. **Diaz FJ**. Pages 166-184.

## PRESENTATIONS AND ABSTRACTS

MENINGITIS AS A CAUSE OF DEATH IN A MEDICAL EXAMINER SETTING. BREANNA CUCHARA, ARIEL VIRAMONTES AND FRANCISCO J DIAZ.
72ND ANNUAL MEETING OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES. ANAHAIM, CA. FEBRUARY 2020.

CAUSES OF DEATH AND WOUNDING PATTERNS IN FIREARM-RELATED VIOLENCE IN WASHINGTON DC. C. S. Hendrix[1], M. Matecki[1], S. Maghami[1], K. Mahendran[1], R. Mitchell[2], **F. Diaz**[2], J. Estroff[1], E. R. Smith[3], G. Shapiro[3], B. Sarani[1]  [1]George Washington University School Of Medicine And Health Sciences,Surgery,Washington, DC, USA [2]George Washington University School Of Medicine And Health Sciences, Pathology,Washington, DC, USA [3]George Washington University School Of Medicine And Health Sciences,Emergency Medicine,Washington, DC, USA.
Abstract presented at 2019 Academic Surgical Congress. Houston, TX.

**Interagency Cooperation in the Recovery of Human Cremains and Human Remains**
*Rebecca Wood, MFS; **Francisco J. Diaz, MD***
71st Annual meeting of the American Academy of Forensic Sciences (AAFS). Baltimore, Maryland. February 2019.

13

**Francisco J. Diaz, MD, FCAP FASCP**

**A Ten-Year Retrospective Study of Risk Factors Associated With Deaths Due to Pulmonary Emboli in Washington, DC**
*Breanna M. Cuchara, MFS**; Francisco J. Diaz, MD;** Sasha Breland, MD*
71st Annual meeting of the American Academy of Forensic Sciences (AAFS). Baltimore, Maryland. February 2019.

**An Eight-Year Retrospective Study on Suicides in Washington, DC**
*Breanna M. Cuchara, MFS**; Francisco J. Diaz, MD**
71st Annual meeting of the American Academy of Forensic Sciences (AAFS). Baltimore, Maryland. February 2019.

**A Five-Year Retrospective Study on Suicide and the Use of Antidepressants in Washington, DC**
*Breanna M. Cuchara, BS**; Francisco J. Diaz, MD**
70th Annual meeting of the American Academy of Forensic Sciences (AAFS). Seattle, Washington. February 2018.

**Deaths in Custody. Incarcerated. Investigation, autopsy protocol, death certification and surveillance and media and public relations.**
**Francisco J. Diaz, MD** and Tanisha Henson, MFS.
Presentation at National Association of Medical Examiners (NAME) interim meeting. New Orleans, LA. February 2017.

**Non-Rheumatoid Fibrinous Pericarditis:  A Medical Examiner Quest with an update on Myocarditis and Use of Molecular Diagnostic Techniques.**
Avneesh Gupta, MD; Kilak Kesha, MD; **Francisco J. Diaz, MD**; Carl J. Schmidt, MD
Presentation at the American Academy of Forensic Sciences.
Las Vegas, Nevada. February 2016.

**Interagency cooperation in the recovery of anatomic specimens.**
**Diaz F**, Larsen L, Sung L, Schmidt, C
Presentation at the annual meeting of the National Association of Medical Examiners (NAME). Charlotte, North Carolina. October 2015.

**Multiple Self-Inflicted Gunshot Wounds: Case Series with Review of Literature**
Avneesh Gupta, MD; Puneet Setia, MD; Vera Mendes-Kramer, MA;
Andrea M. Jackson, BA; Kilak Kesha, MD; **Francisco J. Diaz, MD**
Platform presentation and abstract at the American Academy of Forensic Sciences. Orlando, Florida. February 2015.

14

# Francisco J. Diaz, MD, FCAP FASCP

**Fibromyalgia: The nature of its involvement in death.**
**Diaz, F**, Sung L.
 Platform presentation and abstract. National Association of Medical
 Examiners (NAME). Annual meeting. Portland, Oregon. September 2014.


**Ruptured aneurysm, MDMA use and intercourse.**
Hansma P, **Diaz F.**
Platform presentation and abstract. National Association of Medical
Examiners (NAME). Annual meeting. Portland, Oregon. September 2014.


