IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEARREA KING,**

    **Plaintiff,**

                                        Civil Action 2:18-cv-1060
                                        Judge Edmund A. Sargus, Jr.
    v.                                    Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS, OHIO,** *et al.*,

    **Defendants.**

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **AUGUST 9, 2021** at **10:00 A.M**. The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: August 4, 2021**                        *s/Sherry Nichols*
                                                      Sherry Nichols, Courtroom Deputy
                                                       Sherry_Nichols@ohsd.uscourts.gov
                                                       614-719-3460