# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>    Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus<br><br>Chief Magistrate Judge<br>Elizabeth A. Preston Deavers<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Bryan Mason hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on August 3, 2021. *See* OP. AND ORDER (Doc #: 150, PAGE ID ##: 4843-65). Mason appeals those portions of the Opinion and Order denying him qualified immunity on: (a) the Fourth Amendment, excessive-force claim, *id.* at 7–13 (PAGE ID ##: 4849-55); (b) the Fourteenth Amendment, Equal Protection claim, *id.* at 13–14 (PAGE ID ##: 4855-56); and (c) the denial of Ohio state-law tort immunity based on the same alleged conduct, *see id.* at 15 (PAGE ID #: 4857).

                Respectfully submitted,

                /s/ Westley M. Phillips
                Westley M. Phillips (0077728)
                Assistant City Attorney
                City of Columbus, Department of Law
                Columbus City Attorney Zach Klein
                77 North Front Street, Columbus, Ohio 43215
                (614) 645-7385 / (614) 645-6949 (fax)
                wmphillips@columbus.gov

                Attorney for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that, on **August 6, 2021**, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)