UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEARREA KING,**

    **Plaintiff,**

v.

**CITY OF COLUMBUS,** *et al*,

    **Defendants.**

Case No. 2:18-cv-1060
JUDGE EDMUND A. SARGUS, JR.
Magistrate Elizabeth A. Preston Deavers

## ORDER

This matter is before the Court on Plaintiff's Motion for Certification of Interlocutory Appeal. (ECF No. 154). Defendant is **DIRECTED** to file any response by **August 30, 2021**, seven days of the date of this Order. Plaintiff is **DIRECTED** to file any reply by seven days of the date that Defendant responds.

    **IT IS SO ORDERED.**

**8/23/2021**                                                            **s/Edmund A. Sargus, Jr.**
**DATED**                                                              **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**