UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEARREA KING,**

    **Plaintiff,**

v.

**CITY OF COLUMBUS,** *et al*,

    **Defendants.**

**Case No. 2:18-cv-1060**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Elizabeth A. Preston Deavers**

## OPINION AND ORDER

The Plaintiff in this case has filed an interlocutory appeal pursuant to 42 U.S.C. § 1983 with the United States Court of Appeals for the Sixth Circuit. Therefore, the Court hereby **ADMINISTRATIVELY CLOSES** this case pending decision from the Sixth Circuit. Once a decision issues, the parties must notify this Court within seven days that the appeal has been resolved.

    **IT IS SO ORDERED.**

**3/30/2022**
**DATE**

    **s/Edmund A. Sargus, Jr.**
    **EDMUND A. SARGUR, JR.**
    **UNITED STATES DISTRICT JUDGE**