**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DEARREA KING,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF COLUMBUS, OHIO, et al.,<br><br>        Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge<br>Elizabeth Preston Deavers<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The undersigned hereby applies to the Court for the issuance of a Writ of *Habeas Corpus ad Testificandum* for detainee Demetrius Emanuel Braxton. Braxton is currently detained at Petersburg Medium FCI which is located at 1060 River Road, Hopewell, Virginia 23860. Braxton's BOP Register Number is 78866-061. Braxton is requested to testify at trial in *Dearrea King v. City of Columbus, et al*., Case No. 2:18-cv-1060, pending in front of the Honorable Edmund A. Sargus, Jr., Joseph P. Kinneary U.S. Courthouse, Room 301, 85 Marconi Boulevard, Columbus, Ohio 43215. Braxton's appearance is necessary as he witnessed the police-involved shooting incident at issue. He will testify about what occurred before, during, and after the shooting. The trial is currently scheduled for the week of January 17, 2023 and may continue into the following week. Braxton is expected to testify at some point during that time frame, depending on the length of Plaintiff's case and the order of Plaintiff's witnesses.

The undersigned understands that it is his responsibility to provide the U.S. Marshal with four originals of the Writ and any associated fees. He also understands that it is his responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Respectfully submitted,

/s/ Westley M. Phillips
Westley M. Phillips (0077728) – LEAD
Sheena D. Rosenberg (0088137)
Alana Valle Tanoury (0092265)
*Assistant City Attorneys*
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-6945 / (614) 645-6949 (fax)
wmphillips@columbus.gov
sdrosenberg@columbus.gov
avtanoury@columbus.gov
*Attorneys for Defendant Bryan C. Mason*

**CERTIFICATE OF SERVICE**

I hereby certify that, on **September 22, 2022**, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Westley M. Phillips
Westley M. Phillips (0077728)