# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br><br>          Plaintiff,<br><br>     v.<br><br>BRYAN MASON,<br><br>          Defendant. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Elizabeth A. Preston Deavers<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE UNREDACTED DEPOSITION UNDER SEAL** |

Pursuant to local rule 5.2.1, Defendant Bryan Mason respectfully moves this Court for an order granting them leave to file the unredacted deposition of Demetrius Braxton under seal, taken August 19, 2019. This deposition includes sensitive information such as discussion of sexual abuse of a minor.  Defendant filed a redacted portion of the transcript to this deposition on February 10, 2021. (R.127-1 #1517-1819).

 

Respectfully submitted,

 /s/ Westley M. Phillips
Westley M. Phillips (0077728) – LEAD
Alana Valle Tanoury (0092265)
Sheena D. Rosenberg (0088137)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov
avtanoury@columbus.gov
sdrosenberg@columbus.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on December 9, 2022, I electronically filed the foregoing with the Clerk of this Court by using this Court's CM/ECF System, which will send a notice of this electronic filing to all counsel of record in this matter.

 /s/ Westley M. Phillips
Westley M. Phillips (0077728)