**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DEARREA KING,**

**Case No. 2:18-cv-1060**

          **Plaintiff,**                                **Judge Edmund A. Sargus, Jr.**

 **v.**

**CITY OF COLUMBUS, et al.,**

          **Defendants.**

## NOTICE

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
       Joseph P. Kinneary U.S. Courthouse      Chambers (Jury Room)
       85 Marconi Boulevard                  **1/10/2023 at 1:30 p.m.**
       Columbus, Ohio 43215

TYPE OF PROCEEDING: **Mediation**

                                    **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE:   January 7, 2023

                                  /s /   Christin M. Werner
                               (By) Christin M. Werner, Deputy Clerk