Dearrea King,
    Plaintiff,

v.                                             Case Number 2:18-cv-1060
                                                Judge Sargus, Jr.

Bryan Mason,
    Defendant.

## Jury Trial Day 1
## Tuesday, January 17, 2023
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Marcus Sidoti, Sarah Gelsomino and Sean Walton, Jr.
For Defendants: Wesley Phillips, Alana Tanoury and Sheena Rosenberg
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

       8:30 a.m. Conference held in chambers.
       9:00 a.m. Prospective jurors sworn-in and Voir Dire begins.
       1:00 p.m. Jury selected.
       2:00 p.m. Jury instructions given.
       2:20 p.m. Opening statement by plaintiff (attorney Gelsomino).
       2:55 p.m. Opening statement by defendants (attorney Phillips).

Marshay Cardwell called by plaintiff (attorney Walton).
Ms. Cardwell testified to plaintiff exhibits 52A and 52G.
Cross examination of Ms. Cardwell by defendant (attorney Rosenberg).
Redirect examination of Ms. Cardwell by plaintiff (attorney Walton).

Sister Anna Skora called by plaintiff by video deposition.

       4:30 p.m. Court adjourns until 8:45 a.m., Wednesday, January 18, 2023.