Dearrea King,
    Plaintiff,

v.                                       Case Number 2:18-cv-1060
                                          Judge Sargus, Jr.

Bryan Mason,
    Defendant.

## Jury Trial Day 5
## Monday, January 23, 2023
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Marcus Sidoti, Sarah Gelsomino and Sean Walton, Jr.
For Defendants: Wesley Phillips, Alana Tanoury and Sheena Rosenberg
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

      8:45 a.m. Conference held in chambers.
      9:00 a.m. Jury trial day 5 commences.


Matthew Noedel testimony by GoToMeeting continues by defendant (attorney Tanoury).
Mr. Noedel testified to exhibits D. 133, D. 134 and D. 135.
Cross examination of Mr. Noedel by plaintiff (attorney Sidoti).
Mr. Noedel testified to exhibits D. 134, D. 135 and D. 131.
Redirect examination of Mr. Noedel by defendant (attorney Tanoury).
Mr. Noedel testified to exhibit J. 14.
Recross examination of Mr. Noedel by plaintiff (attorney Sidoti).

Detective Robert Reffitt called by defendant (attorney Phillips).
Detective Reffitt testified to exhibits J. 27, D. 118, J. 37, J. 13, J. 30, J. 14 and J. 34.
Cross examination of Detective Reffitt by plaintiff (attorney Sidoti).
Detective Reffitt testified to exhibit J. 12, P. 61 and P. 62.

Thomas Paige called by defendant (attorney Phillips).
Cross examination of Mr. Paige by plaintiff (attorney Gelsomino).
Redirect examination of Mr. Paige by defendant (attorney Phillips).
Recross examination of Mr. Paige by plaintiff (attorney Gelsomino).

**Defendant rests its case.

2:30 p.m. Jurors dismissed for the day.

Plaintiff moves for a Rule 50 motion.  Motion denied.
Defendant moves for a Rule 50 motion.  Motion denied.