Dearrea King,
    Plaintiff,

v.                                                       Case Number 2:18-cv-1060
                                                          Judge Sargus, Jr.

Bryan Mason,
    Defendant.

## Jury Trial Day 6
## Tuesday, January 24, 2023
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Marcus Sidoti, Sarah Gelsomino and Sean Walton, Jr.
For Defendants: Wesley Phillips, Alana Tanoury and Sheena Rosenberg
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

      8:50 a.m. Conference held in chambers.
      9:00 a.m. Jury trial day 5 commences.

Closing argument by plaintiff (attorney Gelsomino).
Closing argument by defendant (attorney Phillips).

Jury begins deliberating.

4:30 p.m. jury dismissed and will return tomorrow, January 26, 2023 at 10:00 a.m.