**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEARREA KING,**

          **Plaintiff,**

      **Case No. 2:18-cv-1060**
      **JUDGE EDMUND A. SARGUS, JR.**

    **v.**

**BRYAN MASON,**

          **Defendant.**

**Verdict Forms**

**VERDICT FORM NO. 1**

Do you find as to Count One, by preponderance of the evidence, that Defendant Officer Bryan Mason, while acting under color of state law, violated Tyre King's constitutional right to be free from excessive force? (Regardless of your answer, proceed to the next form.)

      _____ Yes
             - or -
      √\_\_\_\_\_ No

35

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

DEARREA KING,

          **Plaintiff,**

     **v.**

BRYAN C. MASON,

          **Defendant.**

**Case No. 2:18-cv-1060**

**JUDGE EDMUND A. SARGUS, JR.**

## <u>VERDICT FORM NO. 2</u>

Only complete this form if you answered "Yes" on Verdict Form 1.

Do you find, by clear and convincing evidence that Defendant Officer Bryan Mason acted maliciously, wantonly, oppressively, or recklessly in violating Tyre King's constitutional right to be free from excessive force?

               _____   Yes
                        - or -
               _____   No

Signed:

_____

(Foreperson)

_____

_____

_____

_____

(Date)

_____

_____

_____

36

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DEARREA KING,**

   **Plaintiff,**

     **v.**

**Case No. 2:18-cv-1060**

**JUDGE EDMUND A. SARGUS, JR.**

**BRYAN C. MASON,**

   **Defendant.**

## **VERDIC FORM NO. 3**

Do you find as to Count Two, by a preponderance of the evidence, that Defendant Officer Bryan Mason acted recklessly and battered Tyre King?

     \_\_\_\_\_ Yes
         - or -
     \_\_\_\_\_ No

37

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEARREA KING,**

          **Plaintiff,**

    v.

**BRYAN C. MASON,**

          **Defendant.**

      **Case No. 2:18-cv-1060**

      **JUDGE EDMUND A. SARGUS, JR.**

## <u>VERDICT FORM NO. 4</u>

Only complete this form if you answered "Yes" to either Verdict Forms 1 or 3 or both.

What compensatory damages to the estate of Tyre King do you award against Defendant Officer Bryan Mason?

      Compensatory Damages       $ _____

Signed:

_____
(Foreperson)

_____

_____

_____

_____

_____
(Date)

_____

_____

_____

38