AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Ohio

| | |
|---|---|
| Dearrea King, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bryan C. Mason, | ) |
| *Defendant* | ) |

Civil Action No.    2:18-cv-1060

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☐ other: _____
_____
_____ .

This action was *(check one)*:

☒ tried by a jury with Judge _____ Edmund A. Sargus, Jr. _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: _____ 01/25/2023 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*