# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEARREA KING,<br>Administrator of the Estate of Tyre King,<br><br>Plaintiff,<br>v.<br>CITY OF COLUMBUS, ET AL.,<br>Defendants. | Case No. 2:18-cv-1060<br><br>Judge Edmund A. Sargus, Jr.<br><br>Mag. Judge Elizabeth P. Deavers<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Notice is hereby given that Attorney M. Caroline Hyatt withdraws as counsel for Plaintiff Dearrea King. Attorneys Jacqueline Greene, Sarah Gelsomino and Marcus Sidoti remain as counsel of record for Plaintiff King.

The Clerk of Courts is requested to change the docket sheets to reflect this withdrawal of counsel, and all counsel and parties are requested to serve all future pleadings notices and orders to Jacqueline Greene, Sarah Gelsomino and Marcus Sidoti.

Respectfully submitted,

*/s/ M. Caroline Hyatt*
M. Caroline Hyatt (0093323)
**FRIEDMAN GILBERT + GERHARDSTEIN**
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: (513) 572-4200 / F: (216) 621-0427
caroline@FGGfirm.com

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
**FRIEDMAN GILBERT + GERHARDSTEIN**
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: (513) 572-4200 / F: (216) 621-0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
**FRIEDMAN GILBERT + GERHARDSTEIN**
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430 / F: (216) 621-0427
sarah@FGGfirm.com
marcus@FGGfirm.com

*Counsel for Plaintiff*

**Certificate of Service**

  I hereby certify that on July 26, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ M. Caroline Hyatt</u>
M. Caroline Hyatt
*One of the Attorneys for Plaintiff*