**A case of fatal hemoperitoneum due to liver cyst rupture in user of anabolic steroids.**
Hansma P, **Diaz F.**
Abstract: National Association of Medical Examiners (NAME) annual meeting.
Portland, Oregon. September 2014.


**Agonal thrombi at autopsy.**
Hansma P, Powers S, **Diaz F.**
Abstract: National Association of Medical Examiners (NAME) annual meeting.
Portland, Oregon. September 2014.


**Trends in suicide: An 11-year retrospective review from the Wayne County
Medical Examiner`s Office.**
Gupta A, Mendes-Kramer V, Jackson A, Szymanski L, **Diaz FJ.**
 Platform presentation and abstract. American Academy of Forensic Sciences.
 Annual meeting. Seattle, Washington. February 2014.


**Commode Cardia-Death by Valsalva maneuver: A case series.**
Fisher-Hubbard A, Kesha K, **Diaz FJ**, Njiwaji C.
 Platform presentation and abstract. American Academy of Forensic Sciences.
 Annual meeting. Seattle, Washington. February 2014.


**Significance of Suicide Note in forensic autopsies: An 11-year retrospective
 Review in Wayne County and Monroe County, MI.**
Gupta A, Mendes-Kramer V, Jackson A, Singh S, **Diaz FJ.**
 Platform presentation and abstract. American Academy of Forensic Sciences.
 Annual meeting. Seattle, Washington. February 2014.


 **Significance of Suicide Note in forensic autopsies: An 11-year retrospective
 Review in Wayne County and Monroe County, MI.**
 Gupta A, Lal A, Sung, L, **Diaz FJ.**
 Abstract presented at the annual meeting of the National Association of Medical
Examiners (NAME). Milwaukee, Wisconsin. October 2013.


15

# Francisco J. Diaz, MD, FCAP FASCP

**Sudden Deaths in Sports in a Medical Examiner Setting.**
**Diaz FJ** and Schmidt CJ.
Presentation at the European Association for Cardiovascular Pathology.
Cadiz, Spain. October 2012.

**Lorazepam Intoxication. Presentation before the American Academy of Forensic**
**Diaz FJ,** Marinetti L, Isenchmid D.
Sciences (AAFS). Chicago, IL. February 2003.

## MODERATOR AT NATIONAL MEETINGS

Session moderator. Pathology/Biology section. 71ST Annual meeting of the American Academy of Forensic Sciences (AAFS). Baltimore, Maryland. February 2019.

Session moderator. Pathology/Biology section. 70th Annual meeting of the American Academy of Forensic Sciences (AAFS). Seattle, Washington. February 2018.

Session moderator. Pathology/Biology section. 68th Annual meeting of the American Academy of Forensic Sciences (AAFS). Las Vegas, Nevada. February 2016.

## Publications on digital media

- "My take on the rise of opiate related deaths".  Dovemed.com. November 2015.

- "Death of Prince: A forensic pathologist perspective Dovemed.com. June 2016.

- "Sudden cardiac deaths of young athletes". Dovemed.com. February 2017.

- "The forensic pathologist as an expert witness. Theexpertinstitute.com blog. 11/ 2016.

16

# Francisco J. Diaz, MD, FCAP FASCP

### AWARDS

-**Spirit of Detroit** award, Detroit city Council resolution. 2003

-**Angel of Mercy** award (SOSAD).  2003

-**Best presentation** award. Galician association of forensic physicians.
 Ourense, Galicia, Spain. October 2015.

-**US Office of the Attorney General**. Criminal division award. December 2018

17

# Francisco J. Diaz, MD FCAP

Anatomic and Forensic Pathology Consultant, LLC

82 I St. SE #502

Washington, DC. 20003

(734) 620-1774

autopsyandpathreview@gmail.com

September 25, 2020

Sean Walton, Esq.
C. Brown, Esq.
Columbus, Ohio.

**Re: King, Tyre**

Dear Attorney Walton:

Pursuant to your request I plan to use the following during trial:

-Autopsy report on Tyre King issued by the office of the Coroner in Franklin County, Ohio.
-Postmortem photographs taken the day of the office of the Coroner in Franklin County, Ohio.
-Nationwide Children's Hospital records.

Cordially,

Francisco J. Diaz, MD FCAP

## Francisco J. Diaz, MD FCAP

Anatomic and Forensic Pathology Consultant, LLC

821 St. SE #502

Washington, DC. 20003

(734) 620-1774

autopsyandpathreview@gmail.com

September 25, 2020

Sean Walton, Esq.
Chanda Brown, Esq.
Walton + Brown, LLP.

**Re: Fee Schedule**

Dear Attorney Walton:

My fees are as follows,

-$350/hour for records review

-$2500 for deposition (flat fee)

-$3500 for trial (flat fee)

I have been paid a $3,000.00 retainer in this case in September 2016 in order to conduct an independent medical examination.

Cordially,

Francisco J. Diaz, MD FCAP

**Francisco J. Diaz MD FCAP FASCP**

**Testimony List**

**2020**

- State of Maryland v. Johnson. February 7
- State of Michigan v. Cooper. February 25
- Mellor v. Easly, et al.  North Carolina, March 17
- Wardell v. Cristiana Health.  Delaware. May 19
- Moody v. Williamson. Virginia. May 20
- Rivera v. Robinson. June 19

**2019**

- State of Maryland v. Ford. October 2.
- Bates v. Lindsay. Kentucky. September 19.
- People of the State of Michigan vs. Flint and Flint-Tennyson. May 13.

**2018**

- United States vs. Rathburn. January 12. US Eastern District, Michigan.
- People of the State of Michigan vs. Cadelli. February 6.
- United Stated vs. Billy Arnold. February 7. US Eastern District, Michigan
- Estate of Gilbert vs. St. Louis County. April 16.
- Estate of Boyd vs. Baltimore County. May 10.
- People of the State of Michigan vs. Cooper-Adams, August 8.
- Hood vs. City of Columbus. August 13.
- Ivey vs. Hildebrand et al. November 1.

**2017**

- Estate of Michael White vs. Detroit Transportation Corporation. December 5.
- Traci Stevenson vs. The Simpson group. November 21.
- Nancy Williams vs. Detrex corporation. October 27.
- People of the State of Michigan vs. Moses. August 17.
- People of the State of Michigan vs. Phillips. July 18.
- People of the State of Michigan vs. Carmack. July 25.
- Riahi vs. Virginia Cardiovascular associates. June 20.
- Estate of K`Briana Griffin vs. DTE. June 22.
- Craighead Vs. Mercy et al. May 11.

1

**Francisco J. Diaz MD FCAP FASCP**

**Testimony List**

**2016**

- People of the State of Michigan vs. Calvin Mosby — Jan. 12, 2016
- People of the State of Michigan vs. Tara Burnett — Jan. 12, 2016

- People of the State of Michgian vs. Jarell Devon Hart — Jan. 13, 2016
- People of the State of Michigan vs. Williams/Dexter/Lamar — Feb. 1, 2016
- People of the State of Michigan vs. I'Yanna-Ani M. Webb — Feb. 24, 2016
- People of the State of Michigan vs. Gabrielle Butler — Feb. 29, 2016
- People of the State of Michigan vs. Nate Stokes and Dmarco Hoskin. — Feb. 29, 2016

- People of the State of Michigan vs. I'Yanna-Ani M. Webb — Mar. 22, 2016
- People of the State of Michigan vs. Willie Simms — Mar. 28, 2016
- Warren v. American Motor lines — April 11, 2016

**2015**

- -People of the State of Michigan vs. Patrick & Katrina Stanley — Jan. 5, 2015
- -People of the State of Michigan vs. Alphonso Jordan — Jan. 26, 2015
- -People of the State of Michigan vs. Raymone Jackson & Rapheal Heard — Feb. 9, 2015
- -People of the State of Michigan vs. Terry Steagall — Mar. 17, 2015
- -People of the State of Michigan vs. Calvin Mosby and Ty-Ron Anderson — Apr. 13, 2015
- -People of the State of Michigan vs. Christopher Hill — July 21,2015
- -People of the State of Michigan vs. Joshua Robinson — Aug. 24, 2015
- -People of the State of Michigan vs. Hermilio Rodriguez — Aug. 24, 2015
- -People of the State of Michgian vs. Yasmeen Taylor — Sept. 15, 2015
- -People of the State of Michigan vs. Christopher Ian-Maxwell Ford — Oct. 9, 2015
- -People of the State of Michigan vs. Anthony Thomas — Sept. 28, 2015

2

## Francisco J. Diaz MD FCAP FASCP

### Testimony List

- -People of the State of Michigan vs. Jamil Carter                    Sept. 16, 2015

**2014**

- State of Michigan v. Amire-Nichols-Armstrong (2014)
- State of Michigan v. Tamaris Aldridge (2014)
- State of Michigan v. Lamar Latieff Walker II (2014)
- State of Michigan v. Alvin Conwell (2014)
- State of Michigan v. Darryl Brown (2014)
- State of Michigan v. Cheryl Garrett (2014)
- State of Michigan v. Ashleigh Houston (2014)
- State of Michigan v. Ezekiel Redus (2014)
- State of Michigan v. Robert Bashara (2014)
- State of Michigan v. Joseph Gentz (2014)
- State of Michigan v. Psauntia George (2014)
- State of Michigan v. Sean Rutledge (2014)
- Tarachowski v. Woodhaven Medical Center (2014)
- White v. Met Life (2014)
- Estate of Monique Bay v. Detroit Medical Center (2014)
- Thompson v Kotia (2014)
- Zenobian v. Insurance (2014)
- McIntosh v. Security Services (2014)

**2013**

- State of Michigan v. Willie Bassett (2013)
- State of Michigan v. Chistopher Floyd Worth (2013)
- State of Michigan v. Cortez Martin (2013)
- State of Michigan v. Mercedes Flemister (2013)
- State of Michigan v. Kevin Myers (2013)
- State of Michigan v. Austin Hall (2013)
- State of Michigan v. Christopher Michael Jones (2013)
- State of Michigan v. Flagg (2013)
- State of Michigan v. Myron Williams (2013)
- State of Michigan v. Timothy Tennille (2013)
- State of Michigan v. Justin Walker (2013)
- State of State of Michigan v. Michigan v. Amari Mcarn (2013)
- State of Michigan v. Thomas Martin (2013)
- State of Michigan v. Miah Stroud (2013)
- State of Michigan v. Joshua Manners (2013)

3

**Francisco J. Diaz MD FCAP FASCP**

**Testimony List**

- Allard v. Beaumont Hospital (2013)

**2012**

- State of Michigan v. Al-Saddy  (2012)
- State of Michigan v. Charles Coleman (2012)
- State of Michigan v. Maurice Brantley (2012)
- State of Michigan v. Christopher Jackson (2012)
- State of Michigan v. Dycarious Robinson **(2012)**
- State of Michigan v. Roy Black (2012)
- State of Michigan v. Lakeishsa Valdez (2012)
- State of Michigan v. Raymond Washington (2012)
- State of Michigan v. Edward Khalil (2012)
- State of Michigan v. Newell (2012)
- State of Michigan v. Charles Shriners (2012)
- State of Michigan v. John Wooten (2012)
- State of Michigan v. Deonta Moffett (2012)
- State of Michigan v. **Robert Lee Kelly (2012)**
- State of Michigan v. **N.C. Dancy (2012)**
- State of Michigan v. **Shields/James/Alan (2012)**
- State of Michigan v. **James Rains (2012)**
- State of Michigan v. **Alondre Boone (2012)**
- State of Michigan v. **Dantonio Curry (2012)**
- State of Michigan v. **Allen Jennings (2012)**
- State of Michigan v. **Michael Rogers (2012)**
- State of Michigan v. **Delniece Jnay Williams (2012)**
- State of Michigan v. **Derrick Chatman (2012)**
- State of Michigan v. **Edward Hicks (2012)**
- State of Michigan v. **Lekishia Hiner (2012)**
- State of Michigan v. **Leroy Coats (2012)**
- State of Michigan v. **Salim Natsu (2012)**
- State of Michigan v. **Freddie Young (2012)**
- State of Michigan v. **Nathan Jacobs (2012)**
- State of Michigan v. **Nakila King (2012)**

4